# EXHIBIT B

# **EXHIBIT B**

In the United District Court

For the District of Delaware

Rothschild Digital Confirmation, LLC,

    Plaintiff,

v.

CompanyCam, Inc.                                     C.A. No. 19-1109-MN

    Defendant.

## Plaintiff's Notice of Serving Supplemental Answers to Defendant's Interrogatories

On October 22, 2021, Plaintiff, through its undersigned Managing Member, served upon Defendant's counsel the Supplemental Answers to Defendant's Interrogatories via U.S.P.S. to the following address:

    Rachael D. Lamkin
    One Harbor Drive, Suite 304
    Sausalito, California, 94965

Respectfully submitted,

Leigh M. Rothschild
Managing Member
Rothschild Digital Confirmation, LLC

In the United District Court

For the District of Delaware

Rothschild Digital Confirmation, LLC,

    Plaintiff,

v.

CompanyCam, Inc.                           C.A. No. 19-1109-MN

    Defendant.

---

### Plaintiff's Supplemental Responses to Defendant's Interrogatories (Set One)

Comes now, Plaintiff, Rothschild Digital Confirmation, LLC, through its undersigned Managing Manager, serves these Supplemental Answers to Defendant's Interrogatories, per this Court's order entered on October 4, 2021:

1) Describe in detail all assets of RDC since Formation, including:

   h) Each distribution of profit, capital, or other funds from RDC (including date, amount, source account, payee, destination)

   > The current assets consist of only labor, U.S. Patent No. 7,456,872, and a bank account containing $980.51. There has been no return of capital distributions because there were no net profits.

2) Describe in detail all Board of Directors meetings of RDC, including the dates, members of the Board present, and topics discussed.

   > None. There are no board of directors in a limited liability company.

**[Signature block and certificate of service on next page]**

1

Respectfully Submitted

_____
Leigh M. Rothschild
Managing Member
Rothschild Digital Confirmation, LLC

## CERTIFICATE OF SERVICE

On October 22, 2021, Plaintiff, through its undersigned Managing Member, served upon Defendant's counsel the foregoing Supplemental Answers to Interrogatories via U.S.P.S., postage paid to the following address:

> Rachael D. Lamkin
> One Harbor Drive, Suite 304
> Sausalito, California 94965

_____
Leigh M. Rothschild
Managing Member
Rothschild Digital Confirmation, LLC

2

In the United District Court

For the District of Delaware

Rothschild Digital Confirmation, LLC,

    Plaintiff,

v.

CompanyCam, Inc.                    C.A. No. 19-1109-MN

    Defendant.

**Plaintiff's Supplemental Responses to Defendant's Requests for Production (Set One)**

Comes now, Plaintiff, Rothschild Digital Confirmation, LLC, through its undersigned Managing Manager, serves these Supplemental Responses to Defendant's Request for Production, per this Court's order entered on October 4, 2021:

3. Please see secretary of state report, previously produced.

10. The records are kept in the ordinary course of business and all records can be viewed at a mutually available time at the company's headquarters or offices of accountant.

11. The records are kept in the ordinary course of business and all records can be viewed at a mutually available time at the company's headquarters or offices of accountant.

13. The records are kept in the ordinary course of business and all records can be viewed at a mutually available time at the company's headquarters or offices of accountant.

                                            Respectfully submitted,

                                            Leigh M. Rothschild
                                            Managing Member
                                            Rothschild Digital Confirmation, LLC

CERTIFICATE OF SERVICE

On October 22, 2021, Plaintiff, through its undersigned Managing Member, served upon Defendant's counsel the Supplemental Responses to Defendant's Request for Production via U.S.P.S., to the following address:

>Rachael D. Lamkin
>One Harbor Drive, Suite 304
>Sausalito, California 94965

Leigh M. Rothschild
Managing Member
Rothschild Digital Confirmation, LLC