# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADS SECURITY, L.P.,<br><br>Defendant. | Case No. 2:15-CV-01431-JRG-RSP (Lead)<br><br>Case No. 2:15-cv-01463-JRG-RSP (Member) |

**DECLARATION OF BLAKE D. ROTH IN SUPPORT
OF MOTION FOR ORDER TO SHOW CAUSE**

I, Blake D. Roth, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice law in, among other places, the state of Tennessee and in the United States District Court for the Eastern District of Texas.

2. I am a partner of the firm Waller Lansden Dortch & Davis, LLP and am authorized to execute this declaration on its behalf.

3. Unless otherwise stated, I have personal knowledge of the facts contained in this declaration.

4. On or about February 28, 2018, I caused to be served on Rothschild Connected Devices Innovations, LLC *ADS Security, L.P.'s First Set of Interrogatories Propounded on Rothschild Connected Devices Innovations, LLC*.

5. On April 13, 2018, Rothschild Connected Devices Innovations, LLC served upon me *Rothschild Connected Devices Innovations, LLC's response to Defendant ADS Security, LP's*

4847-0184-6122.1

*Request for Interrogatories*, a true and correct copy of which is attached to this declaration as **Exhibit 1**.

6. In response to Interrogatory Number 19, Rothschild Connected Devices Innovations, LLC indicated its assets were limited to three patents, a single patent application, and a deposit account containing five dollars ($5.00).

7. As of the date of this declaration, Rothschild Connected Devices Innovations, LLC has failed to make any payments to ADS Security, L.P., as required by this court's *Memorandum Order* (Dkt. No. 104).

Under penalty of perjury, I state the foregoing is true and correct to the best of my knowledge.

Dated: June 27, 2018

_____
Blake D. Roth

**EXHIBIT 1**
**RESPONSES TO INTERROGATORIES**

4847-0184-6122.1

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| GUARDIAN PROTECTION SERVICES, INC. | | 2:15-cv-01431-JRG-RSP **(Lead Case)** |
| ADS SECURITY, LP | § | 2:15-CV-01463-JRG-RSP |
| ALARM SECURITY GROUP, LLC | § | 2:15-cv-01464-JRG-RSP |
| CENTRAL SECURITY GROUP NATIONWIDE, INC. | § | 2:15-cv-01462-JRG-RSP |
| GUARDIAN ALARM COMPANY | § | 2:15-cv-01496-JRG-RSP |
| GUARDIAN OF GEORGIA, INC. D/B/A ACKERMAN SECURITY SYSTEMS | § § | 2:15-CV-01429-JRG-RSP |
| ICON SECURITY SYSTEMS, INC. | § | 2:15-cv-01468-JRG-RSP |
| MONITRONICS INTERNATIONAL, INC. | § | 2:15-cv-01466-JRG-RSP |
| SLOMIN'S, INC. | § | 2:15-cv-01469-JRG-RSP |

*Defendants.*

## ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC'S RESPONSE TO DEFENDANT ADS SECURITY, LP'S REQUEST FOR INTERROGATORIES

Pursuant to Rules 26, 33 and 69 of the Federal Rules of Civil Procedure, Plaintiff Rothschild Connected Devices Innovations, LLC ("RCDI") hereby responds to Defendant ADS Security, LP's ("ADS" or "Defendant") First Set of Interrogatories.

RCDI is continuing its investigation of the facts relating to this discovery request. Accordingly, the objections and responses contained herein are preliminary and based only upon the information presently available and known to RCDI.

RCDI reserves the right to supplement and/or amend its objections and responses to these Interrogatories with any non-privileged, non-objectionable information as appropriate under the Federal Rules of Civil Procedure and/or the Local Rules of this Court. RCDI thus reserves the right to supplement or change its supplemental objections and responses to these Interrogatories as additional facts, documents, or witnesses are discovered.

RCDI further reserves the right to object to the admissibility of any of its objections or responses to these Interrogatories or to any of the documents produced in response to these Interrogatories, in whole or in part, at trial or in connection with any hearing, deposition, or other proceeding in this action, on any grounds, including, but not limited to, materiality, relevance, and privilege.

All such objections and grounds for objection involving or relating to the matters raised herein are reserved and may be introduced at the time of trial or other hearing.

**OBJECTIONS TO ADS DEFINITIONS AND INSTRUCTIONS**

RCDI objects to the definition of "RCDI," "Affiliate," "You," "Your" or "Insider" on the grounds that the definition is overly broad and unduly burdensome to the extent it requires RCDI to consult with or respond on behalf of third parties. RCDI further objects to this definition to the extent that it encompasses attorneys engaged by RCDI, on the grounds that communications and correspondence between RCDI and its counsel are protected and privileged from disclosure by reason of the attorney-client privilege and/or work-product doctrine.

## OBJECTIONS AND RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify all of RCDI's gross revenue for the time period beginning January 1, 2011 to the date on which you respond to these Interrogatories, whether from business or non-business activities.

### RESPONSE TO INTERROGATORY NO. 1:

Pursuant to Rule 33(d), RCDI is producing documents that are responsive to this interrogatory.

### INTERROGATORY NO. 2:

Identify all payments or transfers-including expense reimbursements-to or for the benefit of any creditor, unless the aggregate value of all property transferred to that creditor is less than $5,000.

### RESPONSE TO INTERROGATORY NO. 2:

Pursuant to Rule 33(d), RCDI is producing documents that are responsive to this interrogatory.

### INTERROGATORY NO. 3:

Identify all payments or transfers-including expense reimbursements-on debts owed to an insider or guaranteed or cosigned by an insider, unless the aggregate amount of value transferred to or for the benefit of the insider is less than $5,000.

**RESPONSE TO INTERROGATORY NO. 3:**

None.

**INTERROGATORY NO. 4:**

Identify all property of RCDI that was obtained by a creditor within the last six (6) years, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or return to a seller.

**RESPONSE TO INTERROGATORY NO. 4:**

None.

**INTERROGATORY NO. 5:**

Identify all creditor, including a bank or financial institution, that within the last six years set off or otherwise took anything from an account of RCDI without permission or refused to make a payment at RCDI's direction from an account of RCDI because RCDI owed a debt.

**RESPONSE TO INTERROGATORY NO. 5:**

None.

**INTERROGATORY NO. 6:**

Identify all gifts or charitable contributions RCDI gave to a recipient within the past six (6) years, unless the aggregate amount of such gifts or charitable contributions was less than $5,000.

**RESPONSE TO INTERROGATORY NO. 6:**

None.

**INTERROGATORY NO. 7:**

Identify all losses from fire, theft or other casualty within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 7:**

None.

**INTERROGATORY NO. 8:**

To the extent not identified in response to a prior Interrogatory, identify any transfers of money or other property-by sale, trade, or any other means-made by RCDI or a person acting on behalf of RCDI within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 8:**

Pursuant to Rule 33(d), RCDI is producing documents that are responsive to this interrogatory.

**INTERROGATORY NO. 9:**

Identify all financial accounts or instruments held in RCDI's name, or for RCDI's benefit, that have been closed, sold, moved, or transferred within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 9:**

None.

**INTERROGATORY NO. 10:**

Identify any safe deposit box or other depository for securities, cash, or other valuables RCDI now has or did have within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 10:**

None.

**INTERROGATORY NO. 11:**

Identify any property kept in storage units or warehouses.

**RESPONSE TO INTERROGATORY NO. 11:**

None.

**INTERROGATORY NO. 12:**

Identify any property RCDI holds or otherwise controls that another entity owns, including any property borrowed from, being stored for, or held in trust (but excluding leased or rented property).

**RESPONSE TO INTERROGATORY NO. 12:**

RCDI owns by assignment United States Patent Nos. 7,889,713, 8,417,377 and 8,788,090. Additionally, RCDI owns by assignment United States Patent Application No. 14/337,186.

**INTERROGATORY NO. 13:**

Identify any business for which RCDI was an owner, partner, member or otherwise a person in control within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 13:**

None.

**INTERROGATORY NO. 14:**

Identify any person who maintained RCDI's books and records within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 14:**

Upon information and belief:

    Mr, Michael Wasserman, CPA

    Mr. Leigh M. Rothschild

    Ms. Constance Kazanjian

**INTERROGATORY NO. 15:**

Identify all persons who have audited, compiled, or reviewed RCDI's books of account and records or prepared a financial statement within the last six (6) years.

**RESPONSE TO INTERROGATORY NO. 15:**

Upon information and belief:

    Mr, Michael Wasserman, CPA

**INTERROGATORY NO. 16:**

Identify all persons who are in possession of RCDI's books of account and records.

**RESPONSE TO INTERROGATORY NO. 16:**

Upon information and belief:

    Mr, Michael Wasserman, CPA

Mr. Leigh M. Rothschild

Ms. Constance Kazanjian

**INTERROGATORY NO. 17:**

Identify RCDI's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of RCDI.

**RESPONSE TO INTERROGATORY NO. 17:**

Mr. Leigh M. Rothschild is the Managing Member of RCDI.

**INTERROGATORY NO. 18:**

Identify RCDI's affiliates.

**RESPONSE TO INTERROGATORY NO. 18:**

None.

**INTERROGATORY NO. 19:**

Identify the location and value of all of RCDI's assets, including all real property, personal property, accounts (as defined by the Uniform Commercial Code), certificates of title (as defined by the Uniform Commercial Code), chattel paper (as defined by the Uniform Commercial Code), commercial tort claims (as defined by the Uniform Commercial Code), commodity accounts (as defined by the Uniform Commercial Code), commodity contracts (as defined by the Uniform Commercial Code), deposit accounts (as defined by the Uniform Commercial Code), documents, electronic chattel paper (as defined by the Uniform Commercial Code), equipment (as defined by

the Uniform Commercial Code), farm products (as defined by the Uniform Commercial Code), fixtures (as defined by the Uniform Commercial Code), general intangibles (as defined by the Uniform Commercial Code), goods (as defined by the Uniform Commercial Code), instruments (as defined by the Uniform Commercial Code), investment property (as defined by the Uniform Commercial Code), letter-of-credit rights (as defined by the Uniform Commercial Code), payment intangibles (as defined by the Uniform Commercial Code), software (as defined by the Uniform Commercial Code), tangible chattel paper (as defined by the Uniform Commercial Code), securities (as defined by the Uniform Commercial Code), securities accounts (as defined by the Uniform Commercial Code), or anything else of more than *de minimis* value, whether encumbered or otherwise.

**RESPONSE TO INTERROGATORY NO. 19:**

RCDI owns by assignment United States Patent Nos. 7,889,713, 8,417,377 and 8,788,090. Additionally, RCDI owns by assignment United States Patent Application No. 14/337,186.

Further, RCDI has a bank account with TD Bank that, as of 4/13/18, has a balance of $5.00.

**INTERROGATORY NO. 20:**

Identify all persons owing any amounts or obligations to RCDI.

**RESPONSE TO INTERROGATORY NO. 20:**

Subject to and without waiving attorney client privilege and/or the work product doctrine, RCDI responds as follows:

> The Coca-Cola Company
>
> Other unidentified unassessed potential infringers of the patents owned by RCDI.

**INTERROGATORY NO. 21:**

Identify all persons who participated in, assisted with, or otherwise had anything to do with responding to these Interrogatories and/or the Document Requests.

**RESPONSE TO INTERROGATORY NO. 21:**

Mr. Leigh M. Rothschild.

# VERIFICATION OF INTERROGATORY RESPONSES

My name is Leigh M. Rothschild, I am Managing Member at Rothschild Connected Devices Innovations, LLC. I believe, based on reasonable inquiry, that the answers provided in Plaintiff Rothschild Connected Devices Innovations, LLC's Responses to Defendant's Interrogatories are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on April __12__, 2018.

_____
Leigh M. Rothschild

Dated: April 13, 2018                    Respectfully submitted,

/s/ Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
brad@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via email on April 13, 2018.

/s/ Jay Johnson
Jay Johnson