UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

               Plaintiffs,

vs.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

               Defendants.

## NOTICE OF PENDING SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC, and Defendant Starbucks Corporation (collectively, "the Settling Parties"), by and through their undersigned counsel, respectfully notify the Court that they have reached a settlement in principle to resolve the above-captioned matter. Counsel for the Settling Parties are in the process of preparing and finalizing the Settlement Agreement, and intend to file a stipulation for dismissal within (30) days of this Notice. In light of this, the Settling Parties respectfully request that the Court stay all pending deadlines between them while they finalize the settlement. The requested stay should not extend to the claims between Plaintiffs and Defendant Rachael Lamkin in this matter.

[ SIGNATURES ON NEXT PAGE ]

4899-5266-4097

2

Dated: February 27, 2025                                                   Respectfully submitted,

*/s/ Edward F. O'Connor*                                                   */s/ Daniel B. Rogers*
Edward F. O'Connor (FBN 132223)                           Daniel B. Rogers (FBN. 195634)
efo@avynolaw.com                                                         E-Mail: drogers@shb.com
**Law Offices Edward F. O'Connor**                     Lori-Ann Ridley (FBN. 1044695)
104 Seabreeze Circle                                                    E-Mail: lridley@shb.com
Jupiter, Florida 33477                                                   **SHOOK, HARDY & BACON L.L.P.**
T: (949) 291-2894                                                           201 South Biscayne Blvd., Suite 3200
                                                                                       Miami, Florida 33131
Stephen M. Lobbin (CA-SBN 181195)                    T: (305) 358-5171
sml@smlavvocati.com
**SML Avvocati P.C.**                                                    *Counsel for Defendant,*
888 Prospect Street, Suite 200                                      *Starbucks Corporation*
San Diego, California 92037
T: (949) 636-1391

*Counsel for Plaintiffs*

2