**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    *Plaintiffs*,

                              **JURY TRIAL DEMANDED**

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

    *Defendants*.

---

### **DEFENDANT RACHAEL LAMKIN'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant Rachael Lamkin ("Attorney Lamkin"), pursuant to Federal Rule of Civil Procedure 7.1 and the Court's February 10, 2024 Order [ECF No. 11], makes the following disclosures:

1. Attorney Lamkin is a natural person.

2. The following individuals or entities may have an interest in this action:

   a. Leigh M. Rothschild—Plaintiff/Counter-Defendant

   b. Analytical Technologies, LLC—Plaintiff/Counter-Defendant

   c. Starbucks Corporation—Defendant

   d. Rachael Lamkin—Defendant/Counter-Plaintiff

   e. Edward F. O'Connor—Counsel for Plaintiffs

   f. Law Offices of Edward F. O'Connor—Counsel for Plaintiffs

   g. Stephen M. Lobbin—Counsel for Plaintiffs

   h. SML Avvocati P.C.—Counsel for Plaintiffs

      i. Brenton H. Cooper—Counsel for Defendant/Counter-Plaintiff Rachael Lamkin

      j. Paul R. Elliott—Counsel for Defendant/Counter-Plaintiff Rachael Lamkin

      k. Baker Botts L.L.P.—Counsel for Defendant/Counter-Plaintiff Rachael Lamkin

Dated: February 28, 2025

                                      Respectfully submitted,

                                      */s/ Brenton H. Cooper*
                                      Brenton H. Cooper
                                      Florida Bar No. 1035909
                                      **BAKER BOTTS L.L.P.**
                                      brent.cooper@bakerbotts.com
                                      700 K St., N.W.
                                      Washington, D.C. 20001
                                      T: (202) 639-1325
                                      F: (202) 639-7890

                                      Paul R. Elliott (admitted *pro hac vice*)
                                      **BAKER BOTTS L.L.P.**
                                      paul.elliott@bakerbotts.com
                                      910 Louisiana S.
                                      Houston, Texas 77002
                                      T: (713) 229-1226
                                      F: (713) 229-1522

                                      *Counsel for Defendant Rachael Lamkin*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2025, a true and correct copy of the above document was provided to all counsel of record through the Court's ECF system.

                                      */s/ Brenton H. Cooper*
                                      Brenton H. Cooper