UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-GAYLES

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

    *Defendants*.

_____

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **05/04/2026**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, 04/29/2026**. A **Status Conference** will be held at **10:00 a.m. on Wednesday, 02/25/2026**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by: **06/06/2025**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by: **06/20/2025**

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by: **08/15/2025**

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by: **09/22/2025**

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by: **10/06/2025**

| | | |
|---|---|---|
| 6. | Fact discovery shall be completed by: | **12/03/2025** |
| 7. | Expert discovery shall be completed by: | **12/03/2025** |
| 8. | Dispositive motions, including those regarding summary judgment and *Daubert* shall be filed by: | **12/18/2025** |
| 9. | Mediation shall be completed by: | **02/03/2026** |
| 10. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by: | **03/03/2026** |
| 11. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by: | **04/03/2026** |

By:

| | |
|---|---|
| */s/ Brenton H. Cooper* <br> Brenton H. Cooper <br> Florida Bar No. 1035909 <br> **BAKER BOTTS L.L.P.** <br> brent.cooper@bakerbotts.com <br> 700 K St., N.W. <br> Washington, D.C. 20001 <br> T: 202-639-1325 <br> F: 202-639-7890 <br><br> Paul R. Elliott (admitted *pro hac vice*) <br> Texas Bar No. 06547500 <br> **BAKER BOTTS LLP** <br> paul.elliott@bakerbotts.com <br> 910 Louisiana St. <br> Houston, Texas 77002 <br> T: 713-229-1226 <br> F: 713-229-1522 <br><br> *Attorneys for Defendant Rachael Lamkin* | */s/ Edward F. O'Connor* <br> Edward F. O'Connor <br> Florida Bar No. 132223 <br> efo@avynolaw.com <br> Law Offices Edward F. O'Connor <br> 104 Seabreeze Circle <br> Jupiter, Florida 33477 <br> Tel: 949.291.2894 <br><br> *Attorney for Plaintiffs* |

*/s/ Daniel B. Rogers*
Daniel B. Rogers (Florida Bar No. 195634)
E-Mail: drogers@shb.com
Lori-Ann Ridley (Florida Bar No. 1044695)
E-mail: lridley@shb.com
SHOOK, HARDY & BACON L.L.P.
201 South Biscayne Blvd., Suite 3200
Miami, Florida 33131
T: (305) 358-5171

*Counsel for Defendant Starbucks Corporation*

3