UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

        Plaintiffs,

v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

        Defendants.

_____/

**Plaintiff's Certificate of Interested Parties and Corporate Disclosure Statement**

Pursuant to Rule 7.1 and the Court's Order (*see* ECF No. 11), Plaintiffs Leigh M. Rothschild ("LMR") and Analytical Technologies, LLC ("ATL") state that LMR is an individual citizen of Florida, and ATL has a parent corporation Patent Asset Management, LLC.

Dated:  March 3, 2025                  Respectfully submitted,

*/s/ Edward F. O'Connor*

**EDWARD F. O'CONNOR**
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (CA-SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, a true and correct copy of the above document was provided to all counsel of record through the Court's ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor