UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

        Plaintiffs,

v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

        Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen M. Lobbin of the law firm of SML Avvocati, P.C., 888 Prospect Street, Suite 200, San Diego, CA 92037, Tel: 949.636.1391 for purposes of appearance as co-counsel on behalf of Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit to receive electronic filings in this case, and in support thereof states as follows:

      1.      Stephen M. Lobbin is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar and Central and Southern Districts of California.

      2.      Movant, Edward F. O'Connor, Esquire, of the law firm of Law Offices Edward F. O'Connor, 104 Seabreeze Circle, Jupiter, FL. 33477, Tel: 949.291.2894 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida

and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Stephen M. Lobbin has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Stephen M. Lobbin, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen M. Lobbin at email address: sml@smlavvocati.com.

WHEREFORE, Edward F. O'Connor, moves this Court to enter an Order for Stephen M. Lobbin to appear before this Court on behalf of Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen M. Lobbin.

Date: March 6, 2025                    Respectfully submitted,

**EDWARD F. O'CONNOR**
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and
**Analytical Technologies, LLC**, a Wyoming company,

    Plaintiffs,

v.

**Starbucks Corporation**, a Washington corporation, and
**Rachael Lamkin**, an individual citizen of California,

    Defendants.
_____/

## CERTIFICATION OF STEPHEN M. LOBBIN

Stephen M. Lobbin, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of California State Bar, and the Central and Southern Districts of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*Stephen M. Lobbin*

Stephen M. Lobbin (CA-SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

                Plaintiffs,

       v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

                Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Stephen M. Lobbin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Stephen M. Lobbin, may appear and participate in this action on behalf of Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC. The Clerk shall provide electronic notification of all electronic filings to Stephen M. Lobbin, at sml@smlavvocati.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

                                                                     _____
                                                                     United States District Judge