# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

    *Defendants*.

**JURY TRIAL DEMANDED**

## DECLARATION OF BRENTON H. COOPER IN SUPPORT OF DEFENDANT RACHAEL LAMKIN'S OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS COUNTERCLAIM

I, Brenton H. Cooper, declare and state as follows:

1. I am an attorney at the law firm Baker Botts, L.L.P., counsel for Defendant Rachael Lamkin ("Attorney Lamkin") in the above-captioned action.

2. Attached as Exhibit 1 to this Declaration are true and correct excerpts from Black's Law Dictionary (12th ed. 2024), as accessed through Thomson Reuter's Westlaw database, that show the definitions therein for "bankrupt *adj.*" and "bankrupt *n.*"

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 21st day of March, 2025.

    By:    */s/ Brenton H. Cooper*
                 Brenton H. Cooper
                 Florida Bar No. 1035909
                 **BAKER BOTTS, L.L.P**
                 700 K Street, N.W.
                 Washington, D.C. 20001
                 T: 202-639-1325

Declaration Exhibit 1
(Opposition Exhibit 1-1)

Black's Law Dictionary (12th ed. 2024), bankrupt

# BANKRUPT

Bryan A. Garner, Editor in Chief

Preface to the Twelfth Edition | Guide to the Dictionary | Legal Maxims | Bibliography of Books Cited

**bankrupt** *adj.* [fr. French *banqueroute*, refashioned after Latin *rupta*, fr. Italian *banca rotta* "a broken bench," fr. *banca* "bench" + *rotta* (fr. Latin *rupta*) "broken" — so called from the practice of breaking the bench or stall of an insolvent trader.] (16c) Indebted beyond the means of payment; without enough money to pay back what one owes; insolvent. — Also spelled (archaically) *bankerout*; *bankrout*. — **bankrupt,** *vb.*

Westlaw. © 2024 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**

© 2025 Thomson Reuters. No claim to original U.S. Government Works.

Black's Law Dictionary (12th ed. 2024), bankrupt

# BANKRUPT

Bryan A. Garner, Editor in Chief

Preface to the Twelfth Edition | Guide to the Dictionary | Legal Maxims | Bibliography of Books Cited

**bankrupt** *n.* (16c) **1.** Someone who cannot meet current financial obligations; an insolvent person. • This term was used in bankruptcy statutes until 1979 and is still commonly used by nonbankruptcy courts. The Bankruptcy Code uses *debtor* instead of *bankrupt.* **2.** DEBTOR (2).

- **cessionary bankrupt** (18c) *Archaic.* Someone who forfeits all property so that it may be divided among creditors. • For the modern near-equivalent, see CHAPTER 7.

- **discharged bankrupt** (1877) *Archaic.* An insolvent person whose obligation to pay specific debts has been canceled by a court in a bankruptcy proceeding. See *bankruptcy proceeding* under PROCEEDING.

- **undischarged bankrupt** (1832) *Archaic.* An insolvent person who is still obliged to pay debts because a court has not canceled them in a bankruptcy proceeding. See *bankruptcy proceeding* under PROCEEDING.

Westlaw. © 2024 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**  © 2025 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW   © 2025 Thomson Reuters. No claim to original U.S. Government Works.   1