UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

    *Defendants*.

## STIPULATED EXTENSION AND [PROPOSED] ORDER

WHEREAS, the Court's Scheduling Order set deadlines including August 15, 2025 to "disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2)" (*see* ECF No. 25 at 1);

WHEREAS, pursuant to Local Rule 7.1(c)(1), August 19, 2025 is the current deadline for Plaintiffs to file their opposition to Defendant Lamkin's Motion for Partial Judgment on the Pleadings filed August 5, 2025 (*see* ECF No. 47); and

WHEREAS, the parties agree that vacation and other personal scheduled on both sides warrant good cause for extending these deadlines by approximately two weeks, which would allow the parties to meet these deadlines in a more reasonable manner.

THEREFORE, IT IS STIPULATED THAT the deadline shall be extended to September 2, 2025 for (a) Plaintiffs to file their opposition to Defendant Lamkin's Motion for Partial Summary Judgment filed August 5, 2025 (*see* ECF No. 47), and (b) the parties to "disclose experts,

expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2)" (*see* ECF No. 25 at 1).

    IT IS SO STIPULATED.

**SO ORDERED:**

_____
United States District Judge

DATED: _____, 2025

AGREED AND ENTRY REQUESTED:

<u>*/s/ Brenton H. Cooper*</u>
Brenton H. Cooper
Florida Bar No. 1035909
**BAKER BOTTS L.L.P.**
brent.cooper@bakerbotts.com
700 K St., N.W.
Washington, D.C. 20001
T: 202-639-1325
F: 202-639-7890

Paul R. Elliott (admitted *pro hac vice*)
Texas Bar No. 06547500
**BAKER BOTTS LLP**
paul.elliott@bakerbotts.com
910 Louisiana St.
Houston, Texas 77002
T: 713-229-1226
F: 713-229-1522

*Attorneys for Defendant Rachael Lamkin*

<u>*/s/ Edward F. O'Connor*</u>
Edward F. O'Connor
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 11, 2025, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor
