UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

    *Defendants*.

## NOTICE OF STRIKING ECF NO. 48

Plaintiffs LEIGH M. ROTHSCHILD and ANALYTICAL TECHOLOOIES, LLC, by and through its undersigned counsel hereby file this Notice of Striking ECF No. 48. Plaintiffs became aware that it inadvertently filed "Stipulated Extension and [Proposed Order] selecting the wrong event. Based on the foregoing, Plaintiff respectfully requests ECF No. 48 be stricken from the docket.

Dated: August 12, 2025

    Respectfully submitted,

    **EDWARD F. O'CONNOR**
    Florida Bar No. 132223
    efo@avynolaw.com
    **Law Offices Edward F. O'Connor**
    104 Seabreeze Circle
    Jupiter, Florida 33477
    Tel: 949.291.2894

    Stephen M. Lobbin (CA-SBN 181195)
    sml@smlavvocati.com
    **SML Avvocati P.C.**
    888 Prospect Street, Suite 200
    San Diego, California 92037
    Tel: 949.636.1391
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that, on August 12, 2025, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

                  <u>/s/ Edward F. O'Connor</u>
                  Edward F. O'Connor