UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

                Plaintiffs,

        v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

                Defendants.
                                                  /

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Leigh M. Rothschild and Analytical Technologies, LLC (collectively "Plaintiffs"), by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Extension of Time to Respond to the Court's Scheduling Order set deadlines including August 15, 2025 to "disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2)" (*see* ECF No. 25 at 1) and Defendant Lamkin's Motion for Partial Judgment on the Pleadings filed August 5, 2025 (*see* ECF No. 47).

The parties agree that vacation and other personal scheduled on both sides warrant good cause for extending these deadlines approximately two weeks, which would allow the parties to meet these deadlines in a more reasonable manner, whereby extending the deadlines to September 2, 2025.

Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept., 878 F.3d 1008, 1012 (11th Cir. 2017) (citing U.S. v. Miller Bros. Constr. Co., 505 F.2d 1031, 1035 (10th Cir. 1974)). 6.

Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs have demonstrated good cause for extending these deadlines. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

Plaintiffs' counsel conferred with Defendant Lamkin's attorneys with respect to the relief sought in this Motion.  Defendant Lamkin's attorneys agreed to the extension, up to and including September 2, 2025.

A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order granting the extension of time for (a) Plaintiffs to file their opposition to Defendant Lamkin's Motion for Partial Judgment on the Pleadings filed August 5, 2025 (*see* ECF No. 47), and (b) the parties to "disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2)" (*see* ECF No. 25 at 1). up to and including September 2, 2025.

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Stephen Lobbin, counsel for Plaintiffs, conferred with Skala's attorneys regarding the relief requested herein. They do not oppose the requested extension of time, until September 2, 2025, to respond to these deadlines.

Dated: August 12, 2025                                  Respectfully submitted,

**EDWARD F. O'CONNOR**
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (CA-SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 12, 2025, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor