# EXHIBIT C

**Online Reputation & Damages Assessment**

**Expert Witness Report**

**Regarding:**

Brian Menge,

*Plaintiff*

v.

City of Highland Park, a municipal corporation,

*Defendant*

**Prepared By:**

Sameer Somal, CFA

CEO, Blue Ocean Global Technology,

July 24, 2024

**Section 1: Expert Witness Engagement & Basic Findings.........................................................4**

 Engagement Summary...............................................................................................5

 Basic Findings and Conclusions.............................................................................6

 Documents Reviewed - Appendix B........................................................................6

**Section 2: Expert Witness Qualifications............................................................................ 7**

 Sameer Somal Biography........................................................................................ 8

 Articles Authored By and Featuring Sameer - Appendix A.....................................9

 Recent Speaking Engagements and References - Appendix A................................9

 Continuing Legal Education (CLE) Programs - Appendix A....................................9

 Expert Witness Case History - Appendix A............................................................. 9

 About Blue Ocean Global Technology.................................................................. 10

 Statement of Compensation.................................................................................. 11

**Section 3: Defamation & its Impact on the Reputation...................................................12**

 False Allegations amounting to Defamation...........................................................13

 Amplified Impact of Defamation from Public Office............................................. 16

 Defamation Vs. Freedom Of Expression.............................................................. 18

 Harm to reputation from digital media.................................................................. 20

 Malice involved in case of Negative and Defamatory Statement...........................22

 Amplified Impact of Defamatory Content on Social Media..................................24

**Section 4: Freedom of Information Act (FOIA) Request............................................27**

 Overview of FOIA Request.................................................................................... 28

 Response from the City of Highland Park.............................................................. 29

 Analysis of Documentation and Lack Thereof...................................................... 30

**Section 5: Elements of Rehabilitation Program................................................................31**

 An Investigator's Reputation Being Instrumental to their Credibility.....................32

 Rebuilding a Damaged Reputation........................................................................ 34

 Regaining Credibility in Court................................................................................37

 Relationship Between Lawyer and Plaintiff............................................................ 40

 Existing Reputation of Brian Menge to Build upon................................................41

**Section 6: Legal Cases............................................................................................................ 43**

 Defamation Per Se................................................................................................. 44

 Defamation through Social Media.......................................................................... 52

 Intent of Malice......................................................................................................57

**Section 7: Assessment of Damages...................................................................................... 61**

 Rationale for Recommendation of Damages based on Reputational Harm............ 62

 Summary Findings................................................................................................. 64

Damages..............................................................................................................67
    Economic Damages................................................................................... 67
    Rehabilitative Damages............................................................................ 69
    Reputational Damages.............................................................................. 70
    Emotional Distress Damages.................................................................... 72

## Section 7: Assessment of Damages

-------------------------------------------------------------------------------------------------------------------

RATIONALE FOR RECOMMENDATION OF DAMAGES BASED ON REPUTATIONAL HARM

SUMMARY FINDINGS

DAMAGES

## Rationale for Recommendation of Damages based on Reputational Harm

The rationale to determine damages and reputation harm involves evaluating the extent and severity of damage inflicted on an entity's public perception, credibility, and industry standing as a result of negative events, actions, or allegations. It includes analyzing various factors such as the nature and severity of the allegations or events, the visibility and reach of the information, the original position of the entity, and the reactions of and/or effects on key stakeholders such as employees, clients, or the public. Additionally, assessing harm to reputation involves considering the long-term implications and consequences for the opportunities and prospects of the entity.

**Examination of Impact of Defamatory Statements:**

The defamatory statements made by Councilman Ash-Shafii, labeling Mr. Menge as a thief who stole from the Highland Park Drug Forfeiture Fund and referring to him as "no good," have inflicted significant damage to Mr. Menge's reputation within his professional sphere.

- Impact on Professional Standing: As an individual with a background in law enforcement and a track record of providing testimony to the court as an investigator, Mr. Menge's reputation for integrity and trustworthiness is paramount to his success in the field. The false accusations of theft undermine this reputation, casting doubt on his credibility and reliability as an investigator.
- Diminished Trust: The baseless nature of the allegations erodes trust in Mr. Menge's character and capabilities. Attorneys and clients who once relied on his services may now question his integrity, leading to a loss of trust and confidence in his ability to effectively carry out his professional responsibilities.
- Career Implications: Mr. Menge's aspirations of returning to law enforcement have been jeopardized by the damaging nature of the accusations. The tarnishing of his reputation as a result of Councilman Ash-Shafii's statements may preclude him from pursuing career opportunities within the field, limiting his professional advancement and prospects for the future.
- Online Dissemination: The availability of the defamatory statements online exacerbates the harm to Mr. Menge's reputation. Potential clients, colleagues, and employers may

encounter these damaging allegations, further perpetuating negative perceptions and hindering his ability to rebuild his reputation within his professional sphere.

- Psychological Impact: Beyond the tangible consequences on Mr. Menge's career and professional relationships, the defamation has likely taken a toll on his mental and emotional well-being. Enduring false accusations of criminal behavior and enduring the resulting damage to one's reputation can be deeply distressing and may have long-lasting effects on confidence and self-esteem.

The repercussions of these false accusations extend far beyond mere reputational damage, impacting Mr. Menge's livelihood and future opportunities within his niche sphere of business.

This year, he has handled 158 investigations, with each case potentially bringing in significant revenue. The minimum contract for his services is approximately $1,000 per hour for a 10-hour investigation, highlighting the substantial financial implications. The false allegations have caused attorneys to hesitate in retaining his services, directly affecting his income and professional reputation.

The rationale for recommending damages, in this case, is grounded in the significant harm inflicted upon Mr. Menge as a result of the defamatory statements made by Councilman Ash-Shafii.  Based on factors such as loss of income and opportunities, damage to reputation, emotional distress and psychological impact, reputation management costs and future career implications, it is recommended that damages be awarded to compensate to address the harm caused to Mr. Menge.

## Summary Findings

---

1. **Damage has been caused to Mr. Menge's reputation due to defamatory statements made by Councilman Ash-Shafii.**

   Councilman Ash-Shafii made defamatory remarks on Mr. Menge's character, labeling him as a thief who stole from the Highland Park Drug Forfeiture Fund and referring to him as *"no good."* He also made allegations that Mr. Menge was stealing cars from the police impound and stealing them. These allegations have also spread like wildfire, as many of his old colleagues and the current chief of police are aware of them. Many of them noted how this allegation only makes the situation worse for Mr. Menge as it becomes even harder for him to rejoin the police force. Furthermore, these allegations damaged his private investigator profession as many of his opportunities were lost, including the cases given by Mr. Whittie.

2. **Exacerbation of false narrative through wrongful use of social media.**

   Social media - particularly Facebook was used to disseminate the frivolous accusations about Mr. Menge. The intent behind posting the said recording on Facebook was to garner more viewers and attention to the same accusations. The recording was made available to Mr. Whittie and many of the other attorneys who work at the court of the city of Highland Park. Many of the attorneys also worked with Mr. Menge in the past. The video was also observed by a prosecutor working in the same court.

   Furthermore, it was pointed out by many of Mr. Menge's ex-colleagues that city council meeting was viewed by mostly everyone in the police department at Highland Park. If not, it's discussed by many, which leads to the word about the info spreading, making others watch the video if it's noteworthy.

3. **Mr. Menge has endured significant economic damages as a direct result of the defamatory allegations.**

Due to the false claims made by Councilman Ash-Shafii during the city council meeting regarding stealing from the Drug Forfeiture fund and furthermore on the stealing cars from the police impound, many of his close colleagues including Mr. Whittie have been reluctant to hire him. Furthermore, his private practice has also taken a financial hit and his possibility of becoming a police officer at Highland Park has also diminished. All of these events have negatively affected his economic situation.

4. **Mr. Menge has and continues to suffer emotional distress and shall be entitled to appropriate damages.**

Since the city council meeting, the defamatory allegations against him have been spread across town, as many in the police department know about and so do many in his family, humiliating him. Additionally, the allegations have made him lose sleep and start taking therapy. Since his work is also suffering from the allegations, it's adding to his stress.

5. **Positive reputation of Mr. Menge prior to the allegations and necessity to undertake restoration measures.**

Before the allegations became public knowledge, Mr. Menge had established a strong reputation as a hardworking and honest detective. He was highly rated by the chiefs of police for whom he worked and was respected among his peers as well. The trust of his superiors extended to cases with a sensitive background, which he carried out with the utmost professionalism.

Since an online sweep of a new employee is essential, Mr. Menge is bound to live with the consequences of the false statements made at the council meeting. Since the court documents mention the recording of the council meeting referring to him as someone who stole from the Drug Forfeiture Fund, it's a stain that'll remain on his reputation.

Another critical point in addressing the reputational harm suffered by Mr. Brian Menge involves investing in an effective rehabilitation campaign. Such a campaign is essential to effectively respond to the damage caused by the defamatory statements and to actively rebuild his reputation. The campaign would encompass several strategic initiatives,

including public relations efforts, social media management, and professional endorsements, all aimed at restoring Mr. Menge's standing in his professional community.

The objective of this campaign is to create a positive narrative around Mr. Menge, emphasizing his integrity, professionalism, and contributions to the field. By disseminating factual and favorable information about his career and achievements, the campaign can counteract the false allegations and help reestablish trust among his peers, clients, and the broader community.

Moreover, the rehabilitation campaign would facilitate the reparation of professional relationships that have been damaged due to the negative publicity. It would engage with key stakeholders and influencers in the legal and law enforcement sectors to endorse Mr. Menge's character and work ethic, thereby reaffirming his credibility.

Investing in such a campaign not only addresses the immediate reputational harm but also provides a long-term strategy for sustaining Mr. Menge's professional image. This proactive approach is crucial for mitigating the adverse effects of the defamation and ensuring that Mr. Menge can continue his career with restored confidence and respect in his industry.

## Damages

---

### Economic Damages

Economic damages refer to the financial losses incurred by the plaintiff as a result of false and damaging statements made about them. These damages typically include quantifiable losses such as lost wages, loss of business opportunities, and damage to reputation leading to financial harm. In defamation cases, economic damages aim to compensate the plaintiff for the tangible financial repercussions of the defamatory statements.

Firstly, the false allegations made by Councilman Ash-Shafii have directly affected Mr. Menge's ability to secure employment and conduct his business effectively. As an investigator, Mr. Menge's credibility and reputation are crucial for attracting clients and contracts. The defamation has resulted in a loss of income and opportunities for Mr. Menge, as potential clients may hesitate to hire him due to concerns about his credibility and integrity.

Commenting on the number of cases Mr. Menge lost, Mr. Whittie noted:

> *"I passed them up probably on 9 or 10. And that was in a short amount of time because as soon as I felt comfortable using them again, I did immediately. But there was a lot more. So on average, in each case, at a minimum is going to be a $1000. It generally is about 10 hours of work."*

Hence the contracts he has lost from Mr. Whittie amount to atleast $9,000 - $10,000. During my conversation with Mr. Menge, he stated that this number is just with respect to one attorney. Considering that Mr. Menge often worked and partnered with other attorneys, such as Lillian Diallo, this incident may have discouraged them to hire him for other projects. Henceforth, it is important to mention that there were in all probability, more opportunities and potential contracts he lost out on.

Secondly, Mr. Menge's reputation within his professional circle has been significantly damaged by the defamatory statements. This not only impacts his current livelihood but also has long-term implications for his career path. The loss of trust and confidence in Mr. Menge's abilities as a

result of the false accusations can impede his prospects and opportunities for advancement within his field.

For instance, Mr. Menge, a seasoned investigator, has been significantly impacted by the defamatory statements made against him. In his professional capacity, Mr. Menge has been retained by various attorneys, including Lillian Diallo, for numerous cases. This year alone, he has conducted 158 investigations. Each investigation varies in scope, with some contracts ranging from a minimum of 10 hours, costing around $1,000 per project, along with variables such as extended investigation time increasing the cost. This demonstrates not only the high demand for Mr. Menge's services but also the substantial financial stakes involved in his line of work. The false allegations have jeopardized his ability to secure these high-value contracts, causing a direct economic impact on his livelihood.

Lastly, the defamatory statements could have enduring effects on Mr. Menge's career trajectory and future opportunities. The damage to his reputation may hinder his ability to secure employment or contracts in the future, impacting his earning potential and professional growth.

Hence the economic damages can be divided into three categories:

1. The contracts that he lost from Mr. Whittie, which amounts to $9,000 - $10,000.
2. Mr. Menge lost a significant chunk of his income which he would ordinarily gain from his freelance work as an investigator. Since his work as a freelancer is dependent on his reputation, which is now tarnished due to the defamation, his personal business has also taken a hit.

I conservatively estimate that Mr. Menge has lost the opportunity of working with at least 8 - 10 attorneys over the course of this incident. His usual flat fee for a 10-hour investigation project is $1,000. He charges extra for every project exceeding that time frame. Considering the same, I estimate that he has lost at least if not more than 6 - 8 projects coming from each attorney yearly.

That will mean losing projects worth: [8 x (7x$1,000) – 10 x (7x$1,000)] = $56,000 – $70,000 yearly.

The cause of action arose in March of 2023 which translates into lost opportunities of almost $84,000 - $105,000 to this date.

Over the next three years, I estimate that economic damages in lost income will amount to: 3 x ($56,000 – $70,000) = $168,000 - $210,000.

Therefore, in my opinion, the economic damages in the form of Mr. Menge's lost projects, opportunities to grow his practice up to this time and the loss he would continue to suffer (in the next three years conservatively) are in excess of atleast $283,500.

**Rehabilitative Damages**

The unique nature of this case necessitates an analysis to assess restoration damages for Brian Menge. Dedicated efforts in the form of a campaign are required to counteract the negative narrative against Mr. Menge. (Please refer to Appendix C: Sample Campaign Websites & Profiles) Rehabilitative damages are needed to restore trust in Mr. Menge's professional integrity by creating a definitively positive reputation for those who were offered a negative perception from the false statements.

Further, recovering trust and re-establishing the professional relationships that were built over years of effort will be a long and arduous task. This will result in the expenditure of significant resources and time. Rehabilitation is necessary to mitigate the harmful impact on Mr. Menge's prospects.

Our goal is to rehabilitate Mr. Menge's negative reputation and rebuild his standing within the law enforcement and legal communities. We seek to reestablish his credibility and create a favorable presence that will counteract the defamatory statements made against him. An overview of what we will undertake is given below:

1. An effective campaign requires ongoing analysis and testing. Close attention is given to a comprehensive, yet fluid list of all search results that populate for a particular keyword. We will first focus on an initial group of important keywords, with the remaining keywords gaining priority as results are achieved.

2. Our process is first applied to each keyword within the Google search engine. As the campaign yields results, a similar framework is implemented for the keywords on four other major search engines: Bing, Yahoo, Duckduckgo, and Searchencrypt.

3. We map separate mandates for image and news section results. We usually begin the image optimization process after we see some measurable progress on the standard search results.

4. Throughout the campaign we will create backlinks that strengthen the digital assets. The Google algorithm places heavy weight on the backlinks metric when ranking specific pages. A web page with a higher number of backlinks features more prominently on the search results relative to similar websites without the comparable interlinking strength.

5. A hallmark of our client experience is transparency. We provide monthly progress reports highlighting work performed and results starting at the end of the second month. While some of our strategies are proprietary, we often include backlinks, profiles, articles, and other tangible updates.

These actions ensure that our rehabilitation process is successful and Mr. Menge has a favorable presence online.

The fact that the defamatory video in question is still available on Facebook for the public at large or any internet user for that matter, is concerning. Additionally, the court documents available to the general public at a single click, adds another layer of complexity to the rehabilitation process and thus, necessitates investing in a modest rehabilitation campaign for Mr. Menge.

For public relations and rehabilitation we recommend $10,000/month - $20,000/month x 12 months - 18 months. Conservatively our recommendation, considering the range lower limit of the rehabilitation damages campaign, is $15,000 x 12 months = $180,000.

**Reputational Damages**

Reputational damages form a part of presumed damages. It is certain to assume that a person has suffered reputational damage and losses as a result of defamation since it is meant to attack the reputation. The risks and ramifications of reputational damages are intense and there is no set

standard to determine the actual value associated with it. The courts rely on multiple factors when awarding damages to one's reputation. It is impossible to reverse the past damage and completely rehabilitate Mr. Menge's negative reputation. The fact that there was intentional (malicious) harm to Mr. Menge's reputation necessitates strong consideration for a reputational damage award.

As detailed above, a modest rehabilitation campaign can only partially restore Mr. Menge's good name and counteract some of the negative narrative against him. Reputations are an individual's most valuable asset. They are hard to build. But as this case demonstrates, they can be compromised in a moment.

Reputations hold immense value because they are built on perceptions, beliefs, and opinions that others hold about an individual. These perceptions can shape how people view and interact with someone, influencing their trust, willingness to work with them, and professional prospects. While it's difficult to quantify reputations in concrete terms, their impact is undeniable.

When false accusations or negative information are spread about an individual, it can have far-reaching consequences, as this case demonstrates. Professional relationships are built on mutual understanding and respect. Quantifying trust and relationships is challenging because they involve complex emotions, subjective perceptions, and individual experiences. Naturally, measuring the exact harm of losing one's professional reputation is incalculable.

I have studied defamation and, again, been retained in multiple defamation cases to assess damages. The reason the category of "defamation per se" exists is precisely because calculating damages is subjective. That is why damages are presumed.

However, in my experience combining a number of factors can provide a solid structure for assessing damages based on the number of people the defamation reached as follows:

- **Ring 1 (Immediate contacts including colleagues, friends, family and those within the community)** – These are people who are intimately aware of and/or directly working with Mr. Menge, including colleagues and clients. The false statements affect these relationships, with Mr. Menge having to clarify and prove his stand. The accusations cause them to question his integrity, ability to deliver, and overall professionalism.

- **Ring 2 (Prospective clients, possible referrals, and contractors)** – This ring is the circle that is often worst affected in terms of future growth of Mr. Menge's professional practice. This is because these are groups and/or people who know Mr. Menge distantly and/or who might have been referred by existing clients and attorneys. Given the negative narrative, their image of Mr. Menge is tainted with distrust and questionability, and they may decide not to work or associate with him anymore.

- **Ring 3 (Strangers' scrutiny)** – This is among the most nebulous groups, as the false narrative and general negativity around Mr. Menge in his professional community may reach a large number of people through word of mouth. This may frame a negative perspective in the minds of people who hear about Mr. Menge for the first time, causing intangible and invaluable damages.

The category of *"defamation per se"* exists precisely because calculating exact damages is impossible in cases such as these, especially those involving Ring 3. It is imperative to note that the video still remains available on Highland Park's Facebook group for anyone to look at even without logging in. The engagement on the said video in question may not be much but there are certainly more people who may be viewing it.

Adding the three reputational rings together, I calculate and estimate that damages for this category total no less than $550,000 - $750,000.

**Emotional Distress Damages**

Emotional distress damages don't fall under a specific definition but include experiences with psychological issues after the event. They're helping in compensating individuals who's daily life has been impacted as the forms of emotional distress are long and varied. Some of these manifestations include sleep loss, anxiety, depression, humiliation, etc.

Enduring false accusations of criminal behavior and defamation can have profound effects on an individual's mental and emotional well-being. The distress caused by the defamation, including anxiety, embarrassment, and loss of self-esteem, warrants compensation for the psychological harm suffered by Mr. Menge.

Commenting on his experience dealing with the emotional distress, he noted that he's *"lost sleep over it,"* and he's been *"going to see a therapist every couple of weeks."* Furthermore, he noted that his children and his ex-wife have also been openly asked about the defamatory allegations in public. His former colleagues and many of his friends have been approached on allegations about him stealing cars from the police impound and him stealing from the drug forfeiture fund. These events have added to Mr. Menge's humiliation and emotional distress, making his daily life difficult.

Since the allegations, Mr. Menge has been seeing Dr. Zambo, who's been helping him navigate his emotional distress since. Commenting on the same, Dr. Zambo noted:

> *"from an emotional perspective to have someone say "I really can't trust you anymore" has been a significant blow to him and that's something that he's going to continue navigating through his therapy."*

Furthermore, he commented on Mr. Menge's ability to conduct himself professionally, Dr. Zambo said:

> *"It's exhausting him emotionally and physically.  He appeared physically exhausted because he was consumed with thoughts about how the allegations will now affect his future not just income but uh personally and professionally. The anxiety has been quite prevalent in his daily functioning and as I mentioned just a moment ago to the point that it has disrupted his sleep."*

The aforementioned exemplifies the emotional distress Mr. Menge has suffered as a result of the allegations. Mr. Brian Menge has suffered significant emotional distress as a result of the defamatory statements. To cope with the stress and anxiety caused by these allegations, Mr. Menge has been attending therapy sessions. Each session costs $150, and he has already attended three sessions, with one more upcoming. The total cost incurred for these therapy sessions thus far is $600. This financial burden further underscores the emotional and psychological impact of the defamation on Mr. Menge, highlighting the necessity of compensatory damages to address the emotional distress he has endured. In similar cases I have been retained, and in examining the consequences, a fair and reasonable award for Mr. Menge's emotional damages would range from $250,000 - $300,000.