UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24669-DPG

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

        Plaintiffs,

v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

        Defendants.
_____/

## REPLY STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION OF DEFAMATION AND NO ABUSE OF PROCESS

Pursuant to this Court's Local Rule 56.1(a)(3) and 56.1(b)(3), Plaintiffs Leigh M. Rothschild ("LMR") and Analytical Technologies, LLC ("AT") submit the following Reply Statement of Material Facts:

13. Undisputed but irrelevant and immaterial.

14. Undisputed but irrelevant and immaterial.

15. Undisputed but irrelevant and immaterial.

16. Undisputed but irrelevant and immaterial.

17. Undisputed but irrelevant and immaterial.

18. Disputed. The district court's tentative opinion was only "during the oral argument on Defendant's motion to dismiss," and the patent remains valid. *See id.* at 266.

1

19. Undisputed but irrelevant and immaterial.

20. Undisputed but irrelevant and immaterial.

21. Undisputed but irrelevant and immaterial.

22. Undisputed but irrelevant and immaterial.

23. Undisputed but irrelevant and immaterial.

24. Undisputed but irrelevant and immaterial.

25. Undisputed but irrelevant and immaterial.

26. Undisputed but irrelevant and immaterial.

27. Undisputed but irrelevant and immaterial.

28. Undisputed but irrelevant and immaterial.

29. Undisputed but irrelevant and immaterial.

30. Undisputed but irrelevant and immaterial.

31. Undisputed but irrelevant and immaterial.

32. Undisputed but irrelevant and immaterial.

33. Undisputed but irrelevant and immaterial.

34. Undisputed but irrelevant and immaterial.

35. Undisputed but irrelevant and immaterial.

36. Undisputed but irrelevant and immaterial.

37. Undisputed but irrelevant and immaterial.

38. Undisputed but irrelevant and immaterial.

39. Undisputed but irrelevant and immaterial.

40. Undisputed but irrelevant and immaterial.

41. Undisputed but irrelevant and immaterial.

42. Undisputed but irrelevant and immaterial.

43. Undisputed but irrelevant and immaterial.

44. Undisputed but irrelevant and immaterial.

45. Undisputed but irrelevant and immaterial.

46. Undisputed but irrelevant and immaterial.

47. Undisputed but irrelevant and immaterial.

48. Undisputed but irrelevant and immaterial.

49. Undisputed but irrelevant and immaterial.

50. Undisputed but irrelevant and immaterial.

51. Undisputed but irrelevant and immaterial.

52. Undisputed but irrelevant and immaterial.

53. Undisputed but irrelevant and immaterial.

54. Undisputed but irrelevant and immaterial.

55. Undisputed but irrelevant and immaterial.

Dated: January 20, 2026          Respectfully submitted,

Edward F. O'Connor (FL Bar No. 132223)
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 9203

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor
