UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

    Plaintiffs,

v.

STARBUCKS CORPORATION and
RACHAEL LAMKIN.

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's Amended Report and Recommendation on Defendant Rachael Lamkin's Motion for Partial Judgment on the Pleadings (the "Amended Report"). [ECF No. 122]. On December 2, 2025, this Court referred the case to Judge Shaw-Wilder for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 79]. On August 5, 2025, Lamkin filed a Motion for Partial Judgment on the Pleadings (the "Motion"). [ECF No. 47]. After the Motion was fully briefed, Judge Shaw-Wilder held a hearing and heard arguments from the parties. [ECF No. 115]. On February 18, 2026, Judge Shaw-Wilder issued her Amended Report recommending that Lamkin's Motion be granted in part and denied in part [ECF No. 122]. Lamkin and Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC, timely objected to the Amended Report. [ECF Nos. 124, 125].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation

are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusions that Lamkin's Motion should be granted in part and denied in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Amended Report and Recommendation, [ECF No. 122], is **ADOPTED** in full.

(2) Defendant Rachel Lamkin's Motion for Partial Judgment on the Pleadings is **GRANTED** as to Counts II and IV, and the Motion is **DENIED** as to Count III.

(3) Plaintiffs' claims for intentional infliction of emotional distress (Count II) and unfair competition (Count IV) are dismissed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of March, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE