**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

       *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

       *Defendants*.

---

**PLAINTIFFS' UNOPPOSED MOTION RE BRIEFING/HEARING DEADLINES**

The parties have filed several pending dispositive motions (*see* ECF Nos. 82, 89 and 91), and one other substantive motion remains pending (*see* ECF No. 69). The parties have conferred and propose to the Court to continue slightly certain pretrial deadlines (see ECF No. 93) as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial motions and memoranda of law etc. | March 31, 2026 | May 4, 2026 |
| Joint pretrial stipulation, etc. | May 1, 2026 | June 1, 2026 |
| Telephonic Status Conference | April 22, 2026 | No change |
| Telephonic Calendar Call | July 22, 2026 | No change |
| Two-week trial calendar | July 27, 2026 | No change |

Enlargements of time are permitted with good cause by Rule 6(b). Such enlargements of time should be liberally granted, absent a showing of bad faith or undue prejudice. *See, e.g.*, *Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.,* 505 F.2d 1031, 1035 (10th Cir. 1974)).

Based on the foregoing, and pursuant to Rule 6(b)(1)(A), Plaintiffs have demonstrated good cause for extending these deadlines.  Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

Plaintiffs' counsel conferred with Defendant's counsel with respect to the relief sought in this Motion.  Defendant agreed to and jointly requests the proposed extensions of time.

A proposed order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Plaintiffs respectfully request the Court to enter an order granting the foregoing extended deadlines in this action as noted hereinabove.

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Stephen Lobbin, counsel for Plaintiffs, conferred with Defendant Lamkin's counsel regarding the relief requested herein. Defendant Lamkin does not oppose and jointly requests the schedule set forth herein, including the joint request to continue the pretrial and trial deadlines.

Dated: March 26, 2026                                      Respectfully submitted,

*/s/ Edward F. O'Connor*
Edward F. O'Connor (FL Bar No. 132223)
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I certify hereby that I served the foregoing document on March 26, 2026 via CM/ECF on counsel for Defendants.

/s/ Edward F. O'Connor