**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

       *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

       *Defendants*.

---

### <u>PLAINTIFFS' MOTION FOR BRIEF EXTENSION RE PRETRIAL DEADLINES</u>

The parties have filed several key dispositive motions pending for decision (*see* ECF Nos. 82, 89 and 91), and one other substantive *Daubert* motion remains pending (*see* ECF No. 69).  The parties have conferred about the motions pending for decision, and various personal and professional scheduling conflicts, including ***lead counsel for Plaintiffs being completely unavailable from now until mid-May*** because of pretrial preparation and a jury trial in a case in Los Angeles federal court—that is, *A.K.A. Brands Holding Corp. et al. v. Bahari et al.*, Case No. 2:25-cv-00901-RGK (C.D. Cal.).  Attached herewith as **Exhibit A** is the parties' fairly extensive conferral correspondence, with Defendant ultimately stating without any real reason being offered: "We have tried to make a moved pre-trial schedule work and we cannot."  *See id.*

Based on the foregoing circumstances believed by Plaintiffs to substantiate good cause for a brief continuance of the May 1, 2026 deadline to May 26, 2026 for substantial pretrial filings including (a) joint pretrial stipulation, (b) proposed joint jury instructions, (c) proposed joint verdict form.  *See* ECF No. 93.  These matters require significant time and attention which counsel

for Plaintiffs (as the only counsel working on day-to-day matters for Plaintiffs) simply does not have available at the present time.  Therefore, ***Plaintiffs respectfully request hereby that the May 1, 2026 deadlines in this action be continued just 25 days, to and including May 26, 2026***.  No other deadlines in the pretrial and trial schedule in this action are necessary for extension, including (a) Telephonic Status Conference on April 22, 2026, (b) Telephonic Calendar Call on July 22, 2026, and (c) Trial Calendar beginning July 27, 2026.  *See id.*

Enlargements of time are permitted with good cause by Rule 6(b).  Such enlargements of time ***should be liberally granted***, absent a showing of bad faith or undue prejudice.  *See, e.g.*, *Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.,* 505 F.2d 1031, 1035 (10th Cir. 1974)).  Based on the foregoing, and pursuant to Rule 6(b)(1)(A), Plaintiffs respectfully submit that good cause is demonstrated for extending the May 1, 2026 deadlines by just 25 days, to and including May 26, 2026.  Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.[1]

Plaintiffs' counsel conferred with Defendant's counsel with respect to the relief sought in this Motion.  Defendant has indicated that she opposes the proposed extension of time.

A proposed order granting the instant Motion is attached hereto.

---

[1] Plaintiffs acknowledge the Court's recent denial of good cause for a related request (*see* ECF No. 139), but the continuance sought herein is shorter, and more exigently needed as Plaintiffs' counsel is now buried in full-time pretrial and trial activities on another case that was poised to settle (at the time of the previous extension request to this Court), but did not settle.

WHEREFORE, the parties respectfully request the Court to enter an order granting the foregoing extended deadline in this action as noted hereinabove.

Dated: April 16, 2026                                    Respectfully submitted,

Edward F. O'Connor (FL Bar No. 132223)
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiffs

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Stephen Lobbin, counsel for Plaintiffs, conferred with Defendant Lamkin's counsel regarding the relief requested herein. Defendant Lamkin opposes the proposed extension of time of pretrial deadlines.

3

## <u>CERTIFICATE OF SERVICE</u>

I certify hereby that I served the foregoing document on April 16, 2026 via CM/ECF on counsel for Defendants.

/s/ Edward F. O'Connor

# EXHIBIT A

 **Stephen Lobbin <sml@smlavvocati.com>**

## LMR v. RDL

1 message

**Lamkin, Rachael** <rachael.lamkin@bakerbotts.com>                    Thu, Apr 16, 2026 at 1:08 PM
To: Stephen Lobbin <sml@smlavvocati.com>
Cc: "Machleidt, Dario" <dmachleidt@ktslaw.com>, "Geyer, Kate" <kgeyer@ktslaw.com>, "Cooper, Brent"
<brent.cooper@bakerbotts.com>, "Adams, Kristin" <kmadams@ktslaw.com>

Hi Steve,


We have tried to make a moved pre-trial schedule work and we cannot.  We need to stay on the court-ordered
schedule.


Also, now that we are getting close to trial, I need to take a step back and let my trial counsel take over, so please
direct emails to them.

Rachael

**Rachael D. Lamkin**
Partner

<span style="color:red">Baker Botts L.L.P.</span>
Rachael.Lamkin@BakerBotts.com
T +1.415.291.6264
M +1.916.747.6091



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and
confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed
above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and
destroy any and all copies of this message.

   **Stephen Lobbin <sml@smlavvocati.com>**

---

## Rothschild v. Lamkin - Joint Pretrial Filings

**Stephen Lobbin** <sml@smlavvocati.com>                                    Thu, Apr 16, 2026 at 9:50 AM
To: "Lamkin, Rachael" <rachael.lamkin@bakerbotts.com>
Cc: Stephen Lobbin <sml@smlavvocati.com>

Thanks, my proposal is that we agree to request the Court move the 5/1 deadlines to (a) 5/18, or (b) 5/29, or (c) whatever other date is outside of your side's trial crunch or other times of unavailability (for example, as you mention below for family travel).  My problem is 5/1, so as long as we can move that to 5/18 or later, you select the date to propose that works best for you.  SML

On Thu, Apr 16, 2026 at 9:46 AM Lamkin, Rachael <rachael.lamkin@bakerbotts.com> wrote:

> Steve – I need an actual proposal. I can't suspend the pre-trial dates without an agreed upon schedule, with tasks.  In addition to my counsel's trial schedule, my niece's wedding is in May and while normally I would miss a wedding for work, my sister died 2 years ago and I am standing in for her at this wedding.
>
> I remain open to trying to work together on this but I need an actual proposal, I need to run it by my attorneys for input, and we need to move quickly.  You may want to move while we try to work this out to be safest.  We can pull our opposition if we come to an agreement.

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Thursday, April 16, 2026 8:09 AM
**To:** Lamkin, Rachael <rachael.lamkin@bakerbotts.com>
**Cc:** Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: Rothschild v. Lamkin - Joint Pretrial Filings

## [EXTERNAL EMAIL]

Praise the Lord, thank you for your response and openness to fair suggestions.  Let's keep our communications civil and to the merits, and eventually drink that beer.  My recent filings are mostly focused on the merits, or if not, responding to sanctions issues your side introduced.  I'm not someone who typically introduces dramatic, belated, sweeping sanctions requests, just the merits.

If your team "is in another trial during the new dates [we] propose," there are two quick solutions to that, ensuring no extra burden on your side.  First, your side can do it's "parts" now for the joint documents and other documents due 5/1, so your side's work is done.  I'm just asking for a few more weeks to get my parts included.  Second, we could pick a date AFTER your side's other trial, so we can do everything together when no one is in trial mode.

I have no real team and cannot delegate the important pretrial stuff due 5/1, even to a newly added person if we could do that.  We have no rulings on key substantive matters making jury instructions etc. quite premature.  I am buried in pretrial and trial in my other case until mid-May.  I suppose the judge in our case had reasons for setting his "hurry up" 5/1 date, but there is no apparent need for any rush given the late summer trial date.  According to my calendar, besides replies on MIL's and a status call Wednesday, we have nothing else due until June 20 when the LR 16.1(d) obligations are due.

Your colleagues envision that in the next 2 weeks a lot needs to happen.  I'm fine with your side putting all these documents together and including your positions, which addresses your concern about getting the work out of the way for your people.  But I cannot promise to get our positions together in response by 5/1.  I can promise to try, but it seems silly given how we aspire to treat colleages on scheduling matters.  But, if your people want to get all the "your side" stuff done now, that's fine.  I just need more time to insert the "my stuff" parts into the joint documents, and to prepare and file any other documents that are not joint.  I would like May 29 for the new filing date, but could make 5/18 work.

Thoughts?  Attached is a proposed stip which I'd love to file ASAP if we can.

–

Warm regards,

Stephen M. Lobbin

SML Avvocati P.C.

San Diego|Los Angeles|Orange County

T: 949.636.1391

E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Thu, Apr 16, 2026 at 6:52 AM Lamkin, Rachael <rachael.lamkin@bakerbotts.com> wrote:

> Good morning Steve.
>
> My apologies for the delay, I've been trying to see if we could make your proposal work, but we just can't.
>
> I agree, with the exception of your recent filings, you and I have been cordial and professionally courteous. That is my practice. We're not refusing to move the pre-trial dates because of a lack of courtesy, but simply because my team is in another trial during the new dates you propose. It's not fair to do you the courtesy of moving the dates when that merely shifts your burden to us.
>
> And while my team is at a firm, there are only 3 people on the trial team and that cannot be changed. Possibly, Mr. Rothschild can and should hire one more attorney to help you while you are in trial?
>
> I remain open to other suggestions.
>
> Rachael
>
> Rachael D. Lamkin
>
> 916.747.6091
>
> > On Apr 15, 2026, at 4:26 PM, Stephen Lobbin <sml@smlavvocati.com> wrote:

## [EXTERNAL EMAIL]

Rachael things with you and me were quite copacetic, can we move forward in that spirit?  Not sure what's going on with your new co-counsel, but if you can have a call tomorrow maybe we can give a little, get a little.  It's beyond professional dis-courtesy to not join my request for a brief continuance of 5/1 to 6/1, especially when most of the key substantive motions remain pending for decision anyway.  I literally have ZERO time to do anything more on this case until mid-May.  Let me know?  SML

---------- Forwarded message ---------
From: **Geyer, Kate** <KGeyer@ktslaw.com>
Date: Wed, Apr 15, 2026 at 3:41 PM
Subject: RE: Rothschild v. Lamkin - Joint Pretrial Filings
To: Stephen Lobbin <sml@smlavvocati.com>
Cc: efo@avynolaw.com <efo@avynolaw.com>, Machleidt, Dario <dmachleidt@ktslaw.com>, Cooper, Brent <brent.cooper@bakerbotts.com>, Lamkin, Rachael <rachael.lamkin@bakerbotts.com>

Hi Stephen –

We do not have a "good cause" burden to oppose your motion. However, in a good faith effort to resolve this issue under Local Rule 7.1(a)(3), we oppose your request for a number of reasons, including the fact that this was a long-known conflict for which you failed to move for relief until two weeks before the deadline, which does not show diligence. Moving the deadline this close to trial is unworkable. For example, the parties and their counsel have been aware of and planned around these dates, such that counsel for Ms. Lamkin have conflicts on June 1 that make that date unworkable.

Thanks,

Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Wednesday, April 15, 2026 3:09 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** efo@avynolaw.com; Machleidt, Dario <dmachleidt@ktslaw.com>; Cooper, Brent <brent.cooper@bakerbotts.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>
**Subject:** Re: Rothschild v. Lamkin - Joint Pretrial Filings

## What is the good cause basis for that?

On Wed, Apr 15, 2026 at 3:07 PM Geyer, Kate <KGeyer@ktslaw.com> wrote:

> Hi Stephen –
>
> We oppose your request.
>
> Thanks,
>
> Kate
>
> Kate Geyer
> KGeyer@ktslaw.com
> Kilpatrick Townsend & Stockton LLP
> 1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
> **T** 206 516 3094 | **F** 206 299 3458
> ☐My Profile | ☐ vCard
>
> ---
>
> **From:** Stephen Lobbin <sml@smlavvocati.com>
> **Sent:** Wednesday, April 15, 2026 9:54 AM
> **To:** Geyer, Kate <KGeyer@ktslaw.com>
> **Cc:** efo@avynolaw.com; Machleidt, Dario <dmachleidt@ktslaw.com>; Cooper, Brent <brent.cooper@bakerbotts.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>
> **Subject:** Re: Rothschild v. Lamkin - Joint Pretrial Filings
>
> ## I am unavailable to work through all the filings due May 1, because I am in pretrial and trial now thru mid-May.  SML

On Wed, Apr 15, 2026 at 9:46 AM Geyer, Kate <KGeyer@ktslaw.com> wrote:

Hi Stephen −

What is the good cause basis for the extension you are seeking?

Thanks,

Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Wednesday, April 15, 2026 9:13 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** efo@avynolaw.com; Machleidt, Dario <dmachleidt@ktslaw.com>; Cooper, Brent <brent.cooper@bakerbotts.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: Rothschild v. Lamkin - Joint Pretrial Filings

As you know already, we need an extension to June 1 and will be filing a motion we'd prefer to be joint.  Please advise?  SML

On Tue, Apr 14, 2026 at 6:51 AM Geyer, Kate <KGeyer@ktslaw.com> wrote:

Counsel:

We are reaching out to you to discuss the joint pretrial filings due on May 1, 2026. Dkt. 93 ¶ 5 (Joint Pretrial Statement for portions enumerated in Local Rule 16.1(e)(1)-(8) & (11)-(12), jury instructions, and verdict form).

We propose that Lamkin sends initial drafts on **April 21, 2026**, with Plaintiffs returning redlines to those filing by **April 28, 2026** to allow the parties time to attempt to find

compromise and put in competing positions if necessary prior to May 1.

Pursuant to Local Rule 16.1(e)(10) regarding deposition designations, we also propose that the parties exchange their witness lists and any deposition designation on **April 21, 2026**, all counter-designations and objections on **April 28, 2026**, and objections to counter-designations on **April 30, 2026**. A proposed template for exchange of deposition designations is attached.

Pursuant to Local Rule 16.1(e)(9), the parties also need to file with the Joint Pretrial Statement objections to exhibit lists. To facilitate this, we propose that the parties exchange exhibit lists on **April 24, 2026** and exchange objections to the other parties' exhibit list on **April 30, 2026**.

Attached are Lamkin's proposed objection codes for both the exhibit objections and objections to deposition designations. Please let us know if you have any additional objections to add that that list.

Thank you,

Kate

<image001.png>

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

--

Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.