**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

   *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

   *Defendants*.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR BRIEF EXTENSION**
**RE PRETRIAL DEADLINES**

THIS CAUSE came before the Court on Plaintiffs' Motion for Brief Extension Re Pretrial Deadlines. The Court having considered the Motion, and otherwise being duly advised herein, it is hereby:

ORDERED AND ADJUDGED THAT the Motion is GRANTED. Extending the time for pretrial deadlines in this action shall be set and/or extended as noted.

DONE and ORDERED in chambers in Miami-Dade County, Florida, on this ___ day of _____, 202_.

        _____
        Judge Darrin P. Gayles
        United States District Court for the
        Southern District of Florida