**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

   *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

   *Defendants*.

---

**DEFENDANT RACHAEL LAMKIN'S NOTICE OF NINETY DAYS EXPIRING**

Pursuant to Local Rule 7.1(b)(4)(B) and mindful of the Court's heavy caseload, Defendant Rachael Lamkin respectfully provides this notice that more than ninety days have passed since the Court's February 4, 2026, hearing on the following motions:

(1) Ms. Lamkin's Motion for Summary Judgment and for Attorneys' Fees under Florida's Anti-SLAPP Statute [ECF No. 91], which was filed and served on December 19, 2025. Plaintiffs filed and served their Response in Opposition [ECF No. 100] on January 12, 2026. Ms. Lamkin filed and served her Reply in Support of the Motion for Summary Judgment and for Attorneys' Fees [ECF No. 113] on January 20, 2026.

(2) Ms. Lamkin's Motion for Leave to Amend Answer to Add FUFTA Counterclaim [ECF No. 69], which was filed and served on October 31, 2025. Plaintiffs filed and served their Response in Opposition [ECF No. 72] on November 14, 2025. Ms. Lamkin filed and served her Reply in Support of the Motion for Leave [ECF No. 73] on November 16, 2025.

(3) Ms. Lamkin's Motion to Exclude the Expert Testimony of Sameer Somal and Douglas Ryder [ECF No. 82], which was filed and served on December 15, 2025. Plaintiffs filed their Response in Opposition [ECF No. 99] on January 12, 2026. Ms. Lamkin filed and served her Reply in Support of the Motion to Exclude [ECF No. 112] on January 20, 2026.

To date, no orders have been entered determining the three motions listed above.

Dated: May 6, 2026

Respectfully submitted,

Dario A. Machleidt
Washington Bar No. 41860
*Admitted pro hac* vice
Kathleen R. Geyer
Washington Bar No. 55493
*Admitted pro hac* vice
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
T: (206) 224-2857
F: (206) 374-2199
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

Kristin M. Adams
Georgia Bar No. 474008
*Admitted pro hac vice*
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
T: (404) 815-6138
F: (404) 541-3233
kmadams@ktslaw.com

*s/ Brenton H. Cooper*
Brenton H. Cooper
Florida Bar No. 1035909
**BAKER BOTTS L.L.P**.
700 K Street, N.W.
Washington, D.C. 20001
T: (202) 639-1325
F: (202) 639-7890
brent.cooper@bakerbotts.com

Paul R. Elliott (admitted *pro hac vice*)
Texas Bar No. 06547500
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, Texas 77002
T: (713) 229-1226
F: (713) 229-1522
paul.elliott@bakerbotts.com

Rachael D. Lamkin (admitted *pro hac vice*)
California Bar No. 246066
**BAKER BOTTS L.L.P.**
101 California Street
San Francisco, California 94111
T: (415) 291-6264
F: (415) 291-6364
rachael.lamkin@bakerbotts.com

*Attorneys for Defendant Rachael Lamkin*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ *Brenton H. Cooper*
Brenton H. Cooper