IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

     *Plaintiffs*,

    v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

     *Defendants*.

## RACHAEL LAMKIN'S RULE 26(a)(3) DISCLOSURE OF DEPOSITION DESIGNATIONS

Pursuant to Local Rule 16.1(d) and Federal Rule of Civil Procedure 26(a)(3), Defendant Rachael Lamkin provides the designation of those witnesses whose testimony Ms. Lamkin expects to present by deposition, and a transcript of the pertinent parts of the deposition. Attached as Exhibits 1–3 are the deposition transcripts of Ms. Sugouri Batra, Ms. Constance Kazanjian, and Mr. Shea Palavan with designations and objections marked. In addition, Plaintiffs indicated they "object to the entirety of each of these witnesses' depositions" being inadmissible at trial for "hearsay, lack of relevance and FRE 403," and Plaintiffs also have noted specific objections in Exhibits 1–3.

Dated: June 26, 2026

Respectfully submitted,

/s/ Brenton H. Cooper

| | |
|---|---|
| Dario A. Machleidt (*admitted pro hac vice*) | Brenton H. Cooper |
| Washington Bar No. 41860 | Florida Bar No. 1035909 |
| Kathleen R. Geyer (*admitted pro hac vice*) | **BAKER BOTTS L.L.P.** |
| Washington Bar No. 55493 | 700 K Street, N.W. |
| **KILPATRICK TOWNSEND** | Washington, D.C. 20001 |
| **& STOCKTON LLP** | T: (202) 639-1325 |
| 1420 Fifth Avenue, Suite 3700 | F: (202) 639-7890 |
| Seattle, Washington 98101 | brent.cooper@bakerbotts.com |
| T: (206) 224-2857 | |
| F: (206) 374-2199 | Paul R. Elliott (*admitted pro hac vice*) |
| dmachleidt@ktslaw.com | Texas Bar No. 06547500 |
| kgeyer@ktslaw.com | **BAKER BOTTS L.L.P.** |
| | 910 Louisiana St. |
| Kristin M. Adams (*admitted pro hac vice*) | Houston, Texas 77002 |
| Georgia Bar No. 474008 | T: (713) 229-1226 |
| Karina Glushchak (*admitted pro hac vice*) | F: (713) 229-1522 |
| Georgia Bar No. 233307 | paul.elliott@bakerbotts.com |
| **KILPATRICK TOWNSEND** | |
| **& STOCKTON LLP** | Rachael D. Lamkin (*admitted pro hac vice*) |
| 1100 Peachtree Street NE, Suite 2800 | California Bar No. 246066 |
| Atlanta, Georgia 30309 | **BAKER BOTTS L.L.P.** |
| T: (404) 815-6138 | 101 California Street |
| F: (404) 541-3233 | San Francisco, California 94111 |
| kmadams@ktslaw.com | T: (415) 291-6264 |
| kglushchak@ktslaw.com | F: (415) 291-6364 |
| | rachael.lamkin@bakerbotts.com |

*Attorneys for Defendant Rachael Lamkin*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2026, a true and correct copy of the above document

was provided to all counsel of record through the Court's CM/ECF system.

/s/ *Brenton H. Cooper*
Brenton H. Cooper