**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

       *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

       *Defendants*.

_____

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR BRIEF CONTINUANCE OF TRIAL DATE**

Although Defendant Lamkin opposes a continuance, Lamkin fails to acknowledge or address the fact that Magistrate Judge Shaw-Wilder—who is working hard to complete her Report and Recommendation for each of many dispositive motions—needs just a bit of additional time to help make the trial of this action an orderly, efficient process.

Lamkin argues that "[n]othing has changed" in the last few months, which is exactly the point. In early February 2026, Judge Shaw-Wilder agreed with the parties that determinations on the pending motions should be completed before trial proceeds. Those decisions still need more time to be completed, with the respective objection and review periods etc.

Lamkin argues Plaintiffs' were not diligent enough in presenting the conflict of its counsel Mr. Lobbin, for a preliminary injunction hearing on July 28, 2026 in California. But such an important hearing cannot be handled by an associate (Mr. Osborn), and the parties in the

California case have been discussing for weeks possible resolutions to many calendar conflicts, without any solution being workable.  The same is true for Mr. O'Connor's trial in California in early August.

Plaintiffs' urge this Court to consult directly with Judge Shaw-Wilder, so that the parties' arguments might be put to the side, and the Court may determine directly how to proceed most fairly and efficiently.


Dated: July 14, 2026                                     Respectfully submitted,


Edward F. O'Connor (FL Bar No. 132223)
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiffs

## CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Stephen M. Lobbin, counsel for Plaintiffs, conferred with Defendant's counsel regarding the relief requested herein.  Defendant stated that she opposes the request.

/s/ Edward F. O'Connor

## CERTIFICATE OF SERVICE

I certify hereby that I served the foregoing document on July 14, 2026 via CM/ECF on counsel for Defendants.

/s/ Edward F. O'Connor

3