**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

                Plaintiffs,

      v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

                Defendants.

                               /

**DECLARATION OF EDWARD F. O'CONNOR IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR BRIEF CONTINUANCE OF TRIAL DATE**

I, Edward F. O'Connor, declare and state as follows:

1.      I am an attorney with Law Offices Edward F. O'Connor, counsel for Plaintiffs in the above-reference action.  I have personal knowledge of the facts stated herein, and if called to testify as a witness, I could and would testify competently thereto.

2.      I am starting a jury trial in Orange County California on August 7 of this year. I'm leaving for California July 19.  I expect the trial to run approximately one week.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called to testify, I could and would competently do so.

Executed on this 14th day of July 2026 at Jupiter, Florida.

                                    /s/ Edward F. O'Connor

1