# EXHIBIT A

 Gmail

**Stephen Lobbin <sml@smlavvocati.com>**

## Rothschild v. Lamkin

**Stephen Lobbin** <sml@smlavvocati.com>                                      Wed, Jul 15, 2026 at 11:50 AM
To: "Geyer, Kate" <KGeyer@ktslaw.com>
Cc: Edward O'Connor <efo@avynolaw.com>, "Machleidt, Dario" <dmachleidt@ktslaw.com>, "Adams, Kristin"
<KMAdams@ktslaw.com>, "Glushchak, Karina" <KGlushchak@ktslaw.com>, "Lamkin, Rachael"
<rachael.lamkin@bakerbotts.com>, "Cooper, Brent" <brent.cooper@bakerbotts.com>, "Elliott, Paul"
<paul.elliott@bakerbotts.com>, Stephen Lobbin <sml@smlavvocati.com>

Please just add your edits to the Joint Pretrial Stipulation we sent you in Word on Monday
(attached here again), which includes a section about settlement discussions.  We believe
the Court would prefer that we file this jointly and not resort to unilateral filings under Local
Rule 16.1(f).  If you refuse to do that or we don't hear from you by 5pm Pacific, we will file
ours unilaterally under Local Rule 16.1(f).  In that circumstance, yes please add the same
objections to your newly-disclosed trial exhibits, as well as an objection to the new exhibits
as "untimely disclosed."  SML

Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or
privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received
this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Wed, Jul 15, 2026 at 9:44 AM Geyer, Kate <KGeyer@ktslaw.com> wrote:

> Counsel:
>
> Please remove all references that the "parties hereby submit" this stipulation, and also remove Ms. Lamkin's
> positions from this unilateral filing.
>
> When Plaintiffs provide us their objections to Ms. Lamkin's revised exhibit list, we will handle filing that
> amendment to our Pretrial Statement. If we do not receive your objections by 3 pm ET, we will assume Plaintiffs
> raise the same objections to the amended list as they did to the original one, and will note that in the amended
> document.
>
> Thank you,
>
> Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
☐My Profile | ☐vCard

---

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Monday, July 13, 2026 12:27 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** Edward O'Connor <efo@avynolaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adams, Kristin <KMAdams@ktslaw.com>; Glushchak, Karina <KGlushchak@ktslaw.com>; Lamkin, Rachael <rachael.lamkin@bakerbotts.com>; Cooper, Brent <brent.cooper@bakerbotts.com>; Elliott, Paul <paul.elliott@bakerbotts.com>; Stephen Lobbin <sml@smlavvocati.com>
**Subject:** Re: Rothschild v. Lamkin

---

See attached draft Pretrial Stipulation we plan to file Wednesday if the trial is not continued.  We can note status of settlement discussions in this document.  SML

--

Warm regards,


Stephen M. Lobbin

SML Avvocati P.C.

San Diego|Los Angeles|Orange County

T: 949.636.1391

E: sml@smlavvocati.com


This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.


On Fri, Jul 10, 2026 at 11:14 AM Geyer, Kate <KGeyer@ktslaw.com> wrote:

> Counsel

Local Rule 16.1(d) requires the parties to meet no later than 14 days prior to the calendar call to discuss settlement and other matters. That puts the deadline at July 8. We didn't hear from Plaintiffs to schedule a time to talk this past Wednesday, so please let us know if you are available today to discuss. Thank you.

Sincerely,

Kate



Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

Confidentiality Notice:

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

 **260715-PretrialStipulation.docx**
46K