**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

     *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

     *Defendants*.

---

**MOTION TO STRIKE ECF NO. 162**

Plaintiffs LEIGH M. ROTHSCHILD and ANALYTICAL TECHNOLOGIES, LLC, by and through its undersigned counsel, hereby file this Motion to Strike ECF No. 185. Plaintiffs inadvertently did not redact certain dollar-amount information claimed to be confidential by Defendant, even though at trial Plaintiffs presume Defendant would not meet the high burden for closing the courtroom to the public. *See, e.g., Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 168-69 (S.D.N.Y. 2018) ("[B]argained-for confidentiality does not overcome the presumption of access to judicial documents.").

Based on the foregoing, Plaintiffs respectfully requests ECF No. 185 be stricken from the docket, and replaced with ECF No. 186 which is a corrected filing including redactions.

Dated: July 16 2026            Respectfully submitted,

/s/Edward F. O'Connor

**EDWARD F. O'CONNOR**
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (CA-SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391
***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that, on July 16, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor