**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

      *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

      *Defendants*.

---

## DEFENDANT RACHAEL LAMKIN'S UNOPPOSED EXPEDITED MOTION TO SEAL

On May 28, 2026, the Court entered an Order [ECF No. 174] granting Defendant Rachael Lamkin's Expedited Motion to Seal [ECF No. 171] information included in Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC's Pretrial Stipulation [ECF No. 162] because Plaintiffs did not redact information about a settlement amount that is, by the terms of the relevant settlement agreement entered into by one of Ms. Lamkin's clients in a prior matter, required to be kept confidential. The basis for keeping this settlement amount sealed is explained in detail in Ms. Lamkin's prior motion [ECF No. 171], as are the details of how Plaintiffs ultimately filed a corrected Pretrial Stipulation [ECF No. 165] and filed a motion to strike the original, unredacted Pretrial Stipulation [ECF No. 166], which was granted [ECF No. 169].

Unfortunately, Plaintiffs have yet again filed the same settlement amount in unredacted form. *See* Plaintiffs' [Proposed] Pretrial Stipulation [ECF No. 185] at 4. In the Order granting Ms. Lamkin's prior Motion to Seal, the Court directed that this settlement amount was to remain sealed not only where it first appeared in ECF No. 165 but also in "any future filings that refer back to" ECF No. 165. While the Plaintiffs' [Proposed] Pretrial Stipulation filed yesterday does not

expressly refer back to ECF No. 165, all the reasons why the Court previously ordered to seal this information on an ongoing basis apply equally here.

Accordingly, for the reasons set out in Ms. Lamkin's prior Expedited Motion to Seal [ECF No. 171], Ms. Lamkin respectfully requests that the settlement amount shown in ECF No. 185 be sealed. Specifically, Ms. Lamkin respectfully requests the same remedy that the Court granted with respect to the prior motion: the Court should replace ECF No. 185 with the document attached as Exhibit 1 to this Motion, which simply redacts the settlement amount. Plaintiffs have also, as they did before, filed a corrected version of the filing [ECF No. 186] and a Motion to Strike the original version [ECF No. 187].

### Local Rule 7.1(d)(2) Statement

Because confidential information remains on the public docket, Ms. Lamkin respectfully requests that the Court act on this Motion on an expedited basis, especially because the Motion is unopposed. Specifically, Ms. Lamkin respectfully requests that, by no later than Monday, July 20, the Court direct the clerk to replace ECF No. 185 with the document attached to this Motion as Exhibit 1.

Dated: July 16, 2026

Respectfully submitted,

| | |
|---|---|
| Dario A. Machleidt | _s/ Brenton H. Cooper_ |
| Washington Bar No. 41860 | Brenton H. Cooper |
| _Admitted pro hac_ vice | Florida Bar No. 1035909 |
| Kathleen R. Geyer | **BAKER BOTTS L.L.P**. |
| Washington Bar No. 55493 | 700 K Street, N.W. |
| _Admitted pro hac_ vice | Washington, D.C. 20001 |
| **KILPATRICK TOWNSEND &** | T: (202) 639-1325 |
| **STOCKTON LLP** | F: (202) 639-7890 |
| 1420 Fifth Avenue, Suite 3700 | brent.cooper@bakerbotts.com |
| Seattle, Washington 98101 | |
| T: (206) 224-2857 | Paul R. Elliott (admitted _pro hac vice_) |
| F: (206) 374-2199 | Texas Bar No. 06547500 |
| dmachleidt@ktslaw.com | **BAKER BOTTS L.L.P.** |
| kgeyer@ktslaw.com | 910 Louisiana St. |
| | Houston, Texas 77002 |
| Kristin M. Adams | T: (713) 229-1226 |
| Georgia Bar No. 474008 | F: (713) 229-1522 |
| _Admitted pro hac vice_ | paul.elliott@bakerbotts.com |
| **KILPATRICK TOWNSEND &** | |
| **STOCKTON LLP** | Rachael D. Lamkin (admitted _pro hac vice_) |
| 1100 Peachtree Street NE, Suite 2800 | California Bar No. 246066 |
| Atlanta, Georgia 30309 | **BAKER BOTTS L.L.P.** |
| T: (404) 815-6138 | 101 California Street |
| F: (404) 541-3233 | San Francisco, California 94111 |
| kmadams@ktslaw.com | T: (415) 291-6264 |
| | F: (415) 291-6364 |
| | rachael.lamkin@bakerbotts.com |

_Attorneys for Defendant Rachael Lamkin_

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Plaintiffs' counsel via e-mail correspondence on July 16, 2026, and Plaintiffs have informed me that they are unopposed to the relief sought in this Motion.

/s/ _Brenton H. Cooper_
Brenton H. Cooper

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2026, a true and correct copy of the above document was

provided to all counsel of record through the Court's CM/ECF system.

/s/ *Brenton H. Cooper*
Brenton H. Cooper

4