**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:24-cv-24669-DPG**

**LEIGH M. ROTHSCHILD and**
**ANALYTIC TECHNOLOGIES, LLC,**

      **Plaintiffs,**

**v.**

**STARBUCKS CORP. and**
**RACHAEL LAMKIN,**

      **Defendants.**

_____

**ORDER GRANTING DEFENDANT RACHAEL LAMKIN'S**
**<u>UNOPPOSED EXPEDITED MOTION TO SEAL</u>**

**THIS CAUSE** comes before the Court on Defendant Rachael Lamkin's Motion to Seal (the "Motion").

The Motion is **GRANTED**. The Court hereby directs the Clerk of the Court to replace [ECF No. 185] with the document attached as Exhibit 1 to the Motion, which is an identical copy of [ECF No. 185] except for the sole change of redacting the at-issue settlement amount (at page 4).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 17th day of July, 2026.

_____
**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc:     All Counsel of Record