IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

     *Plaintiffs*,

  v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

     *Defendants*.

## DEFENDANT'S MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Defendant Rachael Lamkin, pursuant to Administrative Order 2018-79, respectfully moves for the entry of an Order allowing her counsel their support personnel to bring electronic equipment into the Courthouse for use in the upcoming trial, and in support thereof states as follows:

1.    The trial in this case is scheduled to commence during the 2-week trial period commencing on July 27, 2026, in Courtroom 11-1, Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, Florida 33138. Dkt. 93 at 1.

2.    Defendant respectfully requests permission from the Court for attorneys Brenton H. Cooper, Paul R. Elliot, Rachael D. Lamkin, Linus Nemiroff, Dario A. Machleidt, Kathleen R. Geyer, Kristin M. Adams, and Karina Glushchak, to bring into the courthouse and the courtroom the following equipment:

    a.  Each person's work-issued laptop computers, work-issued and/or personal cellular/smart phones, and flash drives, as needed. *See* Administrative Order 2018-79 at I.E.

3.     Additionally, Defendant requests permission from the Court for non-attorneys Arneita Gray, Margaret Chapman, Faye Miller, and Thomas Bell (Defense counsel's graphics and legal support personnel) to bring into the courthouse and the courtroom the following equipment:

    a.  Laptop computers, cellular/smart phones, WiFi hotspots, external hard drives, flash drives, electronic evidence presentation systems and associated cables, monitors, printers, and all peripheral cords, cables, stands, and accessories as are needed to operate that electronic equipment.

4.     Each requested device is to be used for the purpose of facilitating trial presentation and arguments and allowing access to electronic copies of pleadings, evidence, and witness material that will assist the parties and the Court. Defendant requests that those electronic devices be allowed during the trial and, after coordinating with the Court, prior to trial to facilitate set-up and testing of equipment during the period beginning on July 20, 2026.

WHEREFORE, Defendant respectfully requests the entry of an Order allowing the above-described equipment to be brought into the courtroom for trial.

Dated: July 20, 2026

Respectfully submitted,

/s/ Brenton H. Cooper

Dario A. Machleidt
Washington Bar No. 41860
*Admitted pro hac vice*
Kathleen R. Geyer
Washington Bar No. 55493
*Admitted pro hac vice*
**KILPATRICK TOWNSEND
& STOCKTON LLP**
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
T: 206-224-2857
F: 206-374-2199
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

Kristin M. Adams
Georgia Bar No. 474008
*Admitted pro hac vice*
Karina Glushchak
Georgia Bar No. 233307
*Admitted pro hac vice*
**KILPATRICK TOWNSEND
& STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309
T: 404-815-6138
F: 404-541-3233
kmadams@ktslaw.com
kglushchak@ktslaw.com

Brenton H. Cooper
Florida Bar No. 1035909
**BAKER BOTTS L.L.P.**
700 K Street, N.W.
Washington, D.C. 20001
T: 202-639-1325
F: 202-639-7890
brent.cooper@bakerbotts.com

Paul R. Elliott
Texas Bar No. 06547500
*Admitted pro hac vice*
**BAKER BOTTS L.L.P.**
910 Louisiana St.
Houston, Texas 77002
T: 713-229-1226
F: 713-229-1522
paul.elliott@bakerbotts.com

Rachael D. Lamkin
*Admitted pro hac vice*
California Bar No. 246066
**BAKER BOTTS L.L.P.**
101 California Street
San Francisco, California 94111
T: 415-291-6264
F: 415-291-6364
rachael.lamkin@bakerbotts.com

*Attorneys for Defendant Rachael Lamkin*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant conferred via email with Plaintiffs'

counsel on July 18, 2026. Plaintiffs' counsel does not oppose the relief requested in this Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 20, 2026, a true and correct copy of the above document was

provided to all counsel of record through the Court's CM/ECF system.

/s/ *Benton H. Cooper*
Brenton H. Cooper