**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:24-cv-24669-DPG**


LEIGH M. ROTHSCHILD and
ANALYTICAL TECHNOLOGIES, LLC,

      *Plaintiffs*,

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

      *Defendants*.

---

**PLAINTIFFS' MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**


Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC, pursuant to Administrative Order 2018-79, respectfully move for the entry of an Order allowing them, their counsel, and their support personnel to bring electronic equipment into the Courthouse for use in the upcoming trial, and in support thereof states as follows:

1.      The trial in this case is scheduled to commence during the 2-week trial period commencing on July 27, 2026, in Courtroom 11-1, Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, Florida 33138.  Dkt. 93 at 1.

2.      Plaintiffs respectfully request permission from the Court for attorneys Stephen M. Lobbin, Edward F. O'Connor, Leigh M. Rothschild, Allan Stein, and Daniel Falcucci to bring into the courthouse and the courtroom the following equipment:

      a.      Each person's work-issued laptop computers, work-issued and/or personal

cellular/smart phones, and flash drives, as needed.  See Administrative Order 2018-79 at I.E.

3.      Additionally, Plaintiffs request permission from the Court for non-attorneys Rebecca Meegan, Christina Arias, and Reagan Rothschild (Plaintiffs' technology and legal support personnel) to bring into the courthouse and the courtroom the following equipment:

a.      Laptop computers, cellular/smart phones, WiFi hotspots, external hard drives, flash drives, electronic evidence presentation systems and associated cables, monitors, printers, and all peripheral cords, cables, stands, and accessories as are needed to operate that electronic equipment.

4.      Each requested device is to be used for the purpose of facilitating trial presentation and arguments and allowing access to electronic copies of pleadings, evidence, and witness material that will assist the parties and the Court.  Plaintiffs request that those electronic devices be allowed during the trial and, after coordinating with the Court, prior to trial to facilitate set-up and testing of equipment during the period beginning on July 20, 2026.

WHEREFORE, Plaintiffs respectfully request the entry of an Order allowing the above-described equipment to be brought into the courtroom for trial.

Dated: July 21, 2026                                    Respectfully submitted,

Edward F. O'Connor (FL Bar No. 132223)
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (admitted *pro hac vice*)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

Attorneys for Plaintiffs

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)

Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiffs conferred via email with Defendant's counsel on July 20, 2026.  Defendant's counsel does not oppose the relief requested in this Motion.

## CERTIFICATE OF SERVICE

I certify hereby that I served the foregoing document on July 21, 2026 via CM/ECF on counsel for Defendant.

/s/ Edward F. O'Connor