**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

**LEIGH M. ROTHSCHILD and**
**ANALYTICAL TECHNOLOGIES, LLC,**

       **Plaintiffs,**

**v.**

**STARBUCKS CORP. and**
**RACHAEL LAMKIN,**

       **Defendants.**

---

**AGREED ORDER GRANTING CONTINUANCE OF DEADLINE FOR**
**OBJECTIONS AND RESPONSES TO OMNIBUS REPORT**

**ORDERED AND ADJUDGED THAT** the deadlines for filing objections to the

Omnibus Report [ECF No. 194] is on or before August 7, 2026 and responses on or before

August 21, 2026.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 28th day of July 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**