**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-24669-DPG**

**LEIGH M. ROTHSCHILD and**
**ANALYTICAL TECHNOLOGIES, LLC,**

**Plaintiffs,**

**v.**

**STARBUCKS CORP. and**
**RACHAEL LAMKIN,**

**Defendants.**
_______________________________________/

# FINAL JUDGMENT

**THIS CAUSE** comes before the Court upon the Order of August 13, 2026, [ECF No. 200], in which the Court **GRANTED in part and DENIED in part** Plaintiffs' Motion for Summary Adjudication of Defamation and No Abuse of Process, [ECF No. 89], and **GRANTED** Defendant Rachael Lamkin's Motion for Summary Judgment on Plaintiffs' Claims in their Entirety and for Attorneys' Fees under Florida's Anti-SLAPP Statute [ECF No. 91]. Pursuant to Federal Rule of Civil Procedure 58, the Court **HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1. Judgement is entered in favor of Defendant Rachael Lamkin on Counts I–IV[1] of Plaintiffs' Complaint, [ECF No. 1].

2. Defendant Lamkin is entitled to attorneys' fees under Florida Anti-SLAPP Statute.

3. Judgement is entered in favor of Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC on Defendant's Counterclaim Count I—Abuse of Process of Defendant's Amended Answer to Plaintiffs' Complaint and Counterclaim, [ECF No. 14].

[1] On March 13, 2026, the Court adjudged Plaintiffs' Counts II and IV in Defendant Lamkin's favor. *See* [ECF No. 135].

4. The Court retains jurisdiction for the purposes of entering all further post-judgment orders, including, but not limited to, any award of costs and/or attorneys' fees, orders for the purpose of discovery in aid of execution or proceedings supplementary to and in aid of judgment or execution, and to enter any other or additional orders as may be necessary or appropriate.

5. Pursuant to Rule 58(e), the timely filing of any motion for attorneys' fees shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

6. This action shall be **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**