# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 12/8/2024 | 2.20 | Reviewed Complaint in Rothschild v. Starbucks and Lamkin and case law related to same. | $2,431.00 |
| Cooper, Brenton Hayes (08508) | 12/9/2024 | 1.50 | Researched defenses available to Rachael Lamkin against Plaintiff's Complaint. | $1,657.50 |
| Cooper, Brenton Hayes (08508) | 12/10/2024 | 0.90 | Researched whether service is proper when made on a co-worker, office manager, or secretary who has not been expressly appointed as the defendant's agent to accept service. | $994.50 |
| Cooper, Brenton Hayes (08508) | 12/15/2024 | 2.10 | Drafted Motion to Dismiss sections focused on [redacted] and time-barred nature of part of Plaintiffs' Complaint. | $2,320.50 |
| Cooper, Brenton Hayes (08508) | 12/16/2024 | 0.70 | Drafted Motion to Dismiss sections focused on [redacted] and time-barred nature of part of Plaintiffs' Complaint. | $773.50 |
| Cooper, Brenton Hayes (08508) | 12/20/2024 | 2.60 | Researched case law addressing primary defenses to raise on motion to dismiss Rothschild's complaint. | $2,873.00 |
| Cooper, Brenton Hayes (08508) | 1/6/2025 | 2.10 | Researched whether Florida qualified immunity for attorney statements in connection with pending litigation extends to statements to media. | $2,583.00 |
| Cooper, Brenton Hayes (08508) | 1/10/2025 | 6.10 | Drafted Motion to Dismiss and Anti-SLAPP Motion in response to Rothschild's Complaint. | $7,503.00 |
| Cooper, Brenton Hayes (08508) | 1/13/2025 | 0.60 | Reviewed feedback from Rachael Lamkin on draft motion to dismiss and Anti-SLAPP Motion. | $738.00 |
| Cooper, Brenton Hayes (08508) | 1/14/2025 | 1.70 | Corresponded with Rachael Lamkin regarding strategy and next steps. | $2,091.00 |
| Cooper, Brenton Hayes (08508) | 1/15/2025 | 2.70 | Researched proper procedure for asserting Florida's anti-SLAPP statute in federal court. | $3,321.00 |
| Cooper, Brenton Hayes (08508) | 1/16/2025 | 0.90 | Conducted legal research related to case strategy for claims and defenses. [redacted] | $1,107.00 |
| Cooper, Brenton Hayes (08508) | 1/19/2025 | 4.10 | Drafted Answer of Attorney Lamkin and Counterclaim for Abuse of Process; conducted legal research in connection with same. | $5,043.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 1/20/2025 | 6.10 | Drafted Answer of Attorney Lamkin and Counterclaim for Abuse of Process; conducted legal research in connection with same. | $7,503.00 |
| Cooper, Brenton Hayes (08508) | 1/21/2025 | 3.00 | Revised Counterclaim for Abuse of Process to organize facts in support of claim to align with elements of claim. | $3,690.00 |
| Cooper, Brenton Hayes (08508) | 1/22/2025 | 0.90 | Revised proposed revisions to Answer and Counterclaim. | $1,107.00 |
| Cooper, Brenton Hayes (08508) | 1/23/2025 | 1.00 | Reviewed revisions to Answer and Counterclaim. | $1,230.00 |
| Makarova, Yana Vayacheslavovna (06894) | 1/24/2025 | 2.90 | Per request of B. Cooper, checked his PACER account for eligibility to e-file in S.D. Fla. District court, researched registration requirements, call the clerk's office to verify; reviewed video training required by the court for stuff to review prior to e-filings. | $1,421.00 |
| Cooper, Brenton Hayes (08508) | 1/24/2025 | 4.10 | Reviewed and revised Answer and Counterclaim; researched filing procedures for S.D. Fla. | $5,043.00 |
| Makarova, Yana Vayacheslavovna (06894) | 1/28/2025 | 4.70 | Per request of B. Cooper, completed registration and linking of his PACER account for e-filings in Southern District of Florida District Court; finalized for filing Answer to Complaint and Counterclaim and supporting exhibit files, executed electronic filing; finalized for filing Pro Hac Vice application, exhibit and proposed order, processed payment of the fee, executed e-filing of PHV application for Paul Elliott. | $2,303.00 |
| Cooper, Brenton Hayes (08508) | 1/28/2025 | 1.30 | Filed Answer and Counterclaim; analyzed next steps. | $1,599.00 |
| Cooper, Brenton Hayes (08508) | 1/30/2025 | 0.30 | [redacted] | $369.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 2/7/2025 | 7.40 | Assessed strategy with respect to joining Starbucks Motion to Dismiss in part; proposed revisions to Starbucks Motion to reflect joinder of Rachael Lamkin in same. | $9,102.00 |
| Makarova, Yana Vayacheslavovna (06894) | 2/10/2025 | 0.60 | Communicated with accounting and submitted reimbursement report re $250 PHV court fee. | $294.00 |
| Cooper, Brenton Hayes (08508) | 2/10/2025 | 3.50 | [redacted] | $4,305.00 |
| Cooper, Brenton Hayes (08508) | 2/11/2025 | 0.70 | Reviewed Answer and Counterclaim to assess what changes should be made in Amended Answer and Counterclaim. | $861.00 |
| Cooper, Brenton Hayes (08508) | 2/12/2025 | 3.60 | Revised Amended Answer and Counterclaim to highlight Plaintiffs' improper efforts to seek disqualification of Lamkin from representation of Starbucks in E.D. Tex. Litigation; corresponded with Starbucks' counsel re: strategy; corresponded with attorneys of record in case to schedule Rule 26(f) conference. | $4,428.00 |
| Cooper, Brenton Hayes (08508) | 2/13/2025 | 1.50 | Revised Amended Answer and Counterclaim. | $1,845.00 |
| Makarova, Yana Vayacheslavovna (06894) | 2/14/2025 | 1.80 | Per request of B. Cooper, finalized and filed Notice of Change of Address and finalized and filed Amended Answer to Complaint with exhibits. | $882.00 |
| Cooper, Brenton Hayes (08508) | 2/14/2025 | 1.10 | Finalized and filed Amended Answer and Counterclaim. | $1,353.00 |
| Cooper, Brenton Hayes (08508) | 2/16/2025 | 1.80 | Drafted discovery requests to serve on Plaintiffs. | $2,214.00 |
| Cooper, Brenton Hayes (08508) | 2/17/2025 | 0.20 | Evaluated whether Rachael Lamkin could move for admission pro hac vice on her own behalf. | $246.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 2/18/2025 | 2.70 | Draft discovery; review EDTX matter and SDFL complaint for same | $3,901.50 |
| Cooper, Brenton Hayes (08508) | 2/18/2025 | 0.10 | Reviewed Rachael Lamkin's draft discovery. | $123.00 |
| Cooper, Brenton Hayes (08508) | 2/19/2025 | 6.00 | Drafted discovery to serve on Plaintiffs; drafted proposed scheduling order; created strategy for approaching Rule 26(f) conference. | $7,380.00 |
| Cooper, Brenton Hayes (08508) | 2/20/2025 | 2.90 | Prepared for and participated in Rule 26(f) conference; finalized and served discovery requests on Plaintiffs. | $3,567.00 |
| Cooper, Brenton Hayes (08508) | 2/21/2025 | 1.60 | Drafted Rule 26(f) Conference Report and circulated to counsel. | $1,968.00 |
| Cooper, Brenton Hayes (08508) | 2/25/2025 | 0.30 | Reviewed upcoming deadlines in case. | $369.00 |
| Cooper, Brenton Hayes (08508) | 2/26/2025 | 1.10 | Assessed whether changes need to be made to Rule 26(f) Conference or Scheduling Report based on settlement with Starbucks. | $1,353.00 |
| Makarova, Yana Vayacheslavovna (06894) | 2/27/2025 | 0.30 | Communicated with B. Cooper regarding upcoming filings. | $147.00 |
| Makarova, Yana Vayacheslavovna (06894) | 2/28/2025 | 1.90 | Per request of B. Cooper assisted with finalizing and electronic filings of Certificate of Interested Parties and Joint Conference Report and Proposed Scheduling Order. | $931.00 |
| Cooper, Brenton Hayes (08508) | 2/28/2025 | 2.80 | Finalized, filed, and served Rule 26(f) Conference Statement and Certificate of Interested Persons. | $3,444.00 |
| Cooper, Brenton Hayes (08508) | 3/4/2025 | 1.60 | Prepared outline of documents to include in initial disclosures on March 20. | $1,968.00 |
| Cooper, Brenton Hayes (08508) | 3/10/2025 | 1.50 | Reviewed Plaintiffs' Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaims; outlined response to same. | $1,845.00 |
| Lamkin, Rachael Dauphine (90402) | 3/12/2025 | 6.90 | Draft opposition to Rothschild motion to dismiss; analyze motion for same; conduct legal research and analysis for same | $9,970.50 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 3/14/2025 | 4.00 | Revised Opposition to Plaintiffs' Motion for Judgment on the Pleadings and Motion to Dismiss. | $4,920.00 |
| Cooper, Brenton Hayes (08508) | 3/16/2025 | 3.00 | Revised Opposition to Plaintiffs' Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaim. | $3,690.00 |
| Cooper, Brenton Hayes (08508) | 3/18/2025 | 1.50 | Revised Opposition to Motion for Judgment on Pleadings and Motion to Dismiss Counterclaim. | $1,845.00 |
| Cooper, Brenton Hayes (08508) | 3/19/2025 | 3.10 | Revised Opposition to Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaim; revised initial disclosures. | $3,813.00 |
| Cooper, Brenton Hayes (08508) | 3/20/2025 | 0.50 | Revised Opposition to Plaintiffs' Motion for Judgment on Pleadings and Motion to Dismiss Counterclaim. | $615.00 |
| Cooper, Brenton Hayes (08508) | 3/21/2025 | 3.50 | Finalized and filed Response in Opposition to Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaim. | $4,305.00 |
| Cooper, Brenton Hayes (08508) | 3/25/2025 | 0.30 | Reviewed Plaintiff's Responses to Discovery. | $369.00 |
| Cooper, Brenton Hayes (08508) | 3/26/2025 | 0.80 | Corresponded with opposing counsel regarding meet and confer on Plaintiff's insufficient discovery responses. | $984.00 |
| Lamkin, Rachael Dauphine (90402) | 3/28/2025 | 4.40 | Review and analyze Rothschild's responses to discovery (1.20); review public docket regarding same (2.3); review and analyze encyro deposition transcript (.9) | $6,358.00 |
| Lamkin, Rachael Dauphine (90402) | 3/31/2025 | 1.70 | Meet with Paul and Brent to stratagize re: LMR's discovery responses; review said responses prior; draft follow on discovery | $2,456.50 |
| Cooper, Brenton Hayes (08508) | 3/31/2025 | 2.20 | Created strategy for upcoming meet and confer; drafted protective order. | $2,706.00 |
| Cooper, Brenton Hayes (08508) | 4/1/2025 | 1.20 | Drafted and served new discovery on Plaintiff. | $1,476.00 |
| Cooper, Brenton Hayes (08508) | 4/2/2025 | 1.00 | Prepared for and participated in meet and confer regarding Plaintiff's discovery responses. | $1,230.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 4/6/2025 | 0.30 | Reviewed opposing counsel's correspondence regarding protective order. | $369.00 |
| Cooper, Brenton Hayes (08508) | 4/9/2025 | 0.70 | Reviewed Opposing Counsel's correspondence regarding protective order and responded to same. | $861.00 |
| Cooper, Brenton Hayes (08508) | 4/10/2025 | 0.70 | Reviewed opposing counsel's request for AEO provisions in protective order. | $861.00 |
| Cooper, Brenton Hayes (08508) | 4/11/2025 | 0.60 | Reviewed court's order on Plaintiff's Motion for Judgment on the Pleadings and Motion to Dismiss Counterclaim; assessed strategy in light of same. | $738.00 |
| Cooper, Brenton Hayes (08508) | 4/14/2025 | 0.20 | Corresponded with opposing counsel regarding dispute over whether to include AEO designation provisions in protective order. | $246.00 |
| Cooper, Brenton Hayes (08508) | 4/15/2025 | 0.20 | Corresponded with opposing counsel regarding meet and confer on dispute over protective order. | $246.00 |
| Cooper, Brenton Hayes (08508) | 4/16/2025 | 1.00 | Conducted meet and confer with opposing counsel regarding dispute over protective order; corresponded with Court regarding hearing date for dispute over protective order; corresponded with opposing counsel regarding same. | $1,230.00 |
| Cooper, Brenton Hayes (08508) | 4/17/2025 | 1.40 | Prepared and filed Notice of Hearing on protective order dispute; prepared and submitted Defendants' source material for discovery hearing on May 2. | $1,722.00 |
| Cooper, Brenton Hayes (08508) | 4/29/2025 | 0.30 | Analyzed strategy with respect to upcoming discovery hearing. | $369.00 |
| Cooper, Brenton Hayes (08508) | 5/2/2025 | 1.60 | Prepared for and participated in hearing on parties' dispute regarding protective order. | $1,968.00 |
| Cooper, Brenton Hayes (08508) | 5/16/2025 | 2.40 | Reviewed Plaintiffs' document production; assessed next steps in case. | $2,952.00 |
| Lamkin, Rachael Dauphine (90402) | 5/23/2025 | 4.20 | Review and analyze pleadings in the Valve matter for evidence and admissions to use in our case [2.8]; begin drafting discovery based on same [1.3] | $6,069.00 |
| Cooper, Brenton Hayes (08508) | 5/27/2025 | 1.10 | Drafted and served Second Requests for Production. | $1,353.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 5/28/2025 | 0.90 | Drafted discovery deficiency letter to Plaintiffs. | $1,107.00 |
| Cooper, Brenton Hayes (08508) | 5/29/2025 | 3.80 | Drafted discovery deficiency letter to Plaintiffs; drafted Notice of 30(b)(6) deposition on Analytical Technologies. | $4,674.00 |
| Cooper, Brenton Hayes (08508) | 5/30/2025 | 1.20 | Revised and sent discovery deficiency letter to Plaintiffs. | $1,476.00 |
| Cooper, Brenton Hayes (08508) | 6/8/2025 | 4.40 | Drafted Responses and Objections to Plaintiffs' First Requests for Production. | $5,412.00 |
| Cooper, Brenton Hayes (08508) | 6/9/2025 | 3.60 | Drafted Responses and Objections to Plaintiffs' First Interrogatories and First Requests for Admission. | $4,428.00 |
| Cooper, Brenton Hayes (08508) | 6/13/2025 | 0.30 | Corresponded with opposing counsel regarding scheduling of a meet and confer on discovery issues. | $369.00 |
| Cooper, Brenton Hayes (08508) | 6/15/2025 | 2.20 | Prepared proof chart of evidence used in support of claims and defenses. | $2,706.00 |
| Cooper, Brenton Hayes (08508) | 6/16/2025 | 9.10 | Prepared proof chart of evidence used in support of claims and defenses. | $11,193.00 |
| Lamkin, Rachael Dauphine (90402) | 6/17/2025 | 2.20 | Review and analyze LMR requests for admission; draft responses to same; review pleadings for same; begin review and analysis of LMR interrogatories | $3,179.00 |
| Cooper, Brenton Hayes (08508) | 6/19/2025 | 2.20 | Participated in meet and confer with opposing counsel; assessed strategy with respect to discovery in light of meet and confer. | $2,706.00 |
| Makarova, Yana Vayacheslavovna (06894) | 6/20/2025 | 1.00 | Finalized files (motion, certification and proposed order) and executed electronic filing and fee payment. | $490.00 |
| Cooper, Brenton Hayes (08508) | 6/20/2025 | 1.30 | Filed pro hac vice motion on behalf of Rachael Lamkin; revised and served initial non-expert witness list. | $1,599.00 |
| Cooper, Brenton Hayes (08508) | 6/23/2025 | 1.00 | Revised proof chart; prepared agenda for internal strategy call set for June 24. | $1,230.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 6/24/2025 | 2.80 | Meet with BB team for strategy meeting [.9]; continue drafting responses to LMR's discovery requests [1.7] | $4,046.00 |
| Cooper, Brenton Hayes (08508) | 6/24/2025 | 0.80 | Analyzed strategy for resolving case through Motion for Summary Judgment and/or Motion for Judgment on Pleadings. | $984.00 |
| Cooper, Brenton Hayes (08508) | 6/25/2025 | 1.30 | Researched procedure for issuing and serving subpoena; drafted and served subpoena on Shea Palavan. | $1,599.00 |
| Cooper, Brenton Hayes (08508) | 6/27/2025 | 1.40 | Revised responses and objections to Plaintiffs' discovery requests. | $1,722.00 |
| Cooper, Brenton Hayes (08508) | 7/1/2025 | 3.70 | Reviewed and revised responses to Plaintiffs' First RFPs, First ROGs, and First RFAs. | $4,551.00 |
| Cooper, Brenton Hayes (08508) | 7/2/2025 | 2.70 | Finalized and served responses to Plaintiffs' First RFPs, First ROGs, and First RFAs. | $3,321.00 |
| Cooper, Brenton Hayes (08508) | 7/3/2025 | 0.70 | Participated in Meet & Confer meeting regarding Lamkin's discovery requests. | $861.00 |
| Cooper, Brenton Hayes (08508) | 7/6/2025 | 2.90 | Researched whether Anti-SLAPP statute must be invoked in RUle 12(c) Motion for Partial Judgment on Pleadings. | $3,567.00 |
| Cooper, Brenton Hayes (08508) | 7/13/2025 | 2.30 | Drafted Rule 12(c) Motion for Judgment on the Pleadings. | $2,829.00 |
| Cooper, Brenton Hayes (08508) | 7/14/2025 | 0.20 | Assessed next steps regarding motion to compel production of documents. | $246.00 |
| Cooper, Brenton Hayes (08508) | 7/17/2025 | 0.40 | Corresponded with court to set hearing on motion to compel production of documents. | $492.00 |
| Cooper, Brenton Hayes (08508) | 7/23/2025 | 0.10 | Reviewed documents served by Plaintiffs. | $123.00 |
| Cooper, Brenton Hayes (08508) | 7/27/2025 | 4.20 | Revised Rule 12(c) Motion for Partial Judgment on the Pleadings. | $5,166.00 |
| Cooper, Brenton Hayes (08508) | 7/28/2025 | 1.00 | Revised Rule 12(c) Motion for Judgment on the Pleadings. | $1,230.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 7/29/2025 | 3.50 | Revised Rule 12(c) Motion for Partial Judgment on the Pleadings; analyzed next steps with respect to document discovery and depositions. | $4,305.00 |
| Lamkin, Rachael Dauphine (90402) | 7/30/2025 | 2.90 | Begin review and analysis of recent LMR production; compare with former discovery propounded for completeness; compare with discovery in EDTX matter | $4,190.50 |
| Cooper, Brenton Hayes (08508) | 7/30/2025 | 2.20 | Revised Rule 12(c) Motion for Partial Judgment on the Pleadings. | $2,706.00 |
| Cooper, Brenton Hayes (08508) | 7/31/2025 | 2.90 | Reviewed document production made by Plaintiffs. | $3,567.00 |
| Lamkin, Rachael Dauphine (90402) | 8/3/2025 | 2.70 | Review and edit Rule 12 motion; fdraft new sections for same | $3,901.50 |
| Soboleva, Larissa (08753) | 8/4/2025 | 7.70 | Cite checked motion for judgment on pleadings. | $3,773.00 |
| Lamkin, Rachael Dauphine (90402) | 8/4/2025 | 8.30 | Complete initial review and analysis of LMR and AT full production [3.7]; draft new discovery to LMR and AT [3.1] draft strategy considerations for summary judgment for team [1.4] | $11,993.50 |
| Cooper, Brenton Hayes (08508) | 8/4/2025 | 1.90 | Revised Motion for Partial Judgment on the Pleadings. | $2,337.00 |
| Soboleva, Larissa (08753) | 8/5/2025 | 2.20 | Finalized and filed motion for judgment on pleadings. | $1,078.00 |
| Lamkin, Rachael Dauphine (90402) | 8/5/2025 | 3.90 | Review motion to dismiss (1.2); meet with litigation team regarding strategy and discovery (.6); begin preparing for Palavan deposition by viewing Palava dockets for LMR cses (2.1) | $5,635.50 |
| Cooper, Brenton Hayes (08508) | 8/5/2025 | 0.90 | Revised and filed Motion for Partial Judgment on the Pleadings. | $1,107.00 |
| Cooper, Brenton Hayes (08508) | 8/6/2025 | 1.20 | Revised and served new discovery requests. | $1,476.00 |
| Lamkin, Rachael Dauphine (90402) | 8/22/2025 | 3.70 | Prepare for monday strategy meeting by reviewing all discovery responses and full LMR production | $5,346.50 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 8/25/2025 | 7.40 | Meet with Brent Cooper about full case strategy including discovery, motion practice, and depositions | $10,693.00 |
| Cooper, Brenton Hayes (08508) | 8/25/2025 | 8.10 | Reviewed documents to potentially use in support of abuse of process counterclaim; analyzed strategy with respect to defeating Plaintiffs' defamation claim through a motion for summary judgment; analyzed strategy with respect to upcoming depositions; analyzed strategy with respect to discovery requests. | $9,963.00 |
| Cooper, Brenton Hayes (08508) | 8/28/2025 | 2.00 | Drafted deposition topics for upcoming 30(b)(6) depositions. | $2,460.00 |
| Cooper, Brenton Hayes (08508) | 9/2/2025 | 0.40 | Reviewed Plaintiffs' Response in Opposition to Motion for Partial Judgment on the Pleadings. | $492.00 |
| Cooper, Brenton Hayes (08508) | 9/3/2025 | 4.40 | Drafted Reply in Support of Motion for Judgment on the Pleadings. | $5,412.00 |
| Cooper, Brenton Hayes (08508) | 9/5/2025 | 5.10 | Drafted Reply in Support of Motion for Judgment on the Pleadings. | $6,273.00 |
| Lamkin, Rachael Dauphine (90402) | 9/6/2025 | 2.10 | Review and edit reply ISO 12(c) motion | $3,034.50 |
| Cooper, Brenton Hayes (08508) | 9/8/2025 | 2.20 | Revised Reply in Support of Motion for Partial Judgment on the Pleadings. | $2,706.00 |
| Lamkin, Rachael Dauphine (90402) | 9/9/2025 | 4.80 | Review and edit latest version of reply ISO 12(c); review and analyze AT/LMR discovery responses and production; review work emails for EDTX AT matter as part of counterclaim; produce same | $6,936.00 |
| Cooper, Brenton Hayes (08508) | 9/9/2025 | 2.40 | Finalized and filed Reply in Support of Motion for Partial Judgment on the Pleadings. | $2,952.00 |
| Cooper, Brenton Hayes (08508) | 9/10/2025 | 2.20 | Reviewed and produced documents in support of Attorney Lamkin's counterclaim. | $2,706.00 |
| Cooper, Brenton Hayes (08508) | 9/12/2025 | 1.90 | Drafted and served Rule 45 subpoena on Valve Corporation. | $2,337.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 9/17/2025 | 0.70 | Analyzed what additional evidence might be needed in disocvery to obtain all information necessary for filing MSJ. | $861.00 |
| Cooper, Brenton Hayes (08508) | 9/21/2025 | 2.10 | Reviewed discovery-related correspondence from Plaintiff's counsel. | $2,583.00 |
| Cooper, Brenton Hayes (08508) | 9/22/2025 | 1.50 | Prepared table of Plaintiff's disputes with Rachael Lamkin's discovery and formulated responses to each. | $1,845.00 |
| Lamkin, Rachael Dauphine (90402) | 9/23/2025 | 2.30 | Continue review and analysis of former cases against LMR for counterclaim evidence | $3,323.50 |
| Cooper, Brenton Hayes (08508) | 9/23/2025 | 0.50 | Drafted email to Plaintiff's counsel regarding deposition dates. | $615.00 |
| Cooper, Brenton Hayes (08508) | 9/26/2025 | 4.80 | Researched procedure for serving subpoenas that request only a deposition and no documents; prepared for deposition of Shea Palavan. | $5,904.00 |
| Lamkin, Rachael Dauphine (90402) | 9/29/2025 | 4.30 | Draft Palavan deposition questions; finish initial review of all former LMR litigation for same | $6,213.50 |
| Lamkin, Rachael Dauphine (90402) | 9/30/2025 | 8.40 | Work with B. Cooper for Palavan depo, including document review, strategy discussion, and question drafting; begin review and analysis of Valve production | $12,138.00 |
| Lamkin, Rachael Dauphine (90402) | 9/30/2025 | 8.60 | Work with B. Cooper to prepare for Palavan deposition, including reveiw strategy and documents and drafted questions; begin review and analysisof Valve production | $12,427.00 |
| Cooper, Brenton Hayes (08508) | 9/30/2025 | 7.60 | Prepared for deposition of Shea Palavan. | $9,348.00 |
| Lamkin, Rachael Dauphine (90402) | 10/1/2025 | 3.50 | Assist in the taking of the Palavan depo [2.5]; prepare for same [1] | $5,057.50 |
| Cooper, Brenton Hayes (08508) | 10/1/2025 | 3.40 | Prepared for and took the deposition of Shea Palavan. | $4,182.00 |
| Cooper, Brenton Hayes (08508) | 10/2/2025 | 1.80 | Prepared for and participated in meet and confer with opposing counsel. | $2,214.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 10/3/2025 | 6.80 | Draft Supplemental responses to interrogatories; review evidentiary record in this matter, AT, RCDI, and RDC for same | $9,826.00 |
| Cooper, Brenton Hayes (08508) | 10/3/2025 | 1.50 | Analyzed next steps in light of meet and confer and upcoming mediation-scheduling deadline. | $1,845.00 |
| Cooper, Brenton Hayes (08508) | 10/5/2025 | 1.10 | Evaluated potential mediators for case. | $1,353.00 |
| Cooper, Brenton Hayes (08508) | 10/8/2025 | 3.00 | Revised updated responses and objections to Plaintiffs' discovery requests. | $3,690.00 |
| Cooper, Brenton Hayes (08508) | 10/9/2025 | 3.20 | Revised updated responses and objections to Plaintiffs' discovery. | $3,936.00 |
| Cooper, Brenton Hayes (08508) | 10/10/2025 | 2.50 | Finalized and served updated Responses and Objections to Plaintiffs' Discovery Requests. | $3,075.00 |
| Lamkin, Rachael Dauphine (90402) | 10/14/2025 | 3.90 | Continue review and analysis of Valve production | $5,635.50 |
| Cooper, Brenton Hayes (08508) | 10/14/2025 | 0.40 | Corresponded with Plaintiffs' counsel regarding deficiencies in Plaintiffs' discovery responses. | $492.00 |
| Cooper, Brenton Hayes (08508) | 10/15/2025 | 2.80 | Prepared for upcoming hearing on discovery disputes. | $3,444.00 |
| Cooper, Brenton Hayes (08508) | 10/17/2025 | 3.00 | Prepared for and participated in hearing on discovery disputes. | $3,690.00 |
| Cooper, Brenton Hayes (08508) | 10/19/2025 | 3.20 | Researched case law governing extent to which an attorney may appear as counsel on her own behalf. | $3,936.00 |
| Cooper, Brenton Hayes (08508) | 10/20/2025 | 7.50 | Drafted Motion to Confirm Rachael Lamkin's Ability to Conduct Depositions; drafted Second Supplemental Responses to Plaintiffs' Discovery Requests in light of Magistrate Judge's order. | $9,225.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/21/2025 | 1.70 | Research Rothschild litigation history, fee-shifting cases, and public judicial commentary. | $1,215.50 |
| Cooper, Brenton Hayes (08508) | 10/21/2025 | 0.60 | Revised Second Supplemental Responses to Plaintiffs' Discovery Requests. | $738.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 10/22/2025 | 4.10 | Collect and analyze press coverage of Rothschild and related cases (Starbucks, Valve, Analytical Technologies, Kazanjian) (2.3); Review Rothschild interviews and public statements for self-promotional or reputation-related content (1.8). | $2,931.50 |
| Lamkin, Rachael Dauphine (90402) | 10/22/2025 | 7.30 | Review and analyze LMR Opp to expedited motion to allow Lamkin to be co-counsel [1.1]; draft reply to same with BC [.7]; prepare for depositions of LMR, RCDI, AT, RDC, and PAM including reviewing complete documentary record in this matter and matters related to this matter; search for, review and collect evidence for same [5.5] | $10,548.50 |
| Cooper, Brenton Hayes (08508) | 10/22/2025 | 5.70 | Reviewed Plaintiffs' Response to Motion to Confirm Attorney Lamkin's ability to represent herself; drafted Reply in support of same; analyzed what additional depositions may be necessary; researched defamation law to ensure that all points in upcoming depositions are made. | $7,011.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/23/2025 | 8.40 | Research and identify articles, interviews, and media coverage demonstrating Rothschild's voluntary public engagement and prominence in the patent community supporting limited-public-figure status (7.9); Meet with team to discuss strategy for upcoming Rothschild deposition, outstanding discovery issues, and additional research priorities (0.5). | $6,006.00 |
| Lamkin, Rachael Dauphine (90402) | 10/23/2025 | 7.80 | Appear in lamkin co-counsel hearing and prepare for same [1.9]; prepare for depositions of LMR, RCDI, AT, RDC, and PAM including reviewing complete documentary record in this matter and matters related to this matter; search for, review and collect evidence for same [5.7] | $11,271.00 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 10/23/2025 | 0.70 | Attend deposition preparation conference call; calls to print vendor and rentable business center to coordinate logistics for deposition material deliveries to Miami, Florida. | $325.50 |
| Cooper, Brenton Hayes (08508) | 10/23/2025 | 4.70 | Drafted deposition questions in support of abuse of process counterclaim. | $5,781.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/24/2025 | 1.20 | Research and identify articles, interviews, and media coverage demonstrating Rothschild's voluntary public engagement and prominence in the patent community supporting limited-public-figure status. | $858.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/24/2025 | 1.40 | Research and review press coverage surrounding Analytical Technologies. | $1,001.00 |
| Lamkin, Rachael Dauphine (90402) | 10/24/2025 | 6.90 | prepare for depositions of LMR, RCDI, AT, RDC, and PAM including reviewing complete documentary record in this matter and matters related to this matter; search for, review and collect evidence for same; begin drafting questions for depositions | $9,970.50 |
| Joyce, Jessica Marie (99497) | 10/24/2025 | 4.40 | Follow-up calls to print vendor, hotels, and Regus business center to coordinate logistics for deposition material creation and delivery to Miami, Florida; worked on various strategies for optimal implementation of same; created deposition exhibits featuring content from difficult-to-print sites such as YouTube, LinkedIn, and LeighMRothschild.com. | $2,046.00 |
| Cooper, Brenton Hayes (08508) | 10/24/2025 | 3.20 | Prepared outline for deposition of corporate representative of Analytical Technologies, LLC. | $3,936.00 |
| Lamkin, Rachael Dauphine (90402) | 10/25/2025 | 5.30 | prepare for depositions of LMR, RCDI, AT, RDC, and PAM including reviewing complete documentary record in this matter and matters related to this matter; search for, review and collect evidence for same ; continue drafting questions for same | $7,658.50 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 10/26/2025 | 5.30 | Complete final preparations to take LMR depo, including drafting questions and completing review of documents in production and from independent research, and from Valve Rule 45 production | $7,658.50 |
| Cooper, Brenton Hayes (08508) | 10/26/2025 | 7.20 | Reviewed documents in preparation of the depositions of Analytical Technologies, LLC, and Leigh M. Rothschild. | $8,856.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/27/2025 | 1.20 | Use PageVault to capture and archive all documents prepared for production in the Rothschild case. | $858.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/27/2025 | 1.50 | Research and collect negative opinions and commentary on Rothschild from patent litigation and prosecution professionals. | $1,072.50 |
| Lamkin, Rachael Dauphine (90402) | 10/27/2025 | 11.80 | Take deposition of LMR [8.4]; prepare for deposition of PAM, including drafting questions and completing review of documents in production and from independent research, and from Valve Rule 45 production [3.4] | $17,051.00 |
| Joyce, Jessica Marie (99497) | 10/27/2025 | 2.10 | Multiple calls with FedEx customer service regarding delayed delivery of deposition materials; communications with attorneys and with Regus business center regarding same; worked on strategy for delivery of materials for subsequent depositions in light of unreliability of delivery schedule. | $976.50 |
| Cooper, Brenton Hayes (08508) | 10/27/2025 | 8.80 | Prepared for and attended deposition of Leigh M. Rothschild; analyzed strategy in light of testimony provided at same. | $10,824.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/28/2025 | 2.60 | Search for documents related to Patent Asset Management in relation to shell entities in preparation of Rothschild deposition. | $1,859.00 |
| Lamkin, Rachael Dauphine (90402) | 10/28/2025 | 9.30 | Assist on taking deposition of AT; continue preparing to take deposition of PAM | $13,438.50 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 10/28/2025 | 2.20 | Reviewed Texas Secretary of State and Texas Comptroller Records for entity status of Rothschild Connected Devices Innovations LLC and Quantum Technology Innovations, LLC; discussions with attorney team regarding logistics for development of materials for Wednesday deposition; prepared same for early morning FedEx delivery. | $1,023.00 |
| Cooper, Brenton Hayes (08508) | 10/28/2025 | 7.80 | Prepared for and conducted deposition of corporate representative of Analytical Technologies, LLC; reviewed documents to prepare for depositions of PAM, RDC, and RCDI. | $9,594.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/29/2025 | 0.60 | Research Valve case filings for negative statements or characterizations of Rothschild and related entities. | $429.00 |
| Lamkin, Rachael Dauphine (90402) | 10/29/2025 | 8.60 | Take deposition of PAM, assist in deposition of RDC and RCDI; draft and serve discovery upon LMR | $12,427.00 |
| Joyce, Jessica Marie (99497) | 10/29/2025 | 0.80 | Communications with FedEx regarding delayed shipment of deposition materials; communications with attorney team regarding status of same and logistics for creation of materials in light of same. | $372.00 |
| Cooper, Brenton Hayes (08508) | 10/29/2025 | 8.80 | Prepared for and conducted depositions of RDC and RCDI corporate representatives; attended deposition of corporate representative of PAM. | $10,824.00 |
| Lamkin, Rachael Dauphine (90402) | 10/30/2025 | 6.90 | Begin review of LMR deposition transcript for MSJ [2.1]; draft FUFTA motion and counterclaim [4.8] | $9,970.50 |
| Cooper, Brenton Hayes (08508) | 10/30/2025 | 2.20 | Analyzed next steps in light of deposition testimony. | $2,706.00 |
| Nemiroff, Linus Mullarkey (90397) | 10/31/2025 | 0.40 | Review and analyze most recent Valve–Rothschild filing to determine any statements reflecting poorly on Rothschild's organization of business or Rothschild himself. | $286.00 |
| Joyce, Jessica Marie (99497) | 10/31/2025 | 0.90 | Calls with FedEx and PowerHouse Copy LLC to determine next steps to request refunds of FedEx charges for untimeline deliveries. | $418.50 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 10/31/2025 | 4.20 | Drafted and filed Motion for Leave to Amend Complaint to add Counterclaim under Florida Uniform Fraudulent Transfer Act | $5,166.00 |
| Cooper, Brenton Hayes (08508) | 11/3/2025 | 1.50 | Prepared for and participated in Status Conference with Magistrate Judge Shaw-Wilder. | $1,845.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/4/2025 | 1.80 | Collect exemplary statements of material facts in support of drafting of RDL's statement of material facts for upcoming summary judgment motions (1.5); Meet with internal team to strategize creating of spreadsheet showing Rothschild entity deposits and withdrawals to support drafting of statement of material facts (0.3). | $1,287.00 |
| Lamkin, Rachael Dauphine (90402) | 11/4/2025 | 4.20 | Draft topics and document requests for UCC lien [2.8]; Continue preparing for the damages expert deposition, including reviewing expert report and researching and analyzing former cases and opinions of expert, and related documents, e.g., depositions in this case [1.3] | $6,069.00 |
| Lamkin, Rachael Dauphine (90402) | 11/6/2025 | 3.90 | Continue preparing for the damages expert deposition, including reviewing expert report and researching and analyzing former cases and opinions of expert, and related documents, e.g., depositions in this case [2.8]; coninue outlining summary judgment motion and anti-slapp, including search and review of additional relevant documents to produce and cite, and draft related SMAs [1.1] | $5,635.50 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 11/7/2025 | 7.20 | Continue preparing for the damages expert deposition, including reviewing expert report and researching and analyzing former cases and opinions of expert, and related documents, e.g., depositions in this case [3.1]; coninue outlining summary judgment motion and anti-slapp, including search and review of additional relevant documents to produce and cite, and draft related SMAs [4.1] | $10,404.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/10/2025 | 0.60 | Tabulate deposit and withdrawal dates of settlement proceeds across Leigh Rothschild's various entities and organize the data for citation and analysis. | $429.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/11/2025 | 6.90 | Tabulate deposit and withdrawal dates of settlement proceeds across Leigh Rothschild's various entities and organize the data for citation and analysis. | $4,933.50 |
| Nemiroff, Linus Mullarkey (90397) | 11/12/2025 | 1.90 | Tabulate deposit and withdrawal dates of settlement proceeds across Leigh Rothschild's various entities and organize the data for citation and analysis (1.4); Draft statement of undisputed material facts (0.5). | $1,358.50 |
| Nemiroff, Linus Mullarkey (90397) | 11/12/2025 | 6.40 | Assist R. Lamkin during deposition of defamation expert (0.8); Support R. Lamkin during deposition of defamation expert (5.6). | $4,576.00 |
| Lamkin, Rachael Dauphine (90402) | 11/12/2025 | 7.20 | Take deposition of LMR damages expert Somal [5.2]; engage in final preparations for same [2] | $10,404.00 |
| Cooper, Brenton Hayes (08508) | 11/12/2025 | 1.50 | Attended the deposition of Sameer Somal. | $1,845.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/13/2025 | 3.20 | Draft statement of undisputed material facts. | $2,288.00 |
| Cooper, Brenton Hayes (08508) | 11/13/2025 | 0.60 | Analyzed issues regarding protective order's application to deposition transcripts. | $738.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 11/14/2025 | 0.70 | Discuss action items for Rothschild litigation including summary judgment motions, upcoming depositions, discovery obligations or R. Lamkin and L. Rothschild, and strategy to exclude expert report and testimony. | $500.50 |
| Lamkin, Rachael Dauphine (90402) | 11/14/2025 | 7.20 | Continue drafting summary judgment motion; continue reviewing documents, deposition transcripts, former cases, and law for same | $10,404.00 |
| Joyce, Jessica Marie (99497) | 11/14/2025 | 0.70 | Attend team call to discuss next steps for document production and Motion for Summary Judgment. | $325.50 |
| Cooper, Brenton Hayes (08508) | 11/14/2025 | 0.70 | Evaluated application of protective order to deposition transcripts in light of Plaintiffs' refusal to purchase same. | $861.00 |
| Lamkin, Rachael Dauphine (90402) | 11/16/2025 | 4.10 | Draft reply ISO motion to amend | $5,924.50 |
| Cooper, Brenton Hayes (08508) | 11/16/2025 | 1.40 | Analyzed Plaintiffs' Response to Lamkin's Motion to Amend Complaint; reviewed and filed draft Reply in support of Motion to Amend Complaint. | $1,722.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/17/2025 | 0.50 | Put together set of documents to be produced. | $357.50 |
| Joyce, Jessica Marie (99497) | 11/17/2025 | 4.50 | Reviewed potential documents for production to ensure de-duplication and fitness for production; processed production pages LAMKIN_001162 through LAMKIN_004061 for production. | $2,092.50 |
| Cooper, Brenton Hayes (08508) | 11/18/2025 | 1.00 | Reviewed PAM's response to document subpoena; corresponded with PAM/Plaintiffs' counsel regarding same. | $1,230.00 |
| Joyce, Jessica Marie (99497) | 11/19/2025 | 0.20 | Work on preparation of additional documents for discovery production. | $93.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/20/2025 | 0.30 | Draft statement of undisputed material facts related to Rothschild bank statements. | $214.50 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 11/20/2025 | 3.40 | Review potential documents for production to ensure de-duplication and fitness for production; process production pages LAMKIN_004062 through LAMKIN_004552 for production. | $1,581.00 |
| Lamkin, Rachael Dauphine (90402) | 11/21/2025 | 5.90 | Complete first draft of summary judgment motion; complete review and analyze of full case production for same | $8,525.50 |
| Joyce, Jessica Marie (99497) | 11/21/2025 | 0.50 | Continue work on supplemental document production. | $232.50 |
| Cooper, Brenton Hayes (08508) | 11/21/2025 | 5.00 | Drafted Statement of Material Facts in support of Motion for Summary Judgment. | $6,150.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/22/2025 | 3.50 | Draft statement of undisputed material facts capturing Mr. Rothschild's notoriety in the patent community and poor reputation pre-dating publication of Lamkin statement. | $2,502.50 |
| Cooper, Brenton Hayes (08508) | 11/22/2025 | 3.80 | Drafted Statement of Material Facts in support of Motion for Summary Judgment. | $4,674.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/23/2025 | 1.30 | Draft statement of undisputed material facts capturing Mr. Rothschild's notoriety in the patent community and poor reputation pre-dating publication of Lamkin statement. | $929.50 |
| Cooper, Brenton Hayes (08508) | 11/23/2025 | 3.40 | Drafted Statement of Material Facts in support of Motion for Summary Judgment. | $4,182.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/24/2025 | 2.50 | Draft and revise statement of undisputed material facts, and fill in cites to the record and identify exhibits to be prepared for inclusion in the statement of material fact citations. | $1,787.50 |
| Lamkin, Rachael Dauphine (90402) | 11/24/2025 | 2.10 | Participate in discovery hearing [.5]; prepare for same by reveiwing production and disovery responses [1.6] | $3,034.50 |
| Joyce, Jessica Marie (99497) | 11/24/2025 | 0.50 | Finalized documents Bates-labeled LAMKIN_004062-LAMKIN_004339 for review and production. | $232.50 |
| Cooper, Brenton Hayes (08508) | 11/24/2025 | 0.50 | Drafted Statement of Material Facts in support of Motion for Summary Judgment. | $615.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 11/25/2025 | 3.70 | Draft and revise statement of undisputed material facts, and fill in cites to the record and identify exhibits to be prepared for inclusion in the statement of material fact citations. | $2,645.50 |
| Nemiroff, Linus Mullarkey (90397) | 11/26/2025 | 0.60 | Draft and revise research materials regarding assignments made from or to Rothschild and PAM since December 2023. | $429.00 |
| Lamkin, Rachael Dauphine (90402) | 11/27/2025 | 6.20 | Revise summary judgment motion, add new defense thereto | $8,959.00 |
| Nemiroff, Linus Mullarkey (90397) | 11/28/2025 | 3.70 | Draft and revise research materials regarding assignments made from or to Rothschild and PAM since December 2023. | $2,645.50 |
| Lamkin, Rachael Dauphine (90402) | 11/28/2025 | 9.10 | Review and alalyze emails from all previous Rothshcild cases to create court-ordered privilege log | $13,149.50 |
| Lamkin, Rachael Dauphine (90402) | 11/30/2025 | 4.60 | Continue to prepare to take the deposition of PAM and Falcucci, including continuing to review and analyze Valve depositions and documents, previous PAM 30b6, and draft deposition questions thereto. | $6,647.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/1/2025 | 3.70 | Prepare for depositions of Dan Falcucci by reviewing recently produced bank statements (0.6); Support R. Lamkin and B. Cooper during deposition of Dan Falcucci (2.8); Strategize next steps in litigation with internal team (0.3). | $2,645.50 |
| Lamkin, Rachael Dauphine (90402) | 12/1/2025 | 2.90 | Complete review and analyze of emails from all previous Rothschild cases; draft privilege log | $4,190.50 |
| Lamkin, Rachael Dauphine (90402) | 12/1/2025 | 7.50 | Review and analyze LMR production for PAM deposition [4.1]; take PAM and Falcucci depositions [3.4] | $10,837.50 |
| Cooper, Brenton Hayes (08508) | 12/1/2025 | 4.20 | Observed the deposition of Daniel Falcucci, in both his personal capacity and his capacity as the corporate representative for Patent Asset Management, LLC. | $5,166.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 12/2/2025 | 3.60 | Prepare for deposition of Lamkin by reviewing relevant case documents from this matter and other LMR cases; discussing same with my attorneys | $5,202.00 |
| Joyce, Jessica Marie (99497) | 12/2/2025 | 0.40 | Prepared and Bates-labeled documents for production with discovery responses. | $186.00 |
| Cooper, Brenton Hayes (08508) | 12/2/2025 | 1.80 | Prepared for deposition of Attorney Lamkin; finalized and served privilege log, updated response to Interrogatory No. 17, and supplemental document production. | $2,214.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/3/2025 | 6.80 | Case law research regarding strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. Pre-deposition prep call on items to focus on during deposition (0.2); Support B. Cooper's in defending R. Lamkin's deposition (5.2); Debrief deposition and discuss next steps in R. Lamkin's defense after the deposition (0.3). | $4,862.00 |
| Lamkin, Rachael Dauphine (90402) | 12/3/2025 | 4.80 | Have my deposition taken | $6,936.00 |
| Cooper, Brenton Hayes (08508) | 12/3/2025 | 5.40 | Prepared for and defended deposition of Rachael Lamkin. | $6,642.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/4/2025 | 11.10 | Case law research regarding strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. [redacted] | $7,936.50 |
| Nemiroff, Linus Mullarkey (90397) | 12/5/2025 | 0.30 | Factual research in support of strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $214.50 |
| Lamkin, Rachael Dauphine (90402) | 12/5/2025 | 3.60 | Case law research regarding strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $5,202.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 12/5/2025 | 1.50 | Case law research regarding strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $1,845.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/7/2025 | 2.80 | Case law research regarding strategy for responding to Plaintiffs' and related companies inadequate discovery | $2,002.00 |
| Cooper, Brenton Hayes (08508) | 12/7/2025 | 1.30 | Reviewed draft Motion for Summary Judgment. | $1,599.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/8/2025 | 9.70 | Case law research regarding strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $6,935.50 |
| Cooper, Brenton Hayes (08508) | 12/8/2025 | 9.60 | Revised Motion for Summary Judgment. | $11,808.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/9/2025 | 0.30 | Research procedures for sealing other parties’ material to protect Rothschild's purportedly confidential information. | $214.50 |
| Joyce, Jessica Marie (99497) | 12/9/2025 | 0.30 | Researched procedure for sealing opposing party's confidential information in light of absence of direction under local rules of Southern District of Florida. | $139.50 |
| Cooper, Brenton Hayes (08508) | 12/9/2025 | 5.10 | Revised Motion for Summary Judgment. | $6,273.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/10/2025 | 1.30 | Apply redactions to Arias deposition transcript and correspond regarding motion to show good cause to depose LMR. | $929.50 |
| Cooper, Brenton Hayes (08508) | 12/10/2025 | 8.20 | Revised Motion for Summary Judgment. | $10,086.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/11/2025 | 2.40 | Review order in Rothschild Valve case concerning discovery issues (0.3); [redacted] Strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $1,716.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 12/12/2025 | 3.30 | Draft statement of material facts and prepare supporting record citations (2.1); attend meet and confer with opposing counsel related to discovery deficiencies (0.4); discuss issues related to compensation documents and discovery deficiencies with internal team (0.3); participate in meeting regarding exhibits for statement of material facts, attorneys' fees request, and [redacted] (0.5). | $2,359.50 |
| Cooper, Brenton Hayes (08508) | 12/12/2025 | 4.20 | Revised Motion for Summary Judgment. | $5,166.00 |
| Lamkin, Rachael Dauphine (90402) | 12/13/2025 | 4.20 | Draft Somal/Ryder Daubert motion; review and analyze report and all exhibits, deposition, and research and analyze law for same | $6,069.00 |
| Cooper, Brenton Hayes (08508) | 12/13/2025 | 3.20 | Reviewed and revised Daubert Motion to Exclude Testimony of Plaintiffs' Expert Witness. | $3,936.00 |
| Lamkin, Rachael Dauphine (90402) | 12/14/2025 | 5.90 | Draft Somal/Ryder Daubert motion; review and analyze report and all exhibits, deposition, and research and analyze law for same | $8,525.50 |
| Cooper, Brenton Hayes (08508) | 12/14/2025 | 5.60 | Strategy for responding to Plaintiffs' and related companies' inadquate discovery disclosures. | $6,888.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/15/2025 | 0.20 | Review Rothschild statement of material facts (0.1); Strategy for responding to Plaintiffs' and related companies' inadequate discovery disclosures. | $143.00 |
| Lamkin, Rachael Dauphine (90402) | 12/15/2025 | 9.10 | Dratf summary judgment motion and seperate statement of undisputed facts | $13,149.50 |
| Cooper, Brenton Hayes (08508) | 12/15/2025 | 3.90 | Strategy for responding to Plaintiffs' and related companies' inadquate discovery disclosures. | $4,797.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/16/2025 | 1.40 | Find miscellaneous cites to support the statement of undisputed material facts. | $1,001.00 |
| Cooper, Brenton Hayes (08508) | 12/16/2025 | 6.00 | Revised Motion for Summary Judgment and Statement of Material Facts in Support of Same. | $7,380.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 12/17/2025 | 0.70 | Internal meeting discussing final outstanding items before filing statement of material facts and summary judgment motion and future case strategy including Rule 12(c) motion and strategy if leave to amend complaint is granted. | $500.50 |
| Nemiroff, Linus Mullarkey (90397) | 12/17/2025 | 8.20 | Collect exhibits for filing of statement of undisputed material facts and summary judgment motion. | $5,863.00 |
| Joyce, Jessica Marie (99497) | 12/17/2025 | 1.10 | Prepare court-required exhibit descriptions for upcoming filing of Statement of Material Facts. | $511.50 |
| Cooper, Brenton Hayes (08508) | 12/17/2025 | 6.30 | Revised Motion for Summary Judgment and Statement of Material Facts in Support of same. | $7,749.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/18/2025 | 1.40 | Cite-check and verify authorities in summary judgment brief (0.6); Provide cites for statement of material facts (0.2); Attend status conference (0.4); Discuss status conference with internal team (0.2). | $1,001.00 |
| Joyce, Jessica Marie (99497) | 12/18/2025 | 1.30 | Prepared exhibits for filing with Statement of Material Facts. | $604.50 |
| Cooper, Brenton Hayes (08508) | 12/18/2025 | 6.20 | Revised Motion for Summary Judgment and Statement of Material Facts in Support of Same; prepared for and participated in status conference hearing. | $7,626.00 |
| Nemiroff, Linus Mullarkey (90397) | 12/19/2025 | 1.80 | Cite check rothschild brief (1.7); check for transcript of Rachael's depo | $1,287.00 |
| Joyce, Jessica Marie (99497) | 12/19/2025 | 1.80 | Finalized and filed Statement of Material Facts in Support of Motion for Summary Judgment and 61 exhibits. | $837.00 |
| Cooper, Brenton Hayes (08508) | 12/19/2025 | 6.10 | Finalized and filed Motion for Summary Judgment and Statement of Material Facts in Support of same; reviewed Plaintiffs' Motion for Summary Judgment. | $7,503.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 12/22/2025 | 0.70 | Review Rothschild's summary judgment motion (0.3); Discuss case plan with internal team including whether to agree to an extension and plans to respond to Rothschild's summary judgment motion (0.4). | $500.50 |
| Nemiroff, Linus Mullarkey (90397) | 1/6/2026 | 2.50 | Review Rothschild's statement of material facts and draft responses to his statements. | $2,412.50 |
| Cooper, Brenton Hayes (08508) | 1/7/2026 | 2.40 | Drafted Statement of Material Facts in Opposition to Plaintiffs' Statement of Material Facts. | $3,336.00 |
| Cooper, Brenton Hayes (08508) | 1/8/2026 | 3.30 | Revised Opposition to Plaintiffs' Motion for Summary Judgment (3.3). | $4,587.00 |
| Cooper, Brenton Hayes (08508) | 1/9/2026 | 2.60 | Revised Opposition to Plaintiffs' Motion for Summary Judgment. | $3,614.00 |
| Cooper, Brenton Hayes (08508) | 1/12/2026 | 3.70 | Finalized and filed Response to Plaintiffs' Motion for Summary Judgment and Opposing Statement of Material Facts. | $5,143.00 |
| Cooper, Brenton Hayes (08508) | 1/15/2026 | 6.20 | Drafted Reply in Support of Motion for Summary Judgment. | $8,618.00 |
| Lamkin, Rachael Dauphine (90402) | 1/19/2026 | 7.20 | Draft and revise reply ISO Daubert and Reply ISO SJ; review and analyze LMR Opps to same | $11,592.00 |
| Lamkin, Rachael Dauphine (90402) | 1/20/2026 | 2.30 | Participate in mediation; prepare for same by reveiwing case materials | $3,703.00 |
| Giguere, Marco J. (09479) | 1/20/2026 | 1.40 | Finalize and file Replies. | $749.00 |
| Cooper, Brenton Hayes (08508) | 1/20/2026 | 4.60 | Prepared for and participated in Court-ordered mediation; finalized and filed replies in support of Motion for Summary Judgment and Daubert Motion. | $6,394.00 |
| Joyce, Jessica Marie (99497) | 1/21/2026 | 3.80 | Pulled materials for upcoming oral argument; organized binder of same; drafted index for same. | $1,881.00 |
| Lamkin, Rachael Dauphine (90402) | 1/22/2026 | 8.30 | Begin preparing for summary judgment and other motions hearing; begin review and analysis of summary judgement motions and all exhibits thereto | $13,363.00 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 1/22/2026 | 1.50 | Pulled additional materials for upcoming oral argument; organized binder of same; drafted index for same. | $742.50 |
| Nemiroff, Linus Mullarkey (90397) | 1/29/2026 | 0.30 | Pull and send unsealed Gugliuzza expert report. | $289.50 |
| Lamkin, Rachael Dauphine (90402) | 1/29/2026 | 8.20 | Continue preparing for 2/4 hearing, including review and analysis of all briefing, facts and law, and creating internal demonstratives for hearing mock | $13,202.00 |
| Cooper, Brenton Hayes (08508) | 1/29/2026 | 0.30 | Prepared for Feb. 4 hearing on various motions. | $417.00 |
| Cooper, Brenton Hayes (08508) | 1/30/2026 | 0.80 | Prepared for Feb. 4 hearing on various motions. | $1,112.00 |
| Lamkin, Rachael Dauphine (90402) | 2/3/2026 | 4.40 | Engage in final preparations for the multiple motion hearings, including drafting argument outlines; argue at hearing | $7,084.00 |
| Cooper, Brenton Hayes (08508) | 2/3/2026 | 3.90 | Prepared for hearing on Motion for Summary Judgment, Rule 12(c) Motion, Motion to Exclude Expert Testimony, and Motion to Amend Counterclaim. | $5,421.00 |
| Cooper, Brenton Hayes (08508) | 2/4/2026 | 5.20 | Prepared for and participated in hearing on Motion for Summary Judgment, Rule 12(c) Motion, Motion to Exclude Expert Testimony, and Motion to Amend Counterclaim. | $7,228.00 |
| Lamkin, Rachael Dauphine (90402) | 2/5/2026 | 3.60 | Reeview and analyze MJ Shaw-Wilder's 12c order; begin drafting objections to same | $5,796.00 |
| Joyce, Jessica Marie (99497) | 2/5/2026 | 0.40 | Retrieved new filings from case docket, including Report and Recommendations regarding Motion for Partial Summary Judgment on the Pleadings, and circulated same to case team and case file; calculated and calendared deadlines resulting from same. | $198.00 |
| Cooper, Brenton Hayes (08508) | 2/5/2026 | 1.20 | Reviewed Report and Recommendations on Rule 12(c) Motion. | $1,668.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 2/6/2026 | 5.10 | Finalize objections to Dkt 116, conduct all legal research and analysis necessary for same | $8,211.00 |
| Cooper, Brenton Hayes (08508) | 2/6/2026 | 2.20 | Edited and filed Notice of Supplemental Evidence and Objection to Report & Recommendation. | $3,058.00 |
| Lamkin, Rachael Dauphine (90402) | 2/10/2026 | 3.10 | Review and analyze LMR objections to R&R; begin drafting response to same | $4,991.00 |
| Lamkin, Rachael Dauphine (90402) | 2/11/2026 | 2.90 | Continue review and analysis of LMR objections to R&R; continue drafting response to same | $4,669.00 |
| Joyce, Jessica Marie (99497) | 2/11/2026 | 0.10 | Retrieved new filings from case docket, including Plaintiff's Objections to Report and Recommendations; calculated and calendared deadlines resulting from same. | $49.50 |
| Lamkin, Rachael Dauphine (90402) | 2/12/2026 | 4.20 | Complete review and analysis of LMR objections to R&R; complete drafting response to same; complete review and analysis of R&R for same | $6,762.00 |
| Nemiroff, Linus Mullarkey (90397) | 2/17/2026 | 0.10 | Pull Rothschild verdict form for R. Lamkin's filing of supplemental authority. | $96.50 |
| Lamkin, Rachael Dauphine (90402) | 2/22/2026 | 6.20 | Continue review and analysis of amended R&R; draft objection to same | $9,982.00 |
| Lamkin, Rachael Dauphine (90402) | 2/23/2026 | 5.10 | Complete draft of objection to amended R&R | $8,211.00 |
| Lamkin, Rachael Dauphine (90402) | 2/27/2026 | 3.60 | Review and analyze amended R&R and plaintiffs objection to same; draft response to same | $5,796.00 |
| Lamkin, Rachael Dauphine (90402) | 3/1/2026 | 4.90 | Review and analyze Plaintiffs response to Lamkin's objection to amended R&R; revise Lamkin's objection to LMR's response based on same; review and analyze Valve docket for supplemental evidence relevant to Lamkin case | $7,889.00 |
| Nemiroff, Linus Mullarkey (90397) | 3/2/2026 | 4.70 | Review unsealed documents in Valve v. Rothschild to determine whether any should be submitted as supplemental authority to support the outstanding summary judgment motions. | $4,535.50 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 3/3/2026 | 3.30 | Review order to show cause and research next steps for how to maintain counterclaims against LMR in event subject matter jurisdiction is not established (1.8); Review mentions of S. Ariel Rothschild Trust in Rothschild depositions and other Valve documents (1.5). | $3,184.50 |
| Nemiroff, Linus Mullarkey (90397) | 3/4/2026 | 1.10 | Review order to show cause and research next steps for how to maintain counterclaims against LMR in event subject matter jurisdiction is not established (0.3); Procure transcripts from Valve trial (0.8). | $1,061.50 |
| Joyce, Jessica Marie (99497) | 3/4/2026 | 1.20 | Draft order form for transcript of Valve trial proceedings, including research of local rules governing such requests. | $594.00 |
| Nemiroff, Linus Mullarkey (90397) | 3/5/2026 | 2.80 | Discuss OSC and whether to extend case schedule (0.5); Analyze PAM bank statements to support FUFTA counterclaim (2.3). | $2,702.00 |
| Lamkin, Rachael Dauphine (90402) | 3/5/2026 | 7.80 | Draft response to court's order to show cause; conduct legal analysis and factual research and analysis for same | $12,558.00 |
| Cooper, Brenton Hayes (08508) | 3/5/2026 | 2.20 | Revised Response to Order to Show Cause. | $3,058.00 |
| Nemiroff, Linus Mullarkey (90397) | 3/6/2026 | 4.00 | Reviewed Plaintiffs' financial records in connection with discovery issues. [redacted] | $3,860.00 |
| Lamkin, Rachael Dauphine (90402) | 3/6/2026 | 4.80 | Research and analyze potential motions in limine; reveiw Vavlve docket and production for same | $7,728.00 |
| Cooper, Brenton Hayes (08508) | 3/6/2026 | 1.80 | Finalized and filed Response to Order to Show Cause. | $2,502.00 |
| Nemiroff, Linus Mullarkey (90397) | 3/9/2026 | 0.60 | Review Valve v. Rothschild joint status report (0.3); Continue analysis of PAM bank records (0.3). | $579.00 |

| | | | | |
|---|---|---|---|---|
| Lamkin, Rachael Dauphine (90402) | 3/9/2026 | 2.10 | Reveiw and analyze Rothschild's response to the court's order to show cause to determine if we need to draft and file an additional paper | $3,381.00 |
| Nemiroff, Linus Mullarkey (90397) | 3/10/2026 | 2.60 | [redacted] | $2,509.00 |
| Cooper, Brenton Hayes (08508) | 3/11/2026 | 0.40 | Evaluated Court's order directing Plaintiffs to file corrected Opposition to Defendant Lamkin's Statement of Material Facts. | $556.00 |
| Cooper, Brenton Hayes (08508) | 3/13/2026 | 0.80 | Analyzed Plaintiffs' corrected Opposition to Attorney Lamkin's Statement of Material Facts (.8). | $1,112.00 |
| Cooper, Brenton Hayes (08508) | 3/25/2026 | 1.40 | Researched applicability of Anti-SLAPP statute's provision for attorneys' fees [redacted] | $1,946.00 |
| Lamkin, Rachael Dauphine (90402) | 3/26/2026 | 3.10 | Review and analyze motion for extension; draft opposition to same | $4,991.00 |
| Lamkin, Rachael Dauphine (90402) | 3/27/2026 | 9.30 | Research, review, and draft pre-trial filings due Monday March 30; review entire case record in this matter and Valve for same | $14,973.00 |
| Lamkin, Rachael Dauphine (90402) | 3/28/2026 | 10.40 | Research, review, and draft pre-trial filings due Monday March 30; review entire case record in this matter and Valve for same | $16,744.00 |
| Lamkin, Rachael Dauphine (90402) | 3/29/2026 | 9.70 | Research, review, and draft pre-trial filings due Monday March 30; review entire case record in this matter and Valve for same | $15,617.00 |
| Cooper, Brenton Hayes (08508) | 3/29/2026 | 1.60 | Reviewed Motion for Discovery Sanctions; Reviewed Motions in Limine. | $2,224.00 |
| Lamkin, Rachael Dauphine (90402) | 3/30/2026 | 9.40 | Research, review, and draft pre-trial filings due Monday March 30; review entire case record in this matter and Valve for same; complete drafts of MILS, sanctions motion review and edit, and memorandum of law | $15,134.00 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 3/30/2026 | 2.50 | Prepare exhibits to Motion in Limine and Motion for Discovery Sanctions; review portions of exhibits referenced in drafts of same to confirm accuracy of quoted language and citations; suggest revisions to drafts in light of same. | $1,237.50 |
| Cooper, Brenton Hayes (08508) | 3/31/2026 | 2.50 | Analyzed strategy with respect to Court's order requiring additional conferral on Motions in Limine and Motions for Sanctions; filed renewed versions of same with updated Certificates of Conference. | $3,475.00 |
| Cooper, Brenton Hayes (08508) | 4/1/2026 | 1.30 | Reviewed Plaintiffs' Motion in Limine; reviewed draft pro hac vice motions for Kate Geyer and Dario Machleidt. | $1,807.00 |
| Lamkin, Rachael Dauphine (90402) | 4/5/2026 | 7.30 | Review and analyze LMR MIL and sanctions motion; draft resposne to same; review and analyze relevant factual record for same | $11,753.00 |
| Nemiroff, Linus Mullarkey (90397) | 4/6/2026 | 0.60 | Call with R. Lamkin's defense team discussing action items before trial. | $579.00 |
| Lamkin, Rachael Dauphine (90402) | 4/7/2026 | 4.80 | Begin review and analysis of factual record for pre-trial evidentiary filings | $7,728.00 |
| Lamkin, Rachael Dauphine (90402) | 4/8/2026 | 2.30 | Revise draft resposne to LMR MIL; review and analyze relevant factual record for same | $3,703.00 |
| Lamkin, Rachael Dauphine (90402) | 4/15/2026 | 9.30 | Review and analyze opposition to Lamkin motions in limine; draft reply ISO motion in limine | $14,973.00 |
| Joyce, Jessica Marie (99497) | 4/21/2026 | 2.20 | Research into order status for video depositions; communications with relevant court reporting agencies regarding same; download video files received for transmission to Kilpatrick Townsend & Stockton LLP. | $1,089.00 |
| Joyce, Jessica Marie (99497) | 4/22/2026 | 0.60 | Correspondence with Kilpatrick Townsend & Stockton LLP transmitting deposition videos; correspondence with court reporting agencies requesting full deposition files with ancillary files. | $297.00 |
| Cooper, Brenton Hayes (08508) | 4/23/2026 | 1.00 | Analyzed strategy with respect to upcoming status conference and trial-related filings due May 1. | $1,390.00 |

| | | | | |
|---|---|---|---|---|
| Joyce, Jessica Marie (99497) | 4/24/2026 | 0.90 | Downloaded and circulated full deposition files to Kilpatrick Townsend & Stockton LLP. | $445.50 |
| Cooper, Brenton Hayes (08508) | 4/27/2026 | 0.80 | Analyzed draft pre-trial filings due May 1. | $1,112.00 |
| Cooper, Brenton Hayes (08508) | 4/30/2026 | 2.10 | Reviewed draft pre-trial filings; proposed revisions to same. | $2,919.00 |
| Joyce, Jessica Marie (99497) | 5/1/2026 | 1.60 | Review local rules for Southern District of Florida regarding filing specifications for Jury Instructions; finalize and file R. Lamkin's Pretrial Stipulation, proposed jury instructions, and proposed verdict form; communications with court transmitting unredacted copy of stipulation for filing under seal. | $792.00 |
| Cooper, Brenton Hayes (08508) | 5/1/2026 | 0.80 | Reviewed pre-trial filing submissions. | $1,112.00 |
| Cooper, Brenton Hayes (08508) | 5/4/2026 | 1.00 | Analyzed strategy for next steps in light of separate pre-trial submissions made by Plaintiffs and Defendant; drafted Notice of 90 days expiring on Motion for Summary Judgment and related Motions. | $1,390.00 |
| Cooper, Brenton Hayes (08508) | 5/13/2026 | 2.20 | Drafted Motion to Seal confidential settlement information that Plaintiffs erroneously placed on public docket. | $3,058.00 |
| Cooper, Brenton Hayes (08508) | 5/14/2026 | 3.80 | Drafted Motion to Seal confidential settlement information that Plaintiffs erroneously placed on public docket. | $5,282.00 |
| Joyce, Jessica Marie (99497) | 5/15/2026 | 0.40 | Finalize and file Defendant's Motion for Leave to File Responses and Objections to Plaintiffs’ Unilateral Pretrial Disclosures and exhibits supporting same. | $198.00 |
| Joyce, Jessica Marie (99497) | 6/22/2026 | 0.70 | Review documents received from court reporter related to deposition of D. Falcucci; correspondence with court reporter regarding missing Exhibit 56. | $346.50 |
| Cooper, Brenton Hayes (08508) | 6/22/2026 | 0.70 | Analyzed production for purposes of identifying helpful exhibits for trial. | $973.00 |

| | | | | |
|---|---|---|---|---|
| Nemiroff, Linus Mullarkey (90397) | 6/23/2026 | 7.00 | All day preparation session for Rothschild trial. | $6,755.00 |
| Cooper, Brenton Hayes (08508) | 6/23/2026 | 5.40 | Participated in trial team meeting regarding major themes for trial on defamation claim and exhibits and testimony to use in support of same. | $7,506.00 |
| Nemiroff, Linus Mullarkey (90397) | 6/24/2026 | 7.00 | All day preparation session for Rothschild trial. | $6,755.00 |
| Cooper, Brenton Hayes (08508) | 6/24/2026 | 2.20 | Analyzed themes to employ in prosecuting abuse of process counterclaim and exhibits and tesitmony to use in support of same. | $3,058.00 |
| Cooper, Brenton Hayes (08508) | 6/25/2026 | 5.20 | Participated in mock cross and direct examinations of Rachael Lamkin to prepare for trial. | $7,228.00 |
| Nemiroff, Linus Mullarkey (90397) | 6/29/2026 | 1.30 | Review [redacted] articles of Rothschild sent over by Kilpatrick Townsend (0.9); LMR Prep call (0.4). | $1,254.50 |
| Cooper, Brenton Hayes (08508) | 7/2/2026 | 1.80 | Analyzed Plaintiffs' correspondence regarding request for a continuance of trial; assessed strategy for responding to same. | $2,502.00 |
| Cooper, Brenton Hayes (08508) | 7/3/2026 | 1.30 | Analyzed strategy for responding to Plaintiffs' requests for continuance of trial. | $1,807.00 |
| Cooper, Brenton Hayes (08508) | 7/5/2026 | 1.30 | Prepared strategy for status conference set for Monday, July 6. | $1,807.00 |
| Joyce, Jessica Marie (99497) | 7/6/2026 | 0.80 | Review and exchange of multiple emails with R. Ashby of Kilpatrick Townsend & Stockton LLP and court reporter concerning relational database files required to create deposition video clips for trial presentation. | $396.00 |
| Cooper, Brenton Hayes (08508) | 7/6/2026 | 1.30 | Prepared for and participated in status conference with Magistrate Judge Shaw-Wilder; prepared for mock jury exercise. | $1,807.00 |
| Cooper, Brenton Hayes (08508) | 7/24/2026 | 1.80 | Reviewed Magistrate Judge Shaw-Wilder's Report and Recommendations on Motions for Summary Judgment. | $2,502.00 |
| Cooper, Brenton Hayes (08508) | 7/27/2026 | 5.80 | Drafted Objections to Report & Recommendations on Motions for Summary Judgment. | $8,062.00 |

| | | | | |
|---|---|---|---|---|
| Cooper, Brenton Hayes (08508) | 8/4/2026 | 0.50 | Reviewed draft objection to Magistrate Judge's Report and Recommendation. | $695.00 |
| Nemiroff, Linus Mullarkey (90397) | 8/17/2026 | 0.50 | Conference regarding attorneys' fees motion and reasonableness of rates (0.5). | $482.50 |
| Cooper, Brenton Hayes (08508) | 8/26/2026 | 0.60 | Analyzed potential resolution of case based on public apology by Leigh Rothschild. | $834.00 |
| Timekeeper | Transaction Date | Base Hours 1,139.60 | Narrative | Base Amount $1,409,168.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| WIP Status: WIP (W), Prebill (P), Billed (B), Cosmetic (C) | | | | |
| | | | | |
| Client/Matter: Non-Chargeable (006910) Leigh M. Rothschild and Analytical Techn (6508) | | | | |