# EXHIBIT 2

# EXHIBIT 2-A

Title: Disb Detail
Date: 9/9/2026, 11:14:02 AM
Filters:

Client/Matter Filter: Non-Chargeable (006910)Leigh M. Rothschild and Analytical Techn (6508)

| Disbursement ID | Transaction Date | Disb Code | Hard/Soft | Quantity | Base Amount | Narrative |
|---|---|---|---|---|---|---|
| | | | | | $1,227,283.95 | |
| 18494279 | 10/26/2025 | Copy Service (External) (BB1030) | H | 1.00 | $591.05 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Copies / Printing - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (FedEx printing and supplies) |
| [redacted] | | | | | | |
| 18494281 | 10/28/2025 | Copy Service (External) (BB1030) | H | 1.00 | $1,256.88 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Copies / Printing - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (FedEx printing and supplies) |
| [redacted] | | | | | | |
| 18495981 | 10/30/2025 | Copy Service (External) (BB1030) | H | 1.00 | $953.03 | Vendor: Powerhouse Copy, LLC Invoice#: 21048 Date: 10/30/2025 - Invoice 21048 - Printing, color copies, manilla folders with custom labels |
| [redacted] | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18458674 | 9/26/2025 | Out of Town Travel (BB1150) | H | 1.00 | $998.58 | Vendor: Cooper, Brenton Hayes Invoice#: 7704213210061416 Date: 10/6/2025 - BRENTON COOPER - Airfare - 9/29/25 - 10/1/25 - Travel to Houston, TX for deposition of Shea Palavan and prepare for the same (airfare and preferred zone seat) |
| [redacted] | | | | | | |
| 18488306 | 9/29/2025 | Out of Town Travel (BB1150) | H | 1.00 | $463.20 | Vendor: American Express Co. Invoice#: 7759866811031517 Date: 11/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay - Deposition in Rothschild et al. |
| 18488307 | 9/30/2025 | Out of Town Travel (BB1150) | H | 1.00 | $647.20 | Vendor: American Express Co. Invoice#: 7759866811031517 Date: 11/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay - Deposition in Rothschild et al. |
| 18458675 | 10/1/2025 | Out of Town Travel (BB1150) | H | 1.00 | $724.47 | Vendor: Cooper, Brenton Hayes Invoice#: 7715584210061416 Date: 10/6/2025 - BRENTON COOPER - Hotel - Lodging - 9/29/25 - 10/1/25 - Travel to Houston, TX for deposition of Shea Palavan (hotel) |
| 18488308 | 10/1/2025 | Out of Town Travel (BB1150) | H | 1.00 | $295.20 | Vendor: American Express Co. Invoice#: 7759866811031517 Date: 11/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay - Deposition in Rothschild et al. |
| 18488309 | 10/2/2025 | Out of Town Travel (BB1150) | H | 1.00 | $239.20 | Vendor: American Express Co. Invoice#: 7759866811031517 Date: 11/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Hotel stay - Deposition in Rothschild et al. |
| 18488313 | 10/3/2025 | Out of Town Travel (BB1150) | H | 1.00 | $279.60 | Vendor: American Express Co. Invoice#: 7759866811031517 Date: 11/3/2025 - RACHAEL LAMKIN - Hotel - Lodging - Tax/Fees - Hotel stay - Deposition in Rothschild et al. |
| [redacted] | | | | | | |
| 18494247 | 10/23/2025 | Out of Town Travel (BB1150) | H | 1.00 | $269.48 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Airfare - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (airfare) |
| 18492223 | 10/26/2025 | Out of Town Travel (BB1150) | H | 1.00 | $308.00 | Vendor: American Express Co. Invoice#: 7783230211072027 Date: 11/7/2025 - RACHAEL LAMKIN - Hotel - Lodging - JW Marriott - Hotel stay 10/26 |
| [redacted] | | | | | | |
| 18492224 | 10/27/2025 | Out of Town Travel (BB1150) | H | 1.00 | $308.00 | Vendor: American Express Co. Invoice#: 7783230211072027 Date: 11/7/2025 - RACHAEL LAMKIN - Hotel - Lodging - JW Marriott - Hotel stay 10/27 |
| [redacted] | | | | | | |
| 18492226 | 10/29/2025 | Out of Town Travel (BB1150) | H | 1.00 | $317.00 | Vendor: American Express Co. Invoice#: 7783230211072027 Date: 11/7/2025 - RACHAEL LAMKIN - Hotel - Lodging - JW Marriott - Hotel stay 10/29 |
| [redacted] | | | | | | |
| 18492225 | 10/31/2025 | Out of Town Travel (BB1150) | H | 1.00 | $308.00 | Vendor: American Express Co. Invoice#: 7783230211072027 Date: 11/7/2025 - RACHAEL LAMKIN - Hotel - Lodging - JW Marriott - Hotel stay 10/28 |
| 18492227 | 10/31/2025 | Out of Town Travel (BB1150) | H | 1.00 | $161.33 | Vendor: American Express Co. Invoice#: 7783230211072027 Date: 11/7/2025 - RACHAEL LAMKIN - Hotel - Lodging - Tax/Fees - JW Marriott - Hotel stay 10/26-10/29 |
| 18494248 | 10/31/2025 | Out of Town Travel (BB1150) | H | 1.00 | $376.48 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Airfare - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (airfare) |
| [redacted] | | | | | | |
| 18494266 | 10/31/2025 | Out of Town Travel (BB1150) | H | 1.00 | $1,633.98 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Hotel - Lodging - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (lunch) |
| [redacted] | | | | | | |

[redacted]

[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 18395089 | 6/20/2025 | Court and Government Agency Fees (BB1170) | H | 1.00 | $250.00 | Vendor: Cooper, Brenton Hayes Invoice#: 7505959607011348 Date: 7/1/2025 - BRENTON COOPER - Court Fees - June 20, 2025 - Court fee for PHV admission of Rachel Lamkin - Florida Southern District Court Payment - 006910.6508 |
| 18547594 | 4/2/2026 | Court and Government Agency Fees (BB1170) | H | 1.00 | $250.00 | Vendor: Cooper, Brenton Hayes Invoice#: 8092504304131457 Date: 4/13/2026 - BRENTON COOPER - Filing - 4.2.26 - Pro Hac Vice Submission for Dario Machleidt - Cost Code xFirm Litigation (ALAS) - (BB9901 / NFL) |
| 18547595 | 4/2/2026 | Court and Government Agency Fees (BB1170) | H | 1.00 | $250.00 | Vendor: Cooper, Brenton Hayes Invoice#: 8092504304131457 Date: 4/13/2026 - BRENTON COOPER - Filing - 4.2.26 - Pro Hac Vice Submission for Dario Kathleen Geyer - Cost Code xFirm Litigation (ALAS) - (BB9901 / NFL) |
| 18468404 | 10/14/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $1,305.00 | Vendor: Lexitas Invoice#: 1001501722154 Date: 10/14/2025 - - Videotaped Deposition held in Houston, TX on 10/1/2025 |
| 18490505 | 11/3/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $4,576.32 | Vendor: Lexitas Invoice#: 1001501727945 Date: 11/03/2025 - - Transcripts for the Rothschild Deposition on 10/27/2025 (transcripts, lit support package, and after hour fees) - Job # 2025-1002206 |
| 18499870 | 11/12/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $2,778.44 | Vendor: Lexitas Invoice#: 1001501730704 Date: 11/12/2025 - - For videotaped deposition held in Miami, FL (job #2025-1002210) |
| 18499875 | 11/12/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $1,574.28 | Vendor: Lexitas Invoice#: 1001501730687 Date: 11/12/2025 - - For videotaped deposition held in Miami, FL (job # 2025-1002209) |
| 18510675 | 11/18/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $691.00 | Vendor: Planet Depos, LLC Invoice#: 804043 Date: 11/18/2025 - Deposition of Sameer Somal - Deposition of Sameer Somal |
| 18510678 | 11/18/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $1,394.00 | Vendor: Planet Depos, LLC Invoice#: 803373 Date: 11/18/2025 - Deposition of Sameer Somal - Deposition of Sameer Somal |
| 18510679 | 11/18/2025 | Deposition Transcripts (BB1270) | H | 1.00 | $5,154.20 | Vendor: Planet Depos, LLC Invoice#: 803372 Date: 11/18/2025 - Deposition of Sameer Somal - Deposition of Sameer Somal |
| 18479063 | 10/14/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $687.50 | Vendor: Lexitas Invoice#: 1001501722157 Date: 10/14/2025 - - For videography services at Baker Botts in Houston, TX 10/1/2025 - Witness Name: Shea N. Palavan - job # 2025-999769 |

[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 18494245 | 10/28/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $751.00 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Facilities/Office Expenses - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (main conference room) |
| 18494244 | 10/29/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $1,263.00 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Facilities/Office Expenses - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (main conference room and breakout rooms) |
| 18494243 | 10/30/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $2,781.00 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Facilities/Office Expenses - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (main conference room and breakout rooms) |
| 18494246 | 10/31/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $597.00 | Vendor: Cooper, Brenton Hayes Invoice#: 7771388711102257 Date: 11/10/2025 - BRENTON COOPER - Facilities/Office Expenses - 10/24/25 - 10/31/25 Rothschild, et al., v. Starbucks Corp Depositions in Miami, FL (main conference room) |
| 18490504 | 11/3/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $1,807.50 | Vendor: Lexitas Invoice#: 1001501727947 Date: 11/03/2025 - - Videotaped Deposition held in Miami, FL on 10/27/2025 (videography services) - Job # 2025-1002206 |
| 18499873 | 11/12/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $832.50 | Vendor: Lexitas Invoice#: 1001501730688 Date: 11/12/2025 - - For videotaped deposition held in Miami, FL (job #2025-1002209) |
| 18499876 | 11/12/2025 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $1,345.00 | Vendor: Lexitas Invoice#: 1001501730705 Date: 11/12/2025 - - For videotaped deposition held in Miami, FL (job #2025-1002210) |
| 18539229 | 3/4/2026 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $1,186.10 | Vendor: Nemiroff, Linus M. Invoice#: 8026156203131922 Date: 3/13/2026 - LINUS NEMIROFF - Miscellaneous - Legal - Valve v Rothschild Trial transcripts |
| 18562273 | 5/4/2026 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $250.00 | Vendor: Cooper, Brenton Hayes Invoice#: 8154140905261638 Date: 5/26/2026 - BRENTON COOPER - Miscellaneous - Other - 5/4/2026 Pro Hac Vice Submission Fee (Florida Southern District Court) |
| 18570952 | 6/16/2026 | Experts,Consultants,Other Vendors (BB1370) | H | 1.00 | $250.00 | Vendor: Cooper, Brenton Hayes Invoice#: 8246557606221615 Date: 6/22/2026 - BRENTON COOPER - Miscellaneous - Other - 6/16/2026 Filing fee for pro hac vice motion for Karina Glushchak |

[redacted]

| | | | | | | |
|---|---|---|---|---|---|---|
| 18509887 | 12/12/2025 | Litigation Support Vendors (BB1380) | H | 1.00 | $542.50 | Vendor: Planet Depos, LLC Invoice#: 810611 Date: 12/12/2025 - - Planet Depos videoconferencing fee in connection with 12/1/25 Daniel Falcucci deposition. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18509890 | 12/12/2025 | Litigation Support Vendors (BB1380) | H | 1.00 | $1,094.00 | Vendor: Planet Depos, LLC Invoice#: 808362 Date: 12/12/2025 - - Planet Depos videographer fee in connection with 12/1/25 deposition of Daniel Falcucci. |
| 18509891 | 12/12/2025 | Litigation Support Vendors (BB1380) | H | 1.00 | $2,877.35 | Vendor: Planet Depos, LLC Invoice#: 608372 Date: 12/12/2025 - - Planet Depos. fee in connection with court reporter services regarding the deposition of Daniel Falcucci on 12/1/2025. |
| 18523419 | 12/16/2025 | Litigation Support Vendors (BB1380) | H | 1.00 | $2,646.45 | Vendor: Planet Depos, LLC Invoice#: 809261 Date: 12/16/2025 - - Fee in connection with expedited deposition transcript of Rachael Lampkin as taken on 12/3/25. |
| 18523114 | 11/22/2025 | Firm Litigation (BB9901) | H | 1.00 | $13,400.00 | Vendor: Blue Ocean Global Technology Invoice#: BO23821 Date: 11/22/2025 - Inv. BO23821 - Fee for opposing counsel's expert |
| 18522174 | 1/20/2026 | Firm Litigation (BB9901) | H | 1.00 | $1,000.00 | Vendor: CFM Mediation, LLC Invoice#: 2956 Date: 01/20/2026 - Inv. 2956 - Lamkin portion - Mediation fee |
| 18552470 | 4/24/2026 | Firm Litigation (BB9901) | H | 1.00 | $270.00 | Vendor: Lexitas Invoice#: 1001501775949 Date: 04/24/2026 - Inv. 1001501775949 - Video services - deposition of Christina Arias |
| 18552478 | 4/24/2026 | Firm Litigation (BB9901) | H | 1.00 | $670.00 | Vendor: Lexitas Invoice#: 1001501775948 Date: 04/24/2026 - Inv. 1001501775948 - Video services - deposition of Leigh Rothschild |
| 18552487 | 4/24/2026 | Firm Litigation (BB9901) | H | 1.00 | $510.00 | Vendor: Lexitas Invoice#: 1001501775950 Date: 04/24/2026 - Inv. 1001501775950 - Deposition - Christina Arias |
| 18552488 | 4/24/2026 | Firm Litigation (BB9901) | H | 1.00 | $270.00 | Vendor: Lexitas Invoice#: 1001501775947 Date: 04/24/2026 - Inv. 1001501775947 - Video services - deposition of Shee Palavan |

[redacted]

# EXHIBIT 2-B

# 18494279

FedEx® Office

901 S Miami Ave Ste 214
Miami, FL 33130-3043
305.374.5081

---

October 26, 2025 2:34 PM
Receipt #: MPBKN00117427

---

| | | | |
|---|---|---|---|
| 6585<br>Binder Clips 1.25 in | 1 | @ | $2.9900 T |
| 4143<br>FileFldrLtrMnila24Pk | 1 | @ | $9.9900 T |
| 52238<br>FS Surcharge | 1 | @ | $2.5000 T |
| 0173<br>CLR 1S Copy/Print | 910 | @ | $0.5900 T |

Reg. Price $0.7600

---

| | |
|---|---|
| Retail Subtotal | $552.38 |
| Tax | $38.67 |
| **Total** | **$591.05** |

*************** PURCHASE ***************
APPROVED

Total: $591.05

Card Type: VISA
Card Entry: Contactless
Acct #: ************[redacted]
Approval Code: 03116D

************* EMV PURCHASE *************

# 18494281

FedEx Office

901 S Miami Ave Ste 214
Miami, FL 33130-3043
305.374.5081

October 28, 2025 9:12 AM
Receipt #: MPBKN00117511

| | | | |
|---|---|---|---|
| 52238<br>FS Surcharge | 1 | @ | $2.5000 T |
| 4143<br>FileFldrLtrMnila24Pk | 1 | @ | $9.9900 T |
| 0173<br>CLR 1S Copy/Print | 957 | @ | $0.5900 T |
| Reg. Price $0.7600 | | | |
| 0178<br>CLR 2S Copy/Print | 506 | @ | $1.1800 T |
| Reg. Price $1.5200 | | | |
| 0078<br>Machine Stapling | 15 | @ | $0.0300 T |

| | |
|---|---|
| Retail Subtotal | $1,174.65 |
| Tax | $82.23 |
| **Total** | **$1,256.88** |

*************** PURCHASE ***************
APPROVED

Total: $1,256.88

Card Type: VISA
Card Entry: Contactless
Acct #: ************[redacted]
Approval Code: 07307D

************* EMV PURCHASE *************
App Label: VISA CREDIT
Mode: Issuer
AID: A0000000031010
TVR: 0000000000

# 18495981

**Powerhouse Copy LLC**
2900 Smith St., STE 130
Houston, TX 77006
+17137028486
billing@powerhousecopy.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| Baker Botts<br>Jessie Joyce<br>910 Louisiana Street<br>Houston, TX 77002 | Baker Botts<br>910 Louisiana Street<br>Houston, TX 77002 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 21048 | 10/30/2025 | $953.03 | 11/29/2025 | Net 30 | |

**CLIENT MATTER**
006910.6508

**DATE OF REQUEST**
10/24/25

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2,284 | Blowbacks with Assembly | 0.15 | 342.60T |
| 470 | Color Copies - Letter | 0.79 | 371.30T |
| 74 | Manilla Folders with Custom Labels | 2.25 | 166.50T |
| 1 | Shipping Fedex | 666.04 | 666.04T |
| 1 | Shipping Credit/Discount | -666.04 | -666.04T |

Thank you for your business!

Pay invoice

| | |
|---|---|
| SUBTOTAL | 880.40 |
| TAX | 72.63 |
| TOTAL | 953.03 |
| BALANCE DUE | **$953.03** |

EIN: [redacted]

**18458674**

**Cooper, Brent**

| | |
|---|---|
| **From:** | Cooper, Brent |
| **Sent:** | Monday, October 12, 2026 9:38 PM |
| **To:** | Cooper, Brent |
| **Subject:** | FW: eTicket Itinerary and Receipt for Confirmation FWCGJC |

**Brent Cooper**
*Senior Associate*
Baker Botts L.L.P.
brent.cooper@bakerbotts.com
+1 202.639.1325

---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Fri, Sep 26, 2025 at 5:30 PM
Subject: eTicket Itinerary and Receipt for Confirmation FWCGJC
To: <[redacted]>

UNITED

Fri, Sep 26, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

FWCGJC

| Flight 1 of 2 UA697 | Class: United Economy (H) |
|---|---|
| Mon, Sep 29, 2025 | Mon, Sep 29, 2025 |
| 08:20 AM | 10:45 AM |
| Washington, DC, US (DCA) | Houston, TX, US (IAH) |

| Flight 2 of 2 UA2224 | Class: United Economy (H) |
|---|---|

| | |
|---|---|
| Wed, Oct 01, 2025 | Wed, Oct 01, 2025 |
| 07:50 PM | 11:50 PM |
| Houston, TX, US (IAH) | Washington, DC, US (DCA) |

## Traveler Details

COOPER/BRENTON

| | |
|---|---|
| eTicket number: [redacted] | Seats: **DCA-IAH 24F** |
| Frequent Flyer: [redacted] | **IAH-DCA 11F** |
| Preferred Zone Seat (0164333445693) | **IAH-DCA** |
| Preferred Zone Seat (0164333445692) | **DCA-IAH** |

## Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in** [redacted] |
| Date of purchase: | **Fri, Sep 26, 2025** |
| Airfare: | **865.46** |
| U.S. Transportation Tax: | **64.91** |
| U.S. Flight Segment Tax: | **10.40** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |
| Total Per Passenger: | **960.97 USD** |
| **Total:** | **960.97 USD** |

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in** [redacted] |
| Date of purchase: | **Fri, Sep 26, 2025** |
| Preferred Zone Seat (Reference Number: 0164333445693): | **34.99** |
| U.S. Transportation Tax: | **2.62** |

**Total:** **37.61 USD**

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in [redacted]** |
| Date of purchase: | **Fri, Sep 26, 2025** |
| Preferred Zone Seat (Reference Number: 0164333445692): | **34.99** |
| U.S. Transportation Tax: | **2.62** |

**Total:** **37.61 USD**

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

### MileagePlus Accrual Details

| Brenton Cooper | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Sep 29, 2025 | 697 | Washington, DC, US (DCA) to Houston, TX, US (IAH) | 2165 | 433 | 1 |
| Wed, Oct 01, 2025 | 2224 | Houston, TX, US (IAH) to Washington, DC, US (DCA) | 2165 | 433 | 1 |
| MileagePlus accrual totals: | | | 4330 | 866 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Sep 29, 2025<br>Washington, DC, US (DCA - National) to Houston, TX, US (IAH - Intercontinental) | 40.00 USD | 50.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Wed, Oct 01, 2025<br>Houston, TX, US (IAH - Intercontinental)<br>to Washington, DC, US (DCA - National) | 40.00 USD | 50.00 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

The base price of some ancillary items on your receipt may include taxes, when applicable.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a)

for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding

priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy    View our Legal Notices

**18488306**
**18488307**
**18488308**
**18488309**
**18488313**

LANCASTER
HOTEL

## INFORMATION INVOICE

Rachael Dauphine Lamkin

,

Company Name Ovation Travel
Group Name

| | |
|---|---|
| Room No. | 1005 |
| Arrival | 09-29-25 |
| Departure | 10-03-25 |
| Confirmation No. | 589600937 |
| Folio No. | |
| Cashier No. | 36 |
| Custom Ref. | |
| Page No. | 1 of 3 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-29-25 | [redacted] | | |
| 09-29-25 | | | |
| 09-29-25 | Room Charge | 463.20 | |
| 09-29-25 | Room / County Tax 4% | 18.53 | |
| 09-29-25 | Room / City Tax 7% | 32.42 | |
| 09-29-25 | Room / State Tax 6% | 27.79 | |
| 09-30-25 | [redacted] | | |
| 09-30-25 | Room Charge | 647.20 | |
| 09-30-25 | Room / County Tax 4% | 25.89 | |
| 09-30-25 | Room / City Tax 7% | 45.30 | |
| 09-30-25 | Room / State Tax 6% | 38.83 | |
| 10-01-25 | Room Charge | 295.20 | |
| 10-01-25 | Room / County Tax 4% | 11.81 | |
| 10-01-25 | Room / City Tax 7% | 20.66 | |
| 10-01-25 | Room / State Tax 6% | 17.71 | |
| 10-02-25 | Room Charge | 239.20 | |
| 10-02-25 | Room / County Tax 4% | 9.57 | |
| 10-02-25 | Room / City Tax 7% | 16.74 | |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

LANCASTER
HOTEL

## INFORMATION INVOICE

Rachael Dauphine Lamkin

,

Company Name Ovation Travel
Group Name

| | |
|---|---|
| Room No. | 1005 |
| Arrival | 09-29-25 |
| Departure | 10-03-25 |
| Confirmation No. | 589600937 |
| Folio No. | |
| Cashier No. | 36 |
| Custom Ref. | |
| Page No. | 2 of 3 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-02-25 | Room / State Tax 6% | 14.35 | |
| 10-03-25 | American Express XXXXXXXXXXXX1005 XX/XX | | 2,204.02 |

| | | |
|---|---|---|
| Total Charges | 2,204.02 | |
| Total Credits | | 2,204.02 |
| Balance | | 0.00 |

| | | | |
|---|---|---|---|
| Merchant ID | | Credit Card # | XXXXXXXXXXXX[redacted] |
| Transaction ID | 47756172 | Credit Card Expiry | XX/XX |
| Approval Code | 868739 | Capture Method | Swiped |
| Approval Amount | 2,204.02 | Transaction Amount | 2,204.02 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

LANCASTER

HOTEL

## INFORMATION INVOICE

Rachael Dauphine Lamkin

,

| | |
|---|---|
| Company Name | Ovation Travel |
| Group Name | |

| | |
|---|---|
| Room No. | 1005 |
| Arrival | 09-29-25 |
| Departure | 10-03-25 |
| Confirmation No. | 589600937 |
| Folio No. | |
| Cashier No. | 36 |
| Custom Ref. | |
| Page No. | 3 of 3 |

I agree that I am personally liable for payment of this account, and if this person, company or association indicated does not settle within a reasonable period, my liability for payment should be joint and several with such person, company or association.

**EXPENSE REIMBURSEMENT SUMMARY**

**Employee:** Rachael Dauphine Lamkin
**Travel Dates:** September 29, 2025 – October 3, 2025
**Hotel:** Lancaster Hotel, Houston, Texas
**Total Amount Paid: $2,204.02**

**Lodging Expenses**

| Date | Room Charge |
|---|---|
| 09/29/2025 | $463.20 |
| 09/30/2025 | $647.20 |
| 10/01/2025 | $295.20 |
| 10/02/2025 | $239.20 |
| **Total Lodging** | **$1,644.80** |

**Taxes**

| Tax Type | Amount |
|---|---|
| County Tax (4%) | $65.80 |
| City Tax (7%) | $115.12 |
| State Tax (6%) | $98.68 |
| **Total Taxes** | **$279.60** |

**Meals**

| Date | Description | Amount |
|---|---|---|
| 09/29/2025 | [redacted] | [redacted] |
| 09/29/2025 | [redacted] | |
| 09/30/2025 | [redacted] | |

| | |
|---|---|
| **Total Meals** | **$279.62** |

**Reimbursement Request Summary**

| Expense Category | Amount |
|---|---|
| Lodging | $1,644.80 |
| Hotel Taxes | $279.60 |
| Meals | $279.62 |
| **Total** | **$2,204.02** |

# 18458675

ICON
HOUSTON
AUTOGRAPH COLLECTION®
HOTELS

**Brenton Cooper**
[redacted]
**United States**

| | | |
|---|---|---|
| Room No. | : | 0700 |
| Arrival | : | 09-29-25 |
| Departure | : | 10-01-25 |
| Page No. | : | 1 of 1 |
| Cashier No. | : | 94 |
| User ID | : | URANA |
| MRW No. | : | XXXXX2104 |

**INFORMATION INVOICE**

Conf. No. : 89495055
Date : 10-01-25

**Folio No. : 345527**

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 09-29-25 | [redacted] | [redacted] | |
| 09-29-25 | [redacted] | [redacted] | |
| 09-29-25 | [redacted] | [redacted] | |
| 09-29-25 | Premium / Regular Rate | 283.00 | |
| 09-29-25 | State Tax | 16.98 | |
| 09-29-25 | Occupancy Tax | 31.13 | |
| 09-29-25 | State Cost Recovery Fee | 2.26 | |
| 09-30-25 | [redacted] | [redacted] | |
| 09-30-25 | [redacted] | [redacted] | |
| 09-30-25 | [redacted] | [redacted] | |
| 09-30-25 | Premium / Regular Rate | 332.00 | |
| 09-30-25 | State Tax | 19.92 | |
| 09-30-25 | Occupancy Tax | 36.52 | |
| 09-30-25 | State Cost Recovery Fee | 2.66 | |
| 10-01-25 | Visa Card | | 773.44 |
| | Total: | 773.44 | 773.44 |

**Balance** **0.00 USD**

$773.44
-$48.97 [redacted]
----------
**$724.47**

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of the full amount of these charges.

Guest Signature: ______________________

# 18494247

**Cooper, Brent**

| | |
|---|---|
| **From:** | Brenton Cooper <bcpr18@gmail.com> |
| **Sent:** | Monday, November 3, 2025 12:03 PM |
| **To:** | Cooper, Brent |
| **Subject:** | Fwd: Your trip confirmation (DCA - MIA) |

**[EXTERNAL EMAIL]**

---------- Forwarded message ---------
From: **American Airlines** <no-reply@info.email.aa.com>
Date: Thu, Oct 23, 2025 at 5:22 PM
Subject: Your trip confirmation (DCA - MIA)
To: <[redacted]>

American

Your trip confirmation and receipt

Confirmation code: **SDBZEL**

**Sunday, October 26, 2025**

**DCA**
Washington Reagan
**8:20 AM**

**AA 422**

**MIA**
Miami
**10:59 AM**

Seat: **30C**
Class: **Economy (V)**
Meals: **Refreshment**

**Manage your trip**

Limited time: Earn up to 90,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you. Terms Apply.
Learn more




# Your purchase

**Brenton Cooper**
Join the AAdvantage® Program

| | |
|---|---|
| New ticket (0012285061518) [$236.45 + Taxes & carrier-imposed fees $33.03] | $269.48 |
| **Total cost** | **$269.48** |

# Your payment

| | |
|---|---|
| Visa (ending [redacted] ) | $269.48 |
| Total paid | **$269.48** |

## Bag information

**Checked Bag (Airport)**

1st bag $40.00
2nd bag $45.00

**Checked Bag (Online*)**

1st bag $35.00
2nd bag $45.00

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

**18492223**
**18492224**
**18492225**
**18492226**
**18492227**

JW MARRIOTT
MIAMI

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 2219<br>ROOM | LAMKIN/RACHAEL<br>NAME | 317.00<br>RATE | 10/30/25<br>DEPART | 14:46<br>TIME | 9342<br>ACCT# |
| IKNG<br>TYPE | [redacted] | | 10/26/25<br>ARRIVE | 16:21<br>TIME | |
| 248<br>ROOM CLERK | ADDRESS | AXXXXXXXXXXXXX[redacted]<br>PAYMENT | | | MBV#: XXXXX[redacted] |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 10/26 | ROOM | 2219, 1 | 308.00 | | |
| 10/26 | ROOM TAX | 2219, 1 | 21.56 | | |
| 10/26 | OCC TAX | 2219, 1 | 18.48 | | |
| 10/27 | ROOM | 2219, 1 | 308.00 | | |
| 10/27 | ROOM TAX | 2219, 1 | 21.56 | | |
| 10/27 | OCC TAX | 2219, 1 | 18.48 | | |
| 10/28 | ROOM | 2219, 1 | 308.00 | | |
| 10/28 | ROOM TAX | 2219, 1 | 21.56 | | |
| 10/28 | OCC TAX | 2219, 1 | 18.48 | | |
| 10/29 | ROOM | 2219, 1 | 317.00 | | |
| 10/29 | ROOM TAX | 2219, 1 | 22.19 | | |
| 10/29 | OCC TAX | 2219, 1 | 19.02 | | |
| | | | | | 1402.33 |

=================================== EXP. REPORT SUMMARY ==========================================

| | | |
|---|---|---|
| 10/26 | ROOM | 308.00 |
| | ROOM TAX | 21.56 |
| | OCC TAX | 18.48 |
| 10/27 | ROOM | 308.00 |
| | ROOM TAX | 21.56 |
| | OCC TAX | 18.48 |
| 10/28 | ROOM | 308.00 |
| | ROOM TAX | 21.56 |
| | OCC TAX | 18.48 |
| 10/29 | ROOM | 317.00 |
| | ROOM TAX | 22.19 |
| | OCC TAX | 19.02 |

Expense Category Amount Lodging (Room Charges) $1,241.00
Taxes (Room Tax & Occupancy Tax) $161.33
Total Hotel Expense $1,402.33

**See our "Privacy & Cookie Statement" on Marriott.com**

JW MARRIOTT MIAMI
1109 BRICKELL AVE.
MIAMI FL 33131
(305)329-3500

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

**18494248**

**Cooper, Brent**

**From:** Brenton Cooper <bcpr18@gmail.com>
**Sent:** Monday, November 3, 2025 12:03 PM
**To:** Cooper, Brent
**Subject:** Fwd: Your trip confirmation (MIA - CMH)

**[EXTERNAL EMAIL]**

---------- Forwarded message ---------
From: **American Airlines** <no-reply@info.email.aa.com>
Date: Sun, Oct 26, 2025 at 8:23 PM
Subject: Your trip confirmation (MIA - CMH)
To: <[redacted]>

American

Your trip confirmation and receipt

Confirmation code: **OSKBIS**

**Friday, October 31, 2025**

**MIA**
Miami
**4:03 PM**

**AA 3540**
Operated by Envoy Air as American Eagle

**CMH**
Columbus
**6:45 PM**

Seat: **19D**
Class: **Economy (S)**
Meals:

**Manage your trip**

Limited time: Earn up to 90,000 bonus miles*
Find the Citi® / AAdvantage® card that's right for you. Terms Apply.
Learn more




## Your purchase

**Brenton Cooper**
Join the AAdvantage® Program

| | |
|---|---|
| New ticket (0012285780798) [$335.98 + Taxes & carrier-imposed fees $40.50] | $376.48 |
| **Total cost** | **$376.48** |

## Your payment

| | |
|---|---|
| Visa (ending [redacted] ) | $376.48 |
| Total paid | **$376.48** |

### Bag information

**Checked Bag (Airport)**

1st bag $40.00
2nd bag $45.00

**Checked Bag (Online*)**

1st bag $35.00
2nd bag $45.00

Taxes are included, when applicable.
Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 50 pounds or 23 kilograms

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

*Online payment available beginning 24 hours (and up to 2 hours) before departure.

Carry-on bags (American Airlines operated flights)

| | |
|---|---|
| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |

Book a hotel »

Book a car »

Buy trip insurance »

Vacations »




Contact us

Privacy policy

**Download the American app**

Download on the App Store

GET IT ON Google Play

© 2025 American Airlines, Inc. All Rights Reserved.

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.




Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

**18494266**

JW MARRIOTT
MARQUIS
MIAMI

**GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 3525 | COOPER/B | 275.00 | 10/31/25 | 11:00 | 26022 |
| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
| XK | | | 10/26/25 | 12:05 | |
| TYPE | | | ARRIVE | TIME | |
| 5 | | | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | | MBV#: XXXXX2104 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 10/26 | DAF FEE | DAF BASE | 35.00 | | |
| 10/26 | OCC TAX | DAF BASE | 2.10 | | |
| 10/26 | TAX 7% | DAF BASE | 2.45 | | |
| 10/26 | [redacted] | | | | |
| 10/26 | | | | | |
| 10/26 | | | | | |
| 10/26 | ROOM | 3525, 1 | 249.00 | | |
| 10/26 | ROOM TAX | 3525, 1 | 17.43 | | |
| 10/26 | OCC TAX | 3525, 1 | 14.94 | | |
| 10/27 | INTERMEZ | 16023525 | 17.99 | | |
| 10/27 | PACKAGES | 1 PKG | 7.00 | | |
| 10/27 | TAX 7% | 1 PKG | .49 | | |
| 10/27 | [redacted] | | | | |
| 10/27 | DAF FEE | DAF BASE | 35.00 | | |
| 10/27 | OCC TAX | DAF BASE | 2.10 | | |
| 10/27 | TAX 7% | DAF BASE | 2.45 | | |
| 10/27 | ROOM | 3525, 1 | 249.00 | | |
| 10/27 | ROOM TAX | 3525, 1 | 17.43 | | |
| 10/27 | OCC TAX | 3525, 1 | 14.94 | | |
| 10/28 | INTERMEZ | 17003525 | 11.99 | | |
| 10/28 | DAF FEE | DAF BASE | 35.00 | | |
| 10/28 | OCC TAX | DAF BASE | 2.10 | | |
| 10/28 | TAX 7% | DAF BASE | 2.45 | | |
| 10/28 | ROOM | 3525, 1 | 249.00 | | |
| 10/28 | ROOM TAX | 3525, 1 | 17.43 | | |
| 10/28 | OCC TAX | 3525, 1 | 14.94 | | |
| 10/29 | INTERMEZ | 17933525 | 11.99 | | |
| 10/29 | DAF FEE | DAF BASE | 35.00 | | |
| 10/29 | OCC TAX | DAF BASE | 2.10 | | |
| 10/29 | TAX 7% | DAF BASE | 2.45 | | |
| 10/29 | ROOM | 3525, 1 | 249.00 | | |
| 10/29 | ROOM TAX | 3525, 1 | 17.43 | | |
| 10/29 | OCC TAX | 3525, 1 | 14.94 | | |
| 10/30 | INTERMEZ | 19103525 | 11.99 | | |
| 10/30 | INTERMEZ | 10003525 | 4.55 | | |
| 10/30 | [redacted] | | | | |

JW MARRIOTT MARQUIS MIAMI
255 BISCAYNE BLV WAY
MIAMI FL 33131
3054218600

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

JW MARRIOTT
MARQUIS
MIAMI

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 3525 | COOPER/B | 275.00 | 10/31/25 | 11:00 | 26022 |

TYPE: XK

ARRIVE: 10/26/25 TIME: 12:05

ROOM CLERK: 5

ADDRESS

PAYMENT

MBV#: XXXXX2104

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 10/30 | DAF FEE | DAF BASE | 35.00 | | |
| 10/30 | OCC TAX | DAF BASE | 2.10 | | |
| 10/30 | TAX 7% | DAF BASE | 2.45 | | |
| 10/30 | ROOM | 3525, 1 | 275.00 | | |
| 10/30 | ROOM TAX | 3525, 1 | 19.25 | | |
| 10/30 | OCC TAX | 3525, 1 | 16.50 | | |
| 10/31 | VS CARD | | | $1996.98 | |

TO BE SETTLED TO: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING THE JW MARRIOTT MARQUIS.
WE LOOK FORWARD TO YOUR RETURN!

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

JW MARRIOTT MARQUIS MIAMI
255 BISCAYNE BLV WAY
MIAMI FL 33131
3054218600

**Experience comfort with the JW Marriott home collection. Visit CuratedbyJW.com**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Operated under license from Marriott International inc. or one of its affiliates

**Expense Report – Lodging Expense Breakdown**

**Traveler:** Brent Cooper
**Hotel:** JW Marriott Marquis Miami
**Dates of Stay:** 10/26/2025 – 10/31/2025
**Expense Category:** Lodging

| Date | Room Rate | Room Tax | Occupancy Tax | DAF Fee | DAF Taxes | Total Lodging |
|---|---|---|---|---|---|---|
| **October 26, 2025** | $249.00 | $17.43 | $14.94 | $35.00 | $4.55 | $320.92 |
| **October 27, 2025** | $249.00 | $17.43 | $14.94 | $35.00 | $4.55 | $320.92 |
| **October 28, 2025** | $249.00 | $17.43 | $14.94 | $35.00 | $4.55 | $320.92 |
| **October 29, 2025** | $249.00 | $17.43 | $14.94 | $35.00 | $4.55 | $320.92 |
| **October 30, 2025** | $275.00 | $19.25 | $16.50 | $35.00 | $4.55 | $350.30 |
| **Total** | **$1,271.00** | **$88.97** | **$76.26** | **$175.00** | **$22.75** | **$1,633.98** |

**Total Lodging Expense: $1,633.98**

**Notes:**

- The lodging total includes room charges, room taxes, occupancy taxes, destination amenity fees (DAF), and related taxes.
- Incidental charges (restaurants, minibar, bars, package fees, etc.) totaling **$363.00** are excluded from the lodging amount and have been expensed separately under meals or miscellaneous expenses.

# 18395089

**Cooper, Brent**

---

**From:** [redacted]
**Sent:**
**To:**
**Cc:**
**Subject:** FW: Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

[redacted]

[redacted]

[redacted]

BAKER BOTTS

---

**From:** [redacted]
**Sent:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** [redacted]

[redacted]

[redacted]

[redacted]

---

**From:** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
**Sent:** Friday, June 20, 2025 9:59 AM
**To:** Makarova, Yana <[redacted]@bakerbotts.com>
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

**[EXTERNAL EMAIL]**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: [redacted]
Court: FLORIDA SOUTHERN DISTRICT COURT

Amount: $250.00
Tracking Id: AFLSDC-18549769
Approval Code: 05641D
Card Number: ************[redacted]
Date/Time: 06/20/2025 09:58:54 ET

NOTE: This is an automated message. Please do not reply

# 18547594

**Benitez, Liza**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, April 2, 2026 12:39 PM |
| **To:** | Cooper, Brent |
| **Subject:** | Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT |

**[EXTERNAL EMAIL]**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: [redacted]
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $250.00
Tracking Id: AFLSDC-19382966
Approval Code: 04943I
Card Number: ************[redacted]
Date/Time: 04/02/2026 12:38:31 ET

NOTE: This is an automated message. Please do not reply

# 18547595

**Benitez, Liza**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Thursday, April 2, 2026 12:41 PM
**To:** Cooper, Brent
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

**[EXTERNAL EMAIL]**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: [redacted]
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $250.00
Tracking Id: AFLSDC-19382976
Approval Code: 01001I
Card Number: ************[redacted]
Date/Time: 04/02/2026 12:40:33 ET

NOTE: This is an automated message. Please do not reply

# 18479063

LEXITAS™

# Invoice

**Invoice No:** 1001501722157

**Invoice Date:** 10/14/2025
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-999769 | Shea N. Palavan | 10/1/2025 | Videotaped Deposition held in Houston, TX | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour | 3.5 | $507.50 |
| DVD / MPEG Conversion | 3 | $150.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Subtotal:** $687.50

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $687.50

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501722157

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $687.50 |
| Payment not contingent upon client reimbursement. | **After 11/13/2025 Pay** | $697.81 |

# Invoice

**Invoice No:** 1001501722157

**Invoice Date:** 10/14/2025
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18494245

# STATEMENT OF ACCOUNT

[redacted]

**Account name:** **Baker Botts L.L.P.**
**Attn:** Liza Benitez & Brent Cooper
[redacted]
United States of America

Account number: 16464232
Invoice number: 1112-55515
Statement date: 28 October 2025
**Due date :** **28 October 2025**

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have questions about your invoices or payments, please speak to your Community Team.
- Alternatively, you can log a case through your online account (Help section).

**Center name:** **FL, Miami - 1221 Brickell Center**

| Date | Description | Amount |
|---|---|---|
| | **Outstanding balance** | |
| | Payment received | **$ 0.00** |
| 28 October 2025 | **This invoice** | **$ 751.00** |

**Total outstanding balance due** **$ 751.00**

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

Regus

# INVOICE

[redacted]

| | | | |
|---|---|---|---|
| **Account name:** | **Baker Botts L.L.P.** | Account number: | 16464232 |
| **Attn:** | Liza Benitez & Brent Cooper | Invoice number: | 1112-55515 |
| | [redacted] United States of America | Invoice date: | 28 October 2025 |
| | | **Due date :** | **28 October** |
| | | **2025** Your TAX Number: | |

Center name: **FL, Miami - 1221 Brickell Center**

| Description of Charges | From Date | To Date | Price | TAX | Total |
|---|---|---|---|---|---|
| Meeting Room | 27 Oct 2025 | 27 Oct 2025 | $ 751.00 | $ 0.00 | $ 751.00 |

| | |
|---|---|
| **Total (excl. TAX)** | $ 751.00 |
| **TAX** | $ 0.00 |
| **October invoice total (inc. Tax)** | **$ 751.00** |

**See next page for an itemized breakdown of charges**

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

Regus™

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| **Account name:** | **Baker Botts L.L.P.** | Account number: | 16464232 |
| **Attn:** | Liza Benitez | Invoice number: | 1112-55515 |
| | | Invoice date: | 28 October 2025 |
| | | **Due date:** | **28 October 2025** |

Center name: **FL, Miami - 1221 Brickell Center**

**ONE-OFF CHARGES INCURRED**

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Meeting Room Charge<br>Booked by: Liza Benitez | 27 Oct 2025<br>Booking: 163625790 | 27 Oct 2025 | $ 751.00 | $ 0.00 | $ 751.00 |
| | | Subtotal | $ 751.00 | $ 0.00 | $ 751.00 |
| | | **Total Charges** | **$ 751.00** | **$ 0.00** | **$ 751.00** |

[redacted]

# METHODS OF PAYMENT

Visa

Your current method of payment is:

Card number ending [redacted], expiry date [redacted]

You can update your payment method to Direct Debit or Credit Card via www.MyRegus.com

You may pay by Check:

Pay Online at: https://www.e-billexpress.com/ebpp/IWGPLC/

IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 3 days posting time prior to your due date.

You may pay by Bank Transfer to:

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery Street San Francisco, California 94104 United States of America |
| Account Name: | Regus Management Group, LLC |
| Account Number: | [redacted] |
| BIC/Swift Code: | WFBIUS6S |
| Routing #: | [redacted] |

[redacted]

IMPORTANT INFORMATION:
Please provide your Invoice Number <1112-55515> as a payee reference on all payments made.

# UNDERSTANDING YOUR INVOICE

INVOICE EXPLANATIONS

| | |
|---|---|
| Account adjustments/refunds | Any adjustments/refunds that were made to your account. |
| Account balance | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on www.MyRegus.com. The current invoice value is then added to produce the Total Payment Due figure. |
| Credits | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| Due date | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| Invoice | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| Late payment fees | We incur extra costs if you pay late. A fee will therefore be levied against your account if the payment is late. |
| One-off charges incurred | Variable and/or one-off charges related to a specific invoicing period. |

| | |
|---|---|
| Payments received | All payments received since your last invoice was raised. |
| Recurring charges | These are fixed monthly charges, invoiced in advance. |
| Total payment due | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

Regus

ONE-OFF CHARGES

| | |
|---|---|
| **Meeting Room** | Use of a Meeting Room including any telephone calls, prepayments and cancellation charges |

## Benitez, Liza

**From:** DoNotReply@regus.com
**Sent:** Tuesday, October 28, 2025 4:41 AM
**To:** Benitez, Liza
**Subject:** CARD TRANSACTION CONFIRMATION

**[EXTERNAL EMAIL]**

**CARD TRANSACTION CONFIRMATION**

Please retain for your records.

Hello,

Your transaction has been processed.

**Transaction details**
Account Number: 16464232

*Transaction for the value of:* USD 751.00
*Card number:* ************[redacted]
*Center:* FL, Miami - 1221 Brickell Center
1221 Brickell Avenue
Suite 900
Miami
33131
*Invoice Number(s):* 1112-55515
*Authorization Date/Time:* Oct 28, 2025 08:40
*Authorization code:*
*Result:* Success

This is not a tax receipt.

**Inquiries**
Please refer to the contact details on your invoice or your center team.

**Thank you for your business**

The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

# STATEMENT OF ACCOUNT

[redacted]

Account name: Baker Botts L.L.P.
Attn: Liza Benitez
[redacted]
United States of America

Account number: 16464232
Invoice number: 1112-55519
Statement date: 29 October 2025
**Due date : 29 October 2025**

USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have questions about your invoices or payments, please speak to your Community Team.
- Alternatively, you can log a case through your online account (Help section).

Center name: FL, Miami - 1221 Brickell Center

| Date | Description | Amount |
|---|---|---|
| 28 October 2025 | Outstanding balance | $ 751.00 |
| 28 October 2025 | Payment received | -$ 751.00 |
| 29 October 2025 | This invoice | $ 1,263.00 |
| | **Total outstanding balance due** | **$ 1,263.00** |

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

Regus™

# INVOICE

[redacted]

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55519 |
| | [redacted] | Invoice date: | 29 October 2025 |
| | United States of America | **Due date :** | **29 October 2025** |
| | | Your TAX Number: | |

Center name: FL, Miami - 1221 Brickell Center

| Description of Charges | From Date | To Date | Price | TAX | Total |
|---|---|---|---|---|---|
| Meeting Room | 27 Oct 2025 | 28 Oct 2025 | $ 1,263.00 | $ 0.00 | $ 1,263.00 |

Total (excl. TAX) $ 1,263.00

TAX $ 0.00

**October invoice total (inc. Tax) $ 1,263.00**

See next page for an itemized breakdown of charges

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

Regus™

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55519 |
| | | Invoice date: | 29 October 2025 |
| | | Due date: | **29 October 2025** |

Center name: FL, Miami - 1221 Brickell Center

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Meeting Room Charge | 27 Oct 2025 | 27 Oct 2025 | $ 256.00 | $ 0.00 | $ 256.00 |
| Booked by: Liza Benitez | Booking: 163717338 | | | | |
| Meeting Room Charge | 28 Oct 2025 | 28 Oct 2025 | $ 256.00 | $ 0.00 | $ 256.00 |
| Booked by: Liza Benitez | Booking: 163717338 | | | | |
| Meeting Room Charge | 28 Oct 2025 | 28 Oct 2025 | $ 751.00 | $ 0.00 | $ 751.00 |
| Booked by: Liza Benitez | Booking: 163625802 | | | | |
| | | Subtotal | $ 1,263.00 | $ 0.00 | $ 1,263.00 |
| | | Total Charges | **$ 1,263.00** | **$ 0.00** | **$ 1,263.00** |

# METHODS OF PAYMENT

Your current method of payment is: Visa
Card number ending [redacted], expiry date [redacted]

You can update your payment method to Direct Debit or Credit Card via **www.MyRegus.com**

## You may pay by Check:

Pay Online at: https://www.e-billexpress.com/ebpp/IWGPLC/

IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 3 days posting time prior to your due date.

## You may pay by Bank Transfer to:

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery Street San Francisco, California 94104 United States of America |
| Account Name: | Regus Management Group, LLC |
| Account Number: | [redacted] |
| BIC/Swift Code: | WFBIUS6S |
| Routing #: | [redacted] |

IMPORTANT INFORMATION:
Please provide your Invoice Number <1112-55519> as a payee reference on all payments made.

# UNDERSTANDING YOUR INVOICE

INVOICE EXPLANATIONS

| | |
|---|---|
| Account adjustments/refunds | Any adjustments/refunds that were made to your account. |
| Account balance | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on www.MyRegus.com. The current invoice value is then added to produce the Total Payment Due figure. |
| Credits | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| Due date | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| Invoice | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| Late payment fees | We incur extra costs if you pay late. A fee will therefore be levied against your account if the payment is late. |
| One-off charges incurred | Variable and/or one-off charges related to a specific invoicing period. |
| Payments received | All payments received since your last invoice was raised. |
| Recurring charges | These are fixed monthly charges, invoiced in advance. |
| Total payment due | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

Regus™

Case 1:24-cv-24669-DPG Document 211-2 Entered on FLSD Docket 10/13/2026 Page 68 of 128


| | |
|---|---|
| Meeting Room | Use of a Meeting Room including any telephone calls, prepayments and cancellation charges |

**18494244**

## Benitez, Liza

**From:** DoNotReply@regus.com
**Sent:** Wednesday, October 29, 2025 4:34 AM
**To:** Benitez, Liza
**Subject:** CARD TRANSACTION CONFIRMATION

**[EXTERNAL EMAIL]**

**CARD TRANSACTION CONFIRMATION**

Please retain for your records.

Hello,

Your transaction has been processed.

**Transaction details**
Account Number: 16464232

| | |
|---|---|
| *Transaction for the value of:* | USD 1,263.00 |
| *Card number:* | ************[redacted] |
| *Center:* | FL, Miami - 1221 Brickell Center<br>1221 Brickell Avenue<br>Suite 900<br>Miami<br>33131 |
| *Invoice Number(s):* | 1112-55519 |
| *Authorization Date/Time:* | Oct 29, 2025 08:32 |
| *Authorization code:* | |
| *Result:* | Success |

This is not a tax receipt.

**Inquiries**
Please refer to the contact details on your invoice or your center team.

**Thank you for your business**




The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

# STATEMENT OF ACCOUNT

[redacted]

| | | | |
|---|---|---|---|
| Account name: | Baker Botts L.L.P. | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55522 |
| | [redacted] 22314 | Statement date: | 30 October 2025 |
| | United States of America | **Due date :** | **30 October 2025** |

USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have questions about your invoices or payments, please speak to your Community Team.
- Alternatively, you can log a case through your online account (Help section).

Center name: FL, Miami - 1221 Brickell Center

| Date | Description | Amount |
|---|---|---|
| 29 October 2025 | Outstanding balance | $ 1,263.00 |
| 29 October 2025 | Payment received | -$ 1,263.00 |
| 30 October 2025 | This invoice | $ 2,781.00 |
| | **Total outstanding balance due** | **$ 2,781.00** |

# INVOICE

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55522 |
| | [redacted] 22314 | Invoice date: | 30 October 2025 |
| | United States of America | **Due date :** | **30 October 2025** |
| | | Your TAX Number: | |

Center name: FL, Miami - 1221 Brickell Center

| Description of Charges | From Date | To Date | Price | TAX | Total |
|---|---|---|---|---|---|
| Day Office | 27 Oct 2025 | 29 Oct 2025 | $ 1,023.00 | $ 0.00 | $ 1,023.00 |
| Meeting Room | 29 Oct 2025 | 30 Oct 2025 | $ 1,758.00 | $ 0.00 | $ 1,758.00 |

Total (excl. TAX) $ 2,781.00

TAX $ 0.00

**October invoice total (inc. Tax) $ 2,781.00**

See next page for an itemized breakdown of charges

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55522 |
| | | Invoice date: | 30 October 2025 |
| | | Due date: | **30 October 2025** |

Center name: FL, Miami - 1221 Brickell Center

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Day Office Charge | 27 Oct 2025 | 27 Oct 2025 | $ 341.00 | $ 0.00 | $ 341.00 |
| Booked by: Liza Benitez | Booking: 163717389 | | | | |
| Day Office Charge | 28 Oct 2025 | 28 Oct 2025 | $ 341.00 | $ 0.00 | $ 341.00 |
| Booked by: Liza Benitez | Booking: 163717389 | | | | |
| Day Office Charge | 29 Oct 2025 | 29 Oct 2025 | $ 341.00 | $ 0.00 | $ 341.00 |
| Booked by: Liza Benitez | Booking: 163717389 | | | | |
| Meeting Room - Cancellation charge | 30 Oct 2025 | 30 Oct 2025 | $ 751.00 | $ 0.00 | $ 751.00 |
| Booked by: Liza Benitez | Booking: 163625837 | | | | |
| Meeting Room Charge | 29 Oct 2025 | 29 Oct 2025 | $ 751.00 | $ 0.00 | $ 751.00 |
| Booked by: Liza Benitez | Booking: 163625822 | | | | |
| Meeting Room Charge | 29 Oct 2025 | 29 Oct 2025 | $ 256.00 | $ 0.00 | $ 256.00 |
| Booked by: Liza Benitez | Booking: 163717338 | | | | |
| | | Subtotal | $ 2,781.00 | $ 0.00 | $ 2,781.00 |
| | | **Total Charges** | **$ 2,781.00** | **$ 0.00** | **$ 2,781.00** |

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

# METHODS OF PAYMENT

Your current method of payment is: Visa
Card number ending [redacted], expiry date [redacted]

You can update your payment method to Direct Debit or Credit Card via www.MyRegus.com

### You may pay by Check:

Pay Online at: https://www.e-billexpress.com/ebpp/IWGPLC/

IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 3 days posting time prior to your due date.

### You may pay by Bank Transfer to:

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery Street San Francisco, California 94104 United States of America |
| Account Name: | Regus Management Group, LLC |
| Account Number: | [redacted] |
| BIC/Swift Code: | WFBIUS6S |
| Routing #: | [redacted] |

IMPORTANT INFORMATION:
Please provide your Invoice Number <1112-55522> as a payee reference on all payments made.

# UNDERSTANDING YOUR INVOICE

## INVOICE EXPLANATIONS

| | |
|---|---|
| Account adjustments/refunds | Any adjustments/refunds that were made to your account. |
| Account balance | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on www.MyRegus.com. The current invoice value is then added to produce the Total Payment Due figure. |
| Credits | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| Due date | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| Invoice | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| Late payment fees | We incur extra costs if you pay late. A fee will therefore be levied against your account if the payment is late. |
| One-off charges incurred | Variable and/or one-off charges related to a specific invoicing period. |
| Payments received | All payments received since your last invoice was raised. |
| Recurring charges | These are fixed monthly charges, invoiced in advance. |
| Total payment due | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

Regus™

ONE-OFF CHARGES

| | |
|---|---|
| Day Office | Use of a Day Office booked on your online account |
| Meeting Room | Use of a Meeting Room including any telephone calls, prepayments and cancellation charges |

Regus™

# 18494243

## Benitez, Liza

**From:** DoNotReply@regus.com
**Sent:** Thursday, October 30, 2025 4:34 AM
**To:** Benitez, Liza
**Subject:** CARD TRANSACTION CONFIRMATION

**[EXTERNAL EMAIL]**

**CARD TRANSACTION CONFIRMATION**

Please retain for your records.

Hello,

Your transaction has been processed.

**Transaction details**
Account Number: 16464232

| | |
|---|---|
| *Transaction for the value of:* | USD 2,781.00 |
| *Card number:* | ************[redacted] |
| *Center:* | FL, Miami - 1221 Brickell Center<br>1221 Brickell Avenue<br>Suite 900<br>Miami<br>33131 |
| *Invoice Number(s):* | 1112-55522 |
| *Authorization Date/Time:* | Oct 30, 2025 08:32 |
| *Authorization code:* | |
| *Result:* | Success |

This is not a tax receipt.

**Inquiries**
Please refer to the contact details on your invoice or your center team.

**Thank you for your business**

 

The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

# 18494246

## Benitez, Liza

**From:** DoNotReply@regus.com
**Sent:** Friday, October 31, 2025 4:34 AM
**To:** Benitez, Liza
**Subject:** CARD TRANSACTION CONFIRMATION

**[EXTERNAL EMAIL]**

### CARD TRANSACTION CONFIRMATION

Please retain for your records.

Hello,

Your transaction has been processed.

**Transaction details**
Account Number: 16464232

| | |
|---|---|
| *Transaction for the value of:* | USD 597.00 |
| *Card number:* | ************[redacted] |
| *Center:* | FL, Miami - 1221 Brickell Center<br>1221 Brickell Avenue<br>Suite 900<br>Miami<br>33131 |
| *Invoice Number(s):* | 1112-55527 |
| *Authorization Date/Time:* | Oct 31, 2025 08:33 |
| *Authorization code:* | |
| *Result:* | Success |

This is not a tax receipt.

**Inquiries**
Please refer to the contact details on your invoice or your center team.

**Thank you for your business**




The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

# STATEMENT OF ACCOUNT

[redacted]

Account name: Baker Botts L.L.P.
Attn: Liza Benitez
[redacted] 22314
United States of America

Account number: 16464232
Invoice number: 1112-55527
Statement date: 31 October 2025
**Due date : 31 October 2025**

USEFUL INFORMATION

- You can update your details and check the current status of your account by logging into www.MyRegus.com
- If you have questions about your invoices or payments, please speak to your Community Team.
- Alternatively, you can log a case through your online account (Help section).

Center name: FL, Miami - 1221 Brickell Center

| Date | Description | Amount |
|---|---|---|
| 30 October 2025 | Outstanding balance | **$ 2,781.00** |
| 30 October 2025 | Payment received | **-$ 2,781.00** |
| 31 October 2025 | This invoice | **$ 597.00** |
| | **Total outstanding balance due** | **$ 597.00** |

Center Address: 1221 Brickell Avenue • Suite 900 • Miami • FL 33131 • USA

Regus™

# INVOICE

[redacted]

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55527 |
| | [redacted] | Invoice date: | 31 October 2025 |
| | [redacted] 22314 | **Due date :** | **31 October 2025** |
| | United States of America | Your TAX Number: | |

Center name: FL, Miami - 1221 Brickell Center

| Description of Charges | From Date | To Date | Price | TAX | Total |
|---|---|---|---|---|---|
| Day Office | 30 Oct 2025 | 30 Oct 2025 | $ 597.00 | $ 0.00 | $ 597.00 |

| | |
|---|---|
| Total (excl. TAX) | $ 597.00 |
| TAX | $ 0.00 |
| **October invoice total (inc. Tax)** | **$ 597.00** |

See next page for an itemized breakdown of charges

# YOUR INVOICE DETAILS

| | | | |
|---|---|---|---|
| Account name: | **Baker Botts L.L.P.** | Account number: | 16464232 |
| Attn: | Liza Benitez | Invoice number: | 1112-55527 |
| | | Invoice date: | 31 October 2025 |
| | | Due date: | **31 October 2025** |

Center name: FL, Miami - 1221 Brickell Center

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Day Office Charge | 30 Oct 2025 | 30 Oct 2025 | $ 256.00 | $ 0.00 | $ 256.00 |
| Booked by: Liza Benitez | Booking: 163717357 | | | | |
| Day Office Charge | 30 Oct 2025 | 30 Oct 2025 | $ 341.00 | $ 0.00 | $ 341.00 |
| Booked by: Liza Benitez | Booking: 163717398 | | | | |
| | | Subtotal | $ 597.00 | $ 0.00 | $ 597.00 |
| | | Total Charges | **$ 597.00** | **$ 0.00** | **$ 597.00** |

# METHODS OF PAYMENT

Your current method of payment is: Visa
Card number ending [redacted], expiry date [redacted]

You can update your payment method to Direct Debit or Credit Card via **www.MyRegus.com**

## You may pay by Check:

Pay Online at: https://www.e-billexpress.com/ebpp/IWGPLC/

IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 3 days posting time prior to your due date.

## You may pay by Bank Transfer to:

| | |
|---|---|
| Bank Name: | Wells Fargo |
| Bank Address: | 420 Montgomery Street San Francisco, California 94104 United States of America |
| Account Name: | Regus Management Group, LLC |
| Account Number: | [redacted] |
| BIC/Swift Code: | WFBIUS6S |
| Routing #: | [redacted] |

IMPORTANT INFORMATION:
Please provide your Invoice Number <1112-55527> as a payee reference on all payments made.

# UNDERSTANDING YOUR INVOICE

## INVOICE EXPLANATIONS

| | |
|---|---|
| **Account adjustments/refunds** | Any adjustments/refunds that were made to your account. |
| **Account balance** | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on **www.MyRegus.com**. The current invoice value is then added to produce the Total Payment Due figure. |
| **Credits** | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| **Due date** | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| **Invoice** | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| **Late payment fees** | We incur extra costs if you pay late. A fee will therefore be levied against your account if the payment is late. |
| **One-off charges incurred** | Variable and/or one-off charges related to a specific invoicing period. |
| **Payments received** | All payments received since your last invoice was raised. |
| **Recurring charges** | These are fixed monthly charges, invoiced in advance. |
| **Total payment due** | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

| | |
|---|---|
| Day Office | Use of a Day Office booked on your online account |

Regus™

# 18490504

LEXITAS™

# Invoice

**Invoice No:** 1001501727947

**Invoice Date:** 11/3/2025
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002206 | Leigh M. Rothschild | 10/27/2025 | Videotaped Deposition held in Miami, FL - Concluding at 5:45 p.m. | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour | 8 | $1,160.00 |
| Videography - Per Hour - After Hours | 1 | $217.50 |
| DVD / MPEG Conversion | 8 | $400.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

# Invoice

**Invoice No:** 1001501727947

**Invoice Date:** 11/3/2025
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501727947

**Subtotal:** $1,807.50

**Tax Total:** $0.00

**Total:** $1,807.50

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $1,807.50 |
| Payment not contingent upon client reimbursement. | **After 12/3/2025 Pay** | $1,834.61 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18499873

LEXITAS™

# Invoice

**Invoice No:** 1001501730688

**Invoice Date:** 11/12/2025
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002209 | Christina Arias - Analytical Technologies, LLC | 10/28/2025 | Videotaped Deposition held in Miami, FL | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour | 4.5 | $652.50 |
| DVD / MPEG Conversion | 3 | $150.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

**Memo:**

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Subtotal:** $832.50

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $832.50

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501730688

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $832.50 |
| Payment not contingent upon client reimbursement. | **After 12/12/2025 Pay** | $844.99 |

# Invoice

**Invoice No:** 1001501730688

**Invoice Date:** 11/12/2025
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18499876

LEXITAS™

# Invoice

**Invoice No:** 1001501730705

**Invoice Date:** 11/12/2025
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002210 | Christina Arias - Rothschild Digital Confirmation/Patent Asset Management/Rothschild Connected Devices | 10/29/2025 | Videotaped Deposition held in Miami, FL | | | |

| Item | Quantity | Amount |
|---|---|---|
| Videography - Per Hour | 7 | $1,015.00 |
| DVD / MPEG Conversion | 6 | $300.00 |
| Processing, Handling & Archiving | 1 | $30.00 |
| Shipping/Delivery - COMPLIMENTARY | 1 | $0.00 |

LEXITAS™

# Invoice

**Invoice No:** 1001501730705

**Invoice Date:** 11/12/2025
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501730705

**Subtotal:** $1,345.00

**Tax Total:** $0.00

**Total:** $1,345.00

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $1,345.00 |
| Payment not contingent upon client reimbursement. | **After 12/12/2025 Pay** | $1,365.18 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18539229

## Tong, Katty

**From:** Nemiroff, Linus
**Sent:** Wednesday, March 4, 2026 5:59 PM
**To:** [redacted]
**Subject:** FW: You paid an invoice! (#20221433)

[redacted]

[redacted]

[redacted]

**Linus Nemiroff** | Associate | **Baker Botts L.L.P.**
Mobile 628.219.6829

---

**From:** Nancy Bauer, Federal Court Reporter <messenger@messaging.squareup.com>
**Sent:** Wednesday, March 4, 2026 5:49 PM
**To:** Nemiroff, Linus <linus.nemiroff@bakerbotts.com>
**Subject:** You paid an invoice! (#20221433)

**[EXTERNAL EMAIL]**




**Nancy Bauer, Federal Court Reporter**

Invoice Paid

# $1,186.10

Paid with American Express 3008 on March 4, 2026 at 5:49 PM

---

**Valve v. Rothschild, et al.**
Invoice #20221433
March 4, 2026

**Customer**

Linus Nemiroff
Baker Botts LLP
linus.nemiroff@bakerbotts.com
101 California Street
Suite 3200
San Francisco, CA 94111

Download Invoice PDF

---

**Message**

C23-1016-JNW, Valve v Rothschild, Trial transcripts
February 9, 2026 through February 13, 2026

## Invoice summary

| | |
|---|---|
| **Daily transcript copy**<br>($1.45/pgs) x 818 pgs | **$1,186.10** |
| Subtotal | $1,186.10 |
| **Total Paid** | **$1,186.10** |

American Express [redacted] 03/04/26, 5:49 PM

**Send estimates or invoices for your business?**
Process $1,000 in sales free when you sign up for Square.

**Get Started**

**Nancy Bauer, Federal Court Reporter**
700 Stewart Street

Suite 17205, Seattle, WA 98101 United States

nancy_bauer@wawd.uscourts.gov

(206) 370-8506

Please contact Nancy Bauer, Federal Court Reporter about its privacy practices.

**18562273**

**Cooper, Brent**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Monday, May 4, 2026 6:15 PM
**To:** Cooper, Brent
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

**[EXTERNAL EMAIL]**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 7015395
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $250.00
Tracking Id: AFLSDC-19502894
Approval Code: 05649I
Card Number: ************[redacted]
Date/Time: 05/04/2026 06:15:21 ET

NOTE: This is an automated message. Please do not reply

# 18570952

**Cooper, Brent**

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, June 16, 2026 9:54 AM
**To:** Cooper, Brent
**Subject:** Pay.gov Payment Confirmation: FLORIDA SOUTHERN DISTRICT COURT

**[EXTERNAL EMAIL]**

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Section at 305-523-5050.

Account Number: 7015395
Court: FLORIDA SOUTHERN DISTRICT COURT
Amount: $250.00
Tracking Id: AFLSDC-19656385
Approval Code: 00137I
Card Number: ************[redacted]
Date/Time: 06/16/2026 09:53:37 ET

NOTE: This is an automated message. Please do not reply

# 18509887

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 810611 | 12/12/2025 | 608372 |
| **Job Date** | **Case No.** | |
| 12/1/2025 | 1:24-CV-24669-DPG | |
| **Client and Case Name** | | |
| Baker Botts, LLP (San Francisco) - Rothschild, et al. -v- Starbucks Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

VIDEOCONFERENCING SERVICES:

Daniel Falcucci, Individually; Daniel Falcucci, Corporate Designee - MVC

| | | |
|---|---|---|
| Mobile Videoconference - 2 Hour Minimum | 1.00 | 295.00 |
| Mobile Videoconference - Subsequent Hour(s) | 2.50 Hours | 247.50 |
| | **TOTAL DUE >>>** | **$542.50** |
| | AFTER 1/11/2026 PAY | $569.63 |

Ordered by : Rothschild -v- Starbucks (Baker Botts)
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Invoice No. : 810611
Invoice Date : 12/12/2025
**Total Due : $542.50**
AFTER 1/11/2026 PAY $569.63

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 608372
BU ID : *41-NoCal
Case No. : 1:24-CV-24669-DPG
Case Name : Rothschild, et al. -v- Starbucks Corp., et al.

# 18509890

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 808362 | 12/12/2025 | 608372 |
| **Job Date** | **Case No.** | |
| 12/1/2025 | 1:24-CV-24669-DPG | |
| **Client and Case Name** | | |
| Baker Botts, LLP (San Francisco) - Rothschild, et al. -v- Starbucks Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Daniel Falcucci, Individually - VIDEO
VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:
Daniel Falcucci, Corporate Designee - VIDEO

| | | | |
|---|---|---|---|
| Set-up and 1st hour | 1.00 | | 395.00 |
| Subsequent Hours | 3.00 | Hours | 450.00 |
| Synchronization | 4.00 | Hours | 200.00 |
| Video Upload/Archive | 1.00 | | 49.00 |
| | **TOTAL DUE >>>** | | **$1,094.00** |
| | AFTER 1/11/2026 PAY | | $1,148.70 |

Ordered by : Rothschild -v- Starbucks (Baker Botts)
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Invoice No. : 808362
Invoice Date : 12/12/2025
**Total Due : $1,094.00**
AFTER 1/11/2026 PAY $1,148.70

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 608372
BU ID : *41-NoCal
Case No. : 1:24-CV-24669-DPG
Case Name : Rothschild, et al. -v- Starbucks Corp., et al.

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 808362 | 12/12/2025 | 608372 |
| **Job Date** | **Case No.** | |
| 12/1/2025 | 1:24-CV-24669-DPG | |
| **Client and Case Name** | | |
| Baker Botts, LLP (San Francisco) - Rothschild, et al. -v- Starbucks Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Invoice No. : 808362
Invoice Date : 12/12/2025
**Total Due : $1,094.00**
AFTER 1/11/2026 PAY $1,148.70

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 608372
BU ID : *41-NoCal
Case No. : 1:24-CV-24669-DPG
Case Name : Rothschild, et al. -v- Starbucks Corp., et al.

# 18509891

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 808361 | 12/12/2025 | 608372 |
| **Job Date** | **Case No.** | |
| 12/1/2025 | 1:24-CV-24669-DPG | |
| **Client and Case Name** | | |
| Baker Botts, LLP (San Francisco) - Rothschild, et al. -v- Starbucks Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

| | | | |
|---|---|---|---|
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Daniel Falcucci, Individually | 32.00 | Pages | 374.40 |
| EXPEDITED TRANSCRIPT WITH INDEX OF: | | | |
| Daniel Falcucci, Corporate Designee | 81.00 | Pages | 947.70 |
| Attendance | 4.00 | | 240.00 |
| Realtime Over the Internet Setup Fee | 1.00 | | 175.00 |
| Realtime Over Internet | 78.00 | Pages | 195.00 |
| Additional Realtime Hook-up fee | 2.00 | | 390.00 |
| Rough ASCII | 78.00 | Pages | 152.10 |
| Exhibits | 153.00 | Pages | 84.15 |
| Load File (LEF \| XMEF \| PTZ \| SBF) | 1.00 | Files | 175.00 |
| Planet Summary | 1.00 | | 95.00 |
| Processing Fee | 1.00 | | 49.00 |
| **TOTAL DUE >>>** | | | **$2,877.35** |
| AFTER 1/11/2026 PAY | | | $3,021.22 |

Ordered by : Rothschild -v- Starbucks (Baker Botts)
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Invoice No. : 808361
Invoice Date : 12/12/2025
**Total Due : $2,877.35**
AFTER 1/11/2026 PAY $3,021.22

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 608372
BU ID : *41-NoCal
Case No. : 1:24-CV-24669-DPG
Case Name : Rothschild, et al. -v- Starbucks Corp., et al.

# INVOICE



Planet Depos

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 808361 | 12/12/2025 | 608372 |
| **Job Date** | **Case No.** | |
| 12/1/2025 | 1:24-CV-24669-DPG | |
| **Client and Case Name** | | |
| Baker Botts, LLP (San Francisco) - Rothschild, et al. -v- Starbucks Corp., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/invoice-payment-form with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Charisse Holsome
Baker Botts, LLP (San Francisco)
101 California Street
Suite 3600
San Francisco, CA 94111

Invoice No. : 808361
Invoice Date : 12/12/2025
**Total Due : $2,877.35**
AFTER 1/11/2026 PAY $3,021.22

Remit To: **Planet Depos, LLC**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No. : 608372
BU ID : *41-NoCal
Case No. : 1:24-CV-24669-DPG
Case Name : Rothschild, et al. -v- Starbucks Corp., et al.

**18523114**

**Blue Ocean Global Technology**
4251 Lynn Circle
Doylestown, PA 18902

# Invoice

**# BO23821**

**Balance Due**
**$23,825.00**

Invoice Date : November 22, 2025
Terms : Due on Receipt
Due Date : December 06, 2025

Bill To
**Rachael Lamkin**

Blue Ocean Tax ID : 38-4159352

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Sameer Somal's Hours - Deposition Preparation | 10.75 | 800.00 | 8,600.00 |
| 2 | Dr. Alexandra LaJoux's Hours - Deposition Preparation | 4 | 275.00 | 1,100.00 |
| 3 | Doug Ryder's Hours - Deposition Preparation | 9.25 | 800.00 | 7,400.00 |
| 4 | Blue Ocean Global Technology's Team Hours - Deposition Preparation | 7 | 275.00 | 1,925.00 |
| 5 | Sameer Somal's Hours - Deposition Time | 6 | 800.00 | 4,800.00 |
| | | | Sub Total | 23,825.00 |
| | | | **Total** | **$23,825.00** |
| | | | **Balance Due** | **$23,825.00** |

Notes
We appreciate the opportunity to work together and support you strategically. We are grateful for your trust and value long-term relationships.

Sameer Somal, CFA
CEO, Blue Ocean Global Technology

# Payment Methods

**1. Via Check:** Payable to "Blue Ocean Global Technology"
c/o Sameer Somal
4251 Lynn Circle
Doylestown, PA 18902

**2. Via Zelle:** Send to the following email address: invoices@blueoceanglobaltech.com

**3. Via Credit Card:** Please use the following link: www.blueoceanglobaltech.com/clientpayment

**4.Via ACH or Wire Transfer:** To send the money via Wire Transfer, please check the bank details.

| | |
|---|---|
| Beneficiary Account Number: | [redacted] |
| Beneficiary Account Name: | Blue Ocean Global Technology |
| Beneficiary Address: | 4251 Lynn Circle Doylestown, PA 18902 |
| Fedwire Routing Number: | [redacted] |
| ACH Routing Number: | [redacted] |
| USD $ SWIFT Code: | [redacted] |
| Intermediary Bank Name & Address: | Bank of America, 29 Broadway New York, NY 10006 |
| Foreign Currency SWIFT Code: | [redacted] |
| Purpose of Remittance: | Payment for "Blue Ocean Global Technology Services" |

| Leigh Rothschild Invoice - November 2025 | | | | | |
|---|---|---|---|---|---|
| **Date** | **Person** | **Hours** | **Rate** | **Total** | **Item** |
| 8-Nov | Sameer | 1.5 | $800 | $1,200 | Deposition strategy formulation and expert positioning |
| 8-Nov | Sameer | 2 | $800 | $1,600 | Expert coordination and high-level preparation calls |
| 8-Nov | Alex | 4 | $275 | $1,100 | Team and Dr. Lajoux's Preparation Time including - Review of deposition scope and expert disclosures, Technical and financial analysis in support of testimony and Alignment of expert opinions with documentary record |
| 9-Nov | Doug | 1.75 | $800 | $1,400 | Cross-validation of testimony themes |
| 9-Nov | Doug | 2 | $800 | $1,600 | Review of deposition scope and expert disclosures and Mock questioning and issue-spotting with Sameer |
| 9-Nov | Team | 4 | $275 | $1,100 | Team and Dr. Lajoux's Preparation Time including supporting research and document synthesis |
| 10-Nov | Doug | 1.5 | $800 | $1,200 | Deposition Preparation with Sameer |
| 10-Nov | Doug | 1.5 | $800 | $1,200 | Joint preparation sessions between Doug, Sameer and team |
| 10-Nov | Sameer | 0.5 | $800 | $400 | Preparation Call with Stephen |
| 10-Nov | Team | 3 | $275 | $825 | Team Work Session including review and organisation of deposition materials |
| 11-Nov | Doug | 1.5 | $800 | $1,200 | Deposition Preparation with Sameer |
| 11-Nov | Doug | 1 | $800 | $800 | Review of documentation and arguments |
| 11-Nov | Sameer | 1.5 | $800 | $1,200 | Deposition Preparation with Doug |
| 11-Nov | Sameer | 2.5 | $800 | $2,000 | Deposition Preparation with Team including mock questioning |
| 12-Nov | Sameer | 2 | $800 | $1,600 | Deposition Preparation with Team including research and analysis |
| 12-Nov | Sameer | 0.75 | $800 | $600 | Joint prep session and document synthesis |
| 12-Nov | Sameer | 6 | $800 | $4,800 | Deposition Time |
| | **Sub Total** | **37** | **Sub Total** | **$23,825.00** | |

BAKER BOTTS LLP

J.P.Morgan

Transaction Detail Report

# Transaction Information

| Ordering/Originating Account Number | Ordering/Originating Account Name | Branch Location |
|---|---|---|
| [redacted] | BAKER BOTTS LLP | JPMC TEXAS (US) |
| **Bank Name** | **Bank ID** | **Company/Entity Name and ID** |
| JPMORGAN CHASE BANK, N.A. | [redacted] | BAKER BOTTS LLP / [redacted] |
| **Method** | **Transaction Category** | **Beneficiary Bank Country** |
| ACH Credit | Corporate/Vendor Payments | UNITED STATES - US |
| **Payment Amount** | **Status** | **Value Date** |
| USD 13,400.00 | Released | 01/27/2026 |
| | | **Using Template** |
| | | Blue Ocean Global Technology |

# Routing/Reference - Beneficiary

| Name | ID | Account Number / Type | ABA | DD | Amount |
|---|---|---|---|---|---|
| Blue Ocean Global Tech | | [redacted] | [redacted] | | 13,400.00 Credit |

Transaction Details:
Invoice #BO23821

| | |
|---|---|
| Total: | USD 13,400.00 |
| Total Credits: | USD 13,400.00 |
| Total Debits: | USD 0.00 |

# System Information

| Date Created | Batch ID | Batch Description | Descriptive Date |
|---|---|---|---|
| 01/26/2026 10:33 AM EST | 29888330 | CORP PAY | 260127 |

# 18522174

# INVOICE

**CFM Mediation, LLC**
4600 Sheridan St
Ste 400
Hollywood, FL 33021-3409

cori@cfmmediation.com
+1 (954) 554-8412
Tax ID #27-3848460

CFM MEDIATION

**Bill to**
Baker Botts, LLP
101 California Street, Suite 3200
San Francisco, CA 94111

**Ship to**
Baker Botts, LLP
101 California Street, Suite 3200
San Francisco, CA 94111

**Invoice details**
Invoice no.: 2956
Terms: Due on receipt
Invoice date: 01/20/2026
Due date: 01/20/2026

| # | Service Date | Product/service | Description | Qty | Rate | USD |
|---|---|---|---|---|---|---|
| 1. | 01/20/2026 | **Mediation Services** | Leigh M. Rothschild and Analytical Technologies, LLC v. Starbucks Corporation and Rachael Lamkin, Case No. 1:24-cv-24669-DPG, In the United States District Court for the Southern District of Florida | 4 | $250.00 | $1,000.00 |

**Total** **$1,000.00**

## Ways to pay

VISA DISCOVER AMEX BANK

Payment may be made by bank deposit, credit card, or by check mailed to
CFM Mediation
4600 Sheridan Street, Suite 400
Hollywood, FL 33021

View and pay

# 18552470

LEXITAS™

# Invoice

**Invoice No:** 1001501775949

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002209 | Christina Arias - Analytical Technologies, LLC | 10/28/2025 | Videotaped Deposition held in Miami, FL | | | |

| Item | Quantity | Amount |
|---|---|---|
| Text-to-Video Synchronization (VideoSync) | 3 | $240.00 |
| Processing, Handling & Archiving | 1 | $30.00 |

**Memo:**
Late Order

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501775949

**Subtotal:** $270.00

**Tax Total:** $0.00

**Total:** $270.00

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $270.00 |
| Payment not contingent upon client reimbursement. | **After 5/24/2026 Pay** | $274.05 |

LEXITAS™

# Invoice

**Invoice No:** 1001501775949

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**18552478**

LEXITAS™

# Invoice

**Invoice No:** 1001501775948

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002206 | Leigh M. Rothschild | 10/27/2025 | Videotaped Deposition held in Miami, FL | | | |

| Item | Quantity | Amount |
|---|---|---|
| Text-to-Video Synchronization (VideoSync) | 8 | $640.00 |
| Processing, Handling & Archiving | 1 | $30.00 |

**Memo:**
Late Order

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Subtotal:** $670.00

**Tax Total:** $0.00

**Total:** $670.00

**Payments and Credits:** $0.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501775948

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $670.00 |
| Payment not contingent upon client reimbursement. | **After 5/24/2026 Pay** | $680.05 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com

LEXITAS™

# Invoice

**Invoice No:** 1001501775948

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18552487

LEXITAS™

# Invoice

**Invoice No:** 1001501775950

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-1002210 | Christina Arias - Rothschild Digital Confirmation/Patent Asset Management/ Rothschild Connected Devices | 10/29/2025 | Videotaped Deposition held in Miami, FL | | | |

| Item | Quantity | Amount |
|---|---|---|
| Text-to-Video Synchronization (VideoSync) | 6 | $480.00 |
| Processing, Handling & Archiving | 1 | $30.00 |

LEXITAS™

# Invoice

**Invoice No:** 1001501775950

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Memo:**
Late Order

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501775950

**Subtotal:** $510.00

**Tax Total:** $0.00

**Total:** $510.00

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $510.00 |
| Payment not contingent upon client reimbursement. | **After 5/24/2026 Pay** | $517.65 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com
**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

# 18552488

LEXITAS™

# Invoice

**Invoice No:** 1001501775947

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Bill To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Case Name:**
Leigh M. Rothschild, et al., v. Starbucks Corp., et al.

**Case Number:** 1:24-cv-24669-DPG

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-999769 | Shea N. Palavan | 10/1/2025 | Videotaped Deposition held in Houston, TX | | | |

| Item | Quantity | Amount |
|---|---|---|
| Text-to-Video Synchronization (VideoSync) | 3 | $240.00 |
| Processing, Handling & Archiving | 1 | $30.00 |

**Memo:**
Late Order

**Sold To:**
Brent Cooper
Baker Botts - Houston
One Shell Plaza
910 Louisiana, Suite 3200
Houston TX 77002-4995
United States

**Subtotal:** $270.00

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2012
Dallas, TX 75373-4298

**Tax Total:** $0.00

**Total:** $270.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001501775947

**Payments and Credits:** $0.00

| | | |
|---|---|---|
| **TAX ID 46-4363191** | **Amount Due** | $270.00 |
| Payment not contingent upon client reimbursement. | **After 5/24/2026 Pay** | $274.05 |

**Questions/Inquiries:**
**Email:** Premieraccounting@lexitaslegal.com

# Invoice

**Invoice No:** 1001501775947

**Invoice Date:** 4/24/2026
**Payment Terms:** Net 30

**Phone Number:** 888-267-1200

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (888) 267-1200.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2012** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.