**EXHIBIT 3**

Windows Central

# A patent troll tried to take on Valve. It went... badly

Jennifer Young
February 18, 2026 • 5 min read

AAPL +1.27%

Trade Apple on Coinbase Trading disclosure

*When you buy through links on our articles, Future and its syndication partners may earn a commission.*



Gabe Newell, co-founder, president, and majority owner of the video game company Valve Corporation. | Credit: Getty Images | Olly Curtis

When it comes to ever-developing tech, there are two ways to handle so-called patent trolls. You can do what most companies do, which is to write a hefty check for the annoying person challenging your ideas to go away, and get back to work. Or you can do what Valve just did, which is spend millions of dollars to systematically dismantle a man's entire career and leave him personally liable for damages in what reads as the legal equivalent of "f**k around and find out."



T ... itigator, and it serves as a reminder to
e ...


alphaspace by yahoo!finance
A platform that helps you make smart decisions faster.
Try for free




Credit: Windows Central

To understand how delicious this victory is, we have to go back to 2016. Back then, Valve did what everyone else does with this guy: they settled a dispute with Rothschild. They entered into a Global Settlement and License Agreement (GSLA).

Today I learned that a GSLA is basically a fancy way of saying that Valve gave Rothschild a big pile of "go away" money. In exchange, Rothschild gave Valve a "perpetual, irrevocable, royalty-free license" to his entire patent portfolio. It was a peace treaty of sorts. Valve effectively bought the right to never be sued by this man or his dozens of shell companies again.



F…ies started spamming Valve's legal
t…atents, and did Valve want to buy a
li…ything the man owned, ignored the
e…

S…



alphaspace
A platform that helps you make smart decisions faster.


## F…on Act




Credit: Windows Central

A Rothschild-owned shell company called Display Technologies sued Valve in September 2022, claiming the Steam Deck (and Steam in general) infringed on a patent for "displaying content." You can read more on the patent here and pretend you know what you are looking at...

Valve's lawyers likely had a good laugh before emailing Rothschild's team a copy of their own 2016 contract, which covered this and other patents. It should have ended there, but it didn't; the Rothschilds'



Te




alphaspace

A platform that helps you make smart decisions faster.

## Recommended Stories





alphaspace
A platform that helps you make smart decisions faster.

yahoo!finance

Copyright © 2026 Yahoo.
All rights reserved.

### Trending Topics

Dow Jones

S&P 500

DAX Index

Nvidia






alphaspace

A platform that helps you make smart decisions faster.

## About

Data Disclaimer

Help

Feedback

Sitemap

Licensing

What's New

About Our Ads

Premium Plans

Terms and Privacy Policy

Privacy Dashboard

