**EXHIBIT 7**






Hardware

# Valve wins lawsuit against Rothschild and associated entities, with a jury agreeing they violated an anti-patent troll protection act

News By Nick Evanson published February 18, 2026

The court also agreed that they had breached a global license agreement with Valve.




(Image credit: pabradyphoto via Getty Images)



Earlier this week, the district court of the Western District of Washington favoured Valve Corporation in its 2023 lawsuit against Leigh Rothschild and his associated companies, on all counts, including breach of contract and the violation of Washington's Patent Troll Prevention and Consumer Protection Acts.

Rothschild is an inventor with a huge array of patents to his name, granted and pended, covering an extremely broad range of fields. He also owns or leads a host of companies that manage the business side of patents. In this particular legal case, Valve alleged that Rothschild himself, Rothschild Broadcast Distribution Systems LLC, Display Technologies LLC, Patent Asset Management LLC,

ADVERTISEMENT




ADVERTISEMENT



Meyler Legal LLC, and Samuel Meyler were guilty of "bad-faith assertions of patent infringement", amongst other things.

The patent in question is US8856221B2, a 'system and method for storing broadcast content in a cloud-based computing environment'. Rothschild Broadcast Distribution Systems (RBDS) owns the rights to that patent, and in 2016, Valve obtained a "perpetual, irrevocable, royalty-free, fully paid-up, worldwide license" for it and others in Rothschild's portfolio.






Latest Videos From

It's official Steam decrees 'bullet heaven' the n…

It's official Steam decrees 'bullet heaven' the name of the Vampire Survivo…

HARDWARE BUYING GUIDES LATEST GAME REVIEWS



1 The best VPN for gaming in 2026: These privacy-protecting virtual networks keep your games lag-free

2 **Best gaming laptops 2026: We've reviewed the best gaming laptops of this generation and these are our favorites**

3 **Best graphics cards in 2026: These are the GPUs worth spending money in right now**

4 **Best gaming laptop 2026: I've tested the best laptops for gaming of this generation and here are the ones I recommend.**

5 **Best handheld gaming PC in 2026: my recommendations for the best portable powerhouses.**

**YOU MAY LIKE**

Valve facing second, class-action lawsuit over loot boxes



Valve comes out swinging against New York lawsuit with rare public statement: 'The type of deal that would satisfy the NYAG would have been bad for users and other game developers'



Notorious UK rights group launches legal action against Valve for distributing music in games on Steam without a license



However, in 2022, Display Technologies (DT) sued Valve for infringement of one patent covered in that agreement, and then in 2023, Valve received another claim from Rothschild's lawyers, this time concerning US8856221B2. Obviously, Valve's legal team decided enough was enough and filed a lawsuit in return.

What makes this particular case of note is that Valve didn't just go after one company, but several of Rothschild's companies, plus the inventor himself, as well as his lawyer. After several years of slow progress, the lawsuit has now concluded with the jury giving the nod to Valve over every dispute and claim.

For example, the court deemed that Rothschild and TD had breached the 2016 license agreement in 2022, and that Rothschild and RBDS did not have "a just excuse for their absolute repudiation of their obligations" of that agreement, in the 2023 letter to Valve.

Perhaps most importantly of all, though, is that the court declared that Leigh Rothschild and his associated entities listed in the lawsuit had all violated the Washington Patent Troll Prevention and Consumer Protection Acts.


## The biggest gaming news, reviews and hardware deals

Keep up to date with the most important stories and the best deals, as picked by the PC Gamer team.

Your Email Address

SIGN ME UP

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.


By claiming that Rothschild's entities are effectively his "alter egos" in its lawsuit, Valve is arguably using a tactic to make Rothschild himself personally liable, rather than any associated company that he founded, owns, or leads. This move could be key for other businesses hoping to combat the problem of 'patent trolls'.

Without going into a lengthy discussion about that particular topic, patent trolls are considered to be individuals or companies that own the rights to patents, but never use them for any product or service. Instead, they make money through litigation, suing other companies with claims of patent infringement, sometimes through the use of 'shell' companies rather than themselves.

Valve's success against Leigh Rothschild could well result in a host of other cases being filed in Washington because of that state's Patent Troll Prevention Act. Whatever does happen, though, you can be sure that many tech companies will be just as pleased as Valve is by the result of this lawsuit.




**Best PC gaming kit 2026**
All our favorite gear

1. **Best gaming chair:** **Secretlab Titan Evo**
2. **Best gaming desk:** **Secretlab Magnus Pro XL**
3. **Best gaming headset:** **Razer BlackShark V3**
4. **Best gaming keyboard:** **Asus ROG Strix Scope II 96 Wireless**
5. **Best gaming mouse:** **Razer DeathAdder V4 Pro**
6. **Best PC controller:** **GameSir G7 Pro**
7. **Best steering wheel:** **Logitech G Pro Racing Wheel**