**EXHIBIT 10**

# AIPLA 2025

## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

# Report of the Economic Survey

# 2025

## Prepared Under the Direction of the American Intellectual Property Law Association's Law Practice Management Committee:

## Chair: Sarah Knight, Talem IP Law

## Vice Chair: John Gorecki, Anderson Gorecki LLP

## Prepared by

untold RESEARCH

**810 S. Arlington Mill Dr. Suite 203**
**Arlington, VA 22204**
**941.928.6960**
**www.untoldresearch.com**

**Private Practitioners: Hourly Billing Rate**

In 2024, the average hourly billable rate was $525 – jumping 25% from 2022. Hourly rates are roughly the same for those working at law firms with 1-29 IP attorneys, firms with 30+ IP attorneys charge higher hourly rates. Furthermore, hourly rates increase with experience.

Three in five (61%) attorneys raised their hourly rates from 2023 to 2024, more than one-third (37%) kept them the same.









## FIRMOGRAPHICS

Two-thirds (66%) of firm representatives responding to the survey are a managing partner, shareholder, or partner at the law firm; only one in five (19%) are solo practitioners. Despite more than three-quarters (78%) only having one office location staffed by two or more firm partners, two in five firms have 1-5 (41%) IP lawyers or patent agents.

Firms represented in the survey are nearly equally distributed across the United States, with higher concentrations in the New York City metro (11 firms) and Minneapolis-St. Paul metro (7 firms) markets. For those with multiple office locations with two or more partners, firms are most often in the Washington D.C. metro area (6 firms).







.






## 2024 Firm Billings

In 2024, the average surveyed law firm billed nearly $8 million ($7,750,700) in legal services, 90% ($6,950,000) of which was for IP-related work and nearly all of this time was billed to clients (88%). The average ratio of firm's collections to firm's billings stands at 92% for 2024. However, the gap between billable IP hours and those billed to clients widens the more IP lawyers and patent agents there are at a firm as does the ratio of collections to billings.

Regardless of the number of IP lawyers or patent agents at a firm, billed time most often went to time spent on patent applications and prosecution (57%), followed distantly by trademark registration and prosecution (20%) and litigation which did not include post-grant actions at the USPTO (17%).

| FIRM'S TOTAL 2024 BILLINGS FOR PROFESSIONAL LEGAL SERVICES (n=28, QF44) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total | Number of IP Lawyers and Patent Agents at Firm | | | | | |
| | | Solo practitioner | 1-5 | 6-10 | 11-29 | 30-99 | 100+ |
| Maximum | $81,100,000 | $450,000 | $2,128,000 | $5,250,000 | $12,323,000 | $81,106,000 | -- |
| Average | **$7,700,000** | **$214,600** | **$1,176,300** | **$3,732,600** | **$7,400,000** | **$67,500,000** | -- |
| Minimum | $20,700 | $20,700 | $438,000 | $2,700,000 | $3,900,000 | $54,000,000 | -- |



**Average hourly billing rate in 2024 (Q41) -- Private Firm, Equity Partner**

| | | Average hourly billing rate in 2024 (Rounded to the nearest ten) | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $580 | $420 | $510 | $650 | 186 |
| Years of IP Law Attorney Experience | Less than 15 | $460 | $360 | $440 | $540 | 20 |
| | 15-24 | $570 | $440 | $500 | $600 | 57 |
| | 25-34 | $620 | 5430 | $530 | $680 | 87 |
| | 35 or More | $580 | $440 | $600 | $700 | 21 |
| Location | New York City Metro | $690 | $450 | $580 | $830 | 14 |
| | Minneapolis / St. Paul Metro | $520 | $330 | $390 | $700 | 10 |
| | Texas | $620 | $470 | $540 | $730 | 8 |
| | California | $620 | $500 | $560 | $700 | 15 |
| | Washington D.C. Metro | $740 | $430 | $520 | $980 | 24 |
| | Boston Metro | $550 | $430 | $470 | $690 | 7 |
| | Chicago Metro | $670 | $430 | $640 | $830 | 14 |
| | Other South | $540 | $450 | $500 | $600 | 13 |
| | Other West | $510 | $410 | $500 | $580 | 25 |
| | Other Central | $490 | $400 | $450 | $600 | 38 |
| | Other East | $660 | $530 | $600 | $680 | 7 |
| Academic Background - IP Technical Specialization | Biology / Biotechnology | $600 | $430 | $470 | $560 | 24 |
| | Chemical Engineering | $640 | $410 | $540 | $810 | 16 |
| | Chemistry | $550 | $400 | $500 | $600 | 18 |
| | Civil / Environmental Engineering | $470 | $350 | $470 | $600 | 6 |
| | Computer Engineering | $710 | $450 | $730 | $960 | 4 |
| | Computer Science / Software Engineering | $680 | $500 | $560 | $860 | 14 |
| | Electrical Engineering | $540 | $430 | $530 | $650 | 39 |
| | Mechanical / Aerospace Engineering | $530 | $400 | $480 | $620 | 40 |
| | Physics | $530 | $430 | $460 | $710 | 6 |
| | Social Sciences (e.g., economics, sociology, and psychology) | $800 | $530 | $630 | $1,170 | 5 |
| | Publishing & Entertainment | $580 | $470 | $600 | - | 3 |
| | Other | $860 | $490 | $650 | $1,350 | 5 |

**Average hourly billing rate in 2024 (Q41) -- Private Firm, Equity Partner (cont.)**

| | | Average hourly billing rate in 2024 (Rounded to the nearest ten) | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $480 | $420 | $510 | $650 | 186 |
| Age | 39 and younger | $530 | $380 | $480 | $680 | 6 |
| | 40-49 | $540 | $400 | $500 | $600 | 31 |
| | 50-59 | $600 | $430 | $500 | $640 | 87 |
| | 60-69 | $600 | $430 | $600 | $690 | 55 |
| | 70 or older | $560 | $420 | $450 | $750 | 7 |
| Gender | Male | $590 | $430 | $510 | $650 | 153 |
| | Female | $560 | $400 | $500 | $680 | 30 |
| Highest Non-Law Degree | Bachelor's Degree | $600 | $430 | $530 | $650 | 128 |
| | Master's Degree | $560 | $400 | $480 | $640 | 43 |
| | Doctorate Degree | $550 | $410 | $450 | $570 | 14 |
| Ethnicity | White/Caucasian | $570 | $430 | $520 | $650 | 138 |
| | Black/African American | $720 | $420 | $550 | $1,200 | 4 |
| | Hispanic/Latino | $580 | $400 | $480 | $810 | 5 |
| | Asian/Pacific Islander | $570 | $370 | $430 | $890 | 13 |
| | Other | $530 | $480 | $510 | $550 | 8 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | $480 | $390 | $500 | $580 | 29 |
| | 3-5 | $530 | $400 | $490 | $660 | 24 |
| | 6-10 | $500 | $420 | $490 | $560 | 38 |
| | 11-25 | $520 | $400 | $450 | $600 | 37 |
| | 26-50 | $690 | $480 | $580 | $760 | 17 |
| | 51-100 | $680 | $490 | $600 | $780 | 27 |
| | 101-150 | $1,060 | $450 | $980 | $1,740 | 4 |
| | More than 150 | $1,180 | $910 | $1,100 | $1,510 | 6 |

**Average hourly billing rate in 2024 (Q41) -- Private Firm, Partner-Track Attorney**

| | | Average hourly billing rate in 2024 (Rounded to the nearest ten) | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $470 | $330 | $410 | $540 | 36 |
| Years of IP Law Attorney Experience | Less than 15 | $480 | $300 | $400 | $590 | 26 |
| | 15-24 | $410 | $350 | $410 | $440 | 8 |
| | 25 or more | - | - | - | - | - |
| Location | Texas | $550 | $300 | $450 | - | 3 |
| | Washington D. C. Metro | $500 | $430 | $490 | $570 | 4 |
| | Boston Metro | $630 | $400 | $540 | $930 | 4 |
| | Chicago Metro | $420 | $350 | $370 | $530 | 4 |
| | Other South | $610 | $390 | $460 | $970 | 4 |
| | Other West | $510 | $360 | $410 | $710 | 5 |
| | Other Central | $250 | $200 | $250 | $310 | 4 |
| Academic Background - IP Technical Specialization | Biology / Biotechnology | $370 | $260 | $380 | $460 | 8 |
| | Chemistry | $410 | $280 | $430 | $540 | 5 |
| | Computer Engineering | $450 | $190 | $350 | - | 3 |
| | Computer Science / Software Engineering | $420 | $330 | $350 | $580 | 4 |
| | Electrical Engineering | $600 | $390 | $480 | $860 | 5 |
| | Physics | $410 | $380 | $400 | - | 3 |
| | Social Sciences (e.g., economics, sociology, and psychology) | $630 | $300 | $550 | - | 3 |
| Age | 39 or younger | $450 | $280 | $380 | $580 | 19 |
| | 40-49 | $490 | $350 | $400 | $570 | 6 |
| | 50-59 | $500 | $400 | $450 | $550 | 7 |
| | 60-69 | $420 | $330 | $350 | - | 3 |
| | 70 or older | - | - | - | - | 1 |
| Gender | Male | $520 | $360 | $450 | $610 | 25 |
| | Female | $370 | $290 | $380 | $410 | 10 |
| Highest Non-Law Degree | Bachelor's Degree | $470 | $330 | $420 | $580 | 23 |
| | Master's Degree | $390 | $300 | $350 | $500 | 7 |
| | Doctorate Degree | $530 | $390 | $410 | $620 | 6 |
| Ethnicity | White/Caucasian | $490 | $360 | $430 | $580 | 23 |
| | Hispanic/Latino | $600 | $300 | $370 | - | 3 |
| | Asian/Pacific Islander | $380 | $250 | $420 | - | 3 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 5 or less | - | - | - | - | - |
| | 6-10 | $410 | $370 | $400 | - | 3 |
| | 11-25 | $320 | $250 | $330 | $390 | 9 |
| | 26-50 | $490 | $300 | $410 | $610 | 10 |
| | 51-100 | $570 | $380 | $580 | $760 | 5 |
| | 101-150 | - | - | - | - | 2 |
| | More than 150 | $600 | $420 | $490 | $890 | 4 |

**Billable hours recorded in 2024 for the first 10 years of experience (Q41) -- Private Firm, Partner-Track Attorney**

| | | Average hourly billing rate in 2024 | | | | |
|---|---|---|---|---|---|---|
| | | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | Count |
| All Individuals | | $470 | $330 | $410 | $540 | 36 |
| Years of IP Law Attorney Experience | 3 or less | - | - | - | - | - |
| | 4 | $290 | $210 | $290 | $370 | 4 |
| | 5 | $530 | $350 | $380 | $790 | 5 |
| | 6 | - | - | - | - | 2 |
| | 7 | - | - | - | - | 1 |
| | 8 | - | - | - | - | - |
| | 9 | $540 | $430 | $550 | $650 | 4 |
| | 10 | - | - | - | - | - |