**EXHIBIT 11**

THE AMERICAN LAWYER



Credit: ThongSam/Adobe Stock

NEWS

# Big Law Partner, Associate Billing Rates Continue to Climb: Report

Partner rates at some of the largest law firms just seem to keep going up and up, according to the latest LexisNexis CounselLink Trends Report, but author Kristina Satkunas finds the jump in associate rates to be even more surprising.

April 22, 2025 at 02:36 PM

5 minute read

Law Firm Profitability



**By Jon Campisi**
Business of Law Reporter

---

## What You Need to Know

- The average rate increase in 2024 marks the second highest since the Trends Report first began in 2013.
- LexisNexis CounselLink looked at legal invoices to determine the rate of change for both partner and associate billing at some of the country's largest law firms.
- The report's author said while not entirely unsurprising, there still appears to be some sticker shock when it comes to what attorneys are charging for client matters.

Law firm partner billing rates in 2024 rose by an average of 5.1%, and the largest law firms with more than 750 attorneys were responsible for the bulk of the increased rates, according to the 2025 Trends Report released Tuesday by LexisNexis CounselLink.

CounselLink says the average rate increase last year marks the second highest since the Trends Report first began in 2013, and that last year's average rate increase, while still noteworthy, is still slightly below the 5.4% average rate hike recorded in 2023.

"I hate to say the trend continues, and it's kind of more of the same, because that makes it kind of boring, but it's not boring, right? These are big, big rate increases that are hitting corporations when they're under a lot of pressure," Kristina Satkunas, director of strategic consulting at LexisNexis CounselLink and the author of the report, said Tuesday.

The report shows that in 2024, as in the year before, the median partners at the largest law firms billed at a rate that was 61% higher than the median partner in the next tier of firms, which illustrates the wide rate gap between Am Law 100 firms and those outside of that ranking.

"Large Law continues domination in its share of wallet, particularly in two perceived high-value practice areas that marked exponential increases in median blended average matter rates," the report states.

Those two practice areas were mergers and acquisitions, at an average increase of 12.4%, and regulatory and compliance, at a rate increase of 8.3%.

The CounselLink report uses a benchmarking database of more than $67 billion in legal spending across more than 510,000 timekeepers and more than 1.8 million legal matters. The report contains insight into law firm partner fees, hourly rates by practice area, firm size and location, and a look at hourly rates in 18 different countries.

The data in the report comes from actual invoices paid to outside counsel by corporate legal, making the numbers more reliable than those found in other reports, the authors say.

The report goes on to show that some large law firm partners charged more than $2,300 per hour, while some experienced associates approached $2,000 per hour last year.

The report took care to note that in addition to changes within the partner tier, associate rates in 2024 also shot up at an even higher rate than partner rates. The average partner rate increase last year at the

Case 24-40009-PGH Doc 75-6 Filed 05/02/25 Page 5 of 6

largest Big Law firms was 7.5%, while the average associate rate increase was 10.8%.

"Associate and of counsel rates have been increasing, on average at a higher rate than partner rates for the last several years," the report states.

Satkunas said she was unable to determine the associate workload, and corresponding billable hours, that might now be undertaken by artificial intelligence, because invoices do not seem to contain that type of task breakdown.

"I think we'll need to look for other ways to interpret that," she said of AI's impact on billing.

Another highlight of the report touches on labor and employment, noting that the adoption of alternative fee arrangements within that practice area is growing, with 28.5% of labor matters being billed through an alternative fee arrangement, higher than both 2023 and 2022.

The report also states that 2024 marked the first year where median partner rates in the largest tier of firms exceeded $1,000 per hour.

To observers, the report's findings should not come as a surprise.

"The data confirms that larger firms in this analysis with greater benefits of scale tend to command higher rates," said Kent Zimmermann, a consultant with Zeughauser Group. "This advantages those firms because it makes them more profitable, all things equal, creating more flexibility on compensation starting at the top."

The report's findings also show that practice mix continues to be a significant rate driver, Zimmermann said, which tends to drive law firm profitability and flexibility on compensation.

"Firms that achieve a greater proportion of their practice mix in less rate constrained practices as a percentage of the whole develop a competitive advantage relative to peers," he said. "This is consistent with choices many firms make in strategic planning to prioritize the growth of

less rate-constrained practices and geographies that extend existing strengths, particularly in areas where the firm can be a dominant market leader."

Satkunas said while she tends to focus on partner rates for the trend reports, it was an eye-opener to see how much associate rates have also increased last year.

"When I do step back and look at it—holy cow, associates are charging $2,000 an hour," she said. "I've been in the industry long enough that I remember when it was headline news that a lawyer, and it would have been a partner, was charging $1,000 an hour."

Satkunas called it "remarkable" how rapidly rates have increased in the legal profession, but it's also not entirely unsurprising.

"To me, it's becoming expected," she said.

Satkunas said she expects to start digging into 2025 data within the next few months to see if the increased rate trend continues into this year, and possibly for the foreseeable future.

---

**NOT FOR REPRINT**

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

## You Might Like