# EXHIBIT 15

**Legal Concierge, Inc.**

3975 McCreary Road
Parker, TX 75002

# INVOICE

Invoice Number: INV-14557
Invoice Date: 8/17/2026

Voice: 214-306-2246
Fax: 214-257-8047

Bill To:
Kilpatrick Townsend & Stockton LLP
Dario Machleidt
1420 Fifth Avenue
Suite 3700
Seattle WA, 98101

Customer ID:CUST-0463

....

| Customer PO | Payment Terms | Due Date |
|---|---|---|
| Miami, FL | Net 30 | 9/16/2026 |

| Description | Amount |
|---|---|
| Client Matter: 118750/1554936 Leigh M. Rothschild and Analytical Technologies, LLC, v. Starbucks Corp. and Rachael Lamkin - Miami, FL | |
| LCI Fees - please see attached details July 2026 | 80,274.00 |
| LCI Out of Pocket Expenses - please see attached | 30,368.56 |
| Hotel Expenses - please see attached details | 43,909.60 |
| LCI Equipment Rental - please see attached details | 7,070.00 |

***We focus on the details* so *you can focus on the case***
***Thank you for your business.***

| | |
|---|---|
| Subtotal: | 161,622.16 |
| Tax: | 0.00 |
| Total Due: | 161,622.16 |