**EXHIBIT 18**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-CV-24669-DPG

LEIGH M. ROTHSCHILD, et al., Miami, Florida

Plaintiffs, July 22, 2026

vs. 9:34 a.m. to 9:44 a.m.

STARBUCKS CORPORATION, et al.,

Defendant. Pages 1 to 10

---

STATUS CONFERENCE
BEFORE THE HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF: STEPHEN LOBBIN, ESQ.
SML AVVOCATI, P.C.
888 Prospect Street
Suite 200
San Diego, California 92037

FOR THE DEFENDANT: DARIO A. MACHLEIDT, ESQ.
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
Seattle, Washington 98101
-and-
BRENTON H. COOPER, ESQ.
BAKER BOTS LLP
700 K Street, N.W.
Washington, DC 20001
-and-
PAUL R. ELLIOTT, ESQ.
BAKER BOTS LLP
910 Louisiana
Houston, Texas 77002

ALSO PRESENT: RACHEL LAMKIN, ESQ.

STENOGRAPHICALLY REPORTED BY:

PATRICIA DIAZ, FCRR, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue
11th Floor
Miami, Florida 33128
(305) 523-5178

(Call to the Order of the Court.)

THE COURT: All right. We can call the next case.

COURTROOM DEPUTY: Yes, Judge, calling case 24-CV-24669, Rothschild, et al., versus Starbucks Corporation, et al.

Counsel, please state your appearances, starting with the plaintiffs.

MR. LOBBIN: Good morning, Your Honor. Stephen Lobbin here on behalf of the plaintiffs.

THE COURT: Okay.

MR. MACHLEIDT: Good morning, Your Honor. This is Dario Machleidt on behalf of the defendant Ms. Lamkin.

With me, not in the same room but also on the line is Ms. Lamkin, herself, and then also Brent Cooper and Paul Elliot are all here for Ms. Lamkin as well.

THE COURT: Okay. Good morning. We are on today for calendar call.

I know the parties have filed a motion for a brief continuance of the trial date.

I didn't want to just -- well, I know that motion is opposed, so I wanted to hear the defense on that, but I think I think it's moot anyway because, as you just heard, I have another trial, a bench trial scheduled to begin on August 3rd and I am out of the district for a conference next week.

I know also that there are still some pending motions

for which we are waiting for an R and R from Judge Shaw-Wilder.

I do not have a time estimate on that, so my suggestion is, as opposed to setting a new trial date right now, that I perhaps set this for status in, another telephone status conference in 30 or 60 days to see where we are. Alternatively, I can tell you now, I am completely booked for trial through September. I have -- depending on how long the parties think this case will take for trial, the week of October 26th I do have available for trial, as well as the week of November 9th and the week of November 16th.

So, why don't I start with plaintiffs' counsel as far as how you think we should proceed for now and then I will hear from defense counsel.

MR. LOBBIN: Sure, thank you, Judge. Stephen Lobbin again for plaintiffs.

We appreciate -- plaintiffs appreciate your accommodation, and I know you've got other matters so as you said, it was moot anyway but we appreciate that. I think that 30 to 60 days for a status call would be fine, maybe 60 to allow Judge Shaw-Wilder to complete her analysis. And then, as you know, the procedure allows for, you know, objections and then Your Honor gives his final ruling. You know, we have been through that on one of the motions and there are several more pending, so I would suggest that that is all in 60 days.

I appreciate your dates that you have given just now

for open weeks. I think one or more of those counsel can confer and maybe suggest one of those weeks if they are still open depending on availability of all the parties and counsel and witnesses. So that -- that's, I guess, our position.

And, you know, Judge Shaw-Wilder had been available recently to have a status call herself with the parties, so we might reach out to her just to keep apprised of what's, what to expect on the timing there.

I know she was accommodating to try to get on top of that as there are three or four motions that she has before her and that would help decide -- those determinations on those motions would dictate a little bit how long the parties would need for trial.

We anticipate -- as plaintiffs, we don't anticipate needing at the total maximum three or four days for trial, maybe two depending on those rulings.

THE COURT: Okay. Thank you. I think you anticipated one of my questions, how long are you anticipating for trial. I mean, I'm mindful there are still some rulings that need to be entered.

From the defense, let me hear from you as far as the status of the case and how you think we should best proceed?

MR. MACHLEIDT: Yes, Your Honor. This is Dario Machleidt on behalf of Ms. Lamkin.

You mentioned you had a bench trial and we were here

and we learned about the bench trial starting on August 3rd. Our schedule said that our trial date for this case is July 27th and our team, Ms. Lamkin's team is in Miami. We have moved to Miami. We are in the hotel and we've been preparing for trial to begin on Monday. So we figured perhaps some of the rulings, because we don't have them yet, would be just rendered moot and we would be going to trial starting on Monday.

I do not have, at the tip of my fingers, schedules into the future. I have some rough ideas. I do know Ms. Lamkin is set for trial as lead counsel in an ITC matter, which is pretty much going to take up a good chunk of the rest of the year.

This may be sort of crying into the void, but we are ready and we are getting ready for trial starting next week. It sounds like if that's off we will change some travel plans, but that's what we have been preparing for and that's where we sit.

THE COURT: All right. We will not be in trial next week for the reasons that I have already discussed. So, I think the best course of action is just for me to reset this for a status conference in 60 days, and the parties may appear by telephone. And once the dust has settles on those pending motions, we set a date and I will give you a special set trial date once that happens so the parties are sure and no one is traveling unnecessarily.

So, let me just take a look at the calendar.

How about -- no, never mind. How about Wednesday, September 23rd at 10:00 a.m.?

MR. LOBBIN: That's fine for plaintiffs, Your Honor.

MR. MACHLEIDT: That's fine for Ms. Lamkin's team as well.

THE COURT: All right. So, we will -- I'm sorry, I see that I have a sentencing at 10 o'clock on that day. We will do it at 9:30 a.m. on Wednesday, September 23rd for status.

MR. LOBBIN: That's fine for plaintiffs.

THE COURT: All right. Anything else we need to take up today from either side?

MR. LOBBIN: Not for plaintiffs.

MR. MACHLEIDT: Not from the defendants, Your Honor.

THE COURT: All right. Then we will be in recess for now.

Thank you.

(Proceedings were concluded at 9:44 a.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

July 27, 2026 /s/Patricia Diaz
DATE

PATRICIA DIAZ, FCRR, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue, 11th Floor
Miami, Florida 33128
(305) 523-5178