UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-24669-DPG

LEIGH M. ROTHSCHILD and
ANALYTIC TECHNOLOGIES, LLC,

Plaintiffs,

**JURY TRIAL DEMANDED**

v.

STARBUCKS CORP. and
RACHAEL LAMKIN,

Defendants.

---

**DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT**
**OF MS. LAMKIN'S MOTION FOR ATTORNEYS' FEES AND COSTS**

I, Dario A. Machleidt, hereby declare as follows:

1. I am a Partner at Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend"). I am one of the lawyers representing Defendant Rachael Lamkin ("Ms. Lamkin"). I am admitted to practice before this Court and have personal knowledge of the matters set forth in this declaration. If called as a witness, I could and would testify competently as to the following facts.

2. I make this declaration in support of the attorneys' fees and costs that Ms. Lamkin is requesting in connection with her concurrently filed fee submission relating to the Court's Order adopting the Magistrate Judge's Omnibus Report and Recommendation [ECF No. 194] and finding Ms. Lamkin "is entitled to Attorneys' fees under Florida Anti-SLAPP Statute." [ECF No. 200 at 2]; § 768.295 Fla. Stat.

## I. Ms. Lamkin's Legal Team at Kilpatrick Townsend

### A. The Lead Trial Team

#### 1. Dario A. Machleidt

3. I graduated *cum laude* from the University of Washington in 2006 with a Bachelor of Science in Physics. I graduated from the University of Washington School of Law in 2009 with a Juris Doctor. In law school, I was an Editor of the *Pacific Rim Law & Policy Journal* and also a member of the Moot Court Honor Board. I have over 16 years of experience litigating intellectual property cases. I am lead trial counsel for Ms. Lamkin.

4. I have served as lead trial counsel in both U.S. federal district courts and the International Trade Commission and have been a member of several successful trial teams. Earlier in my career, I served as Special Deputy Prosecutor in the King County (Seattle) Prosecuting Attorney's Office. During that time, I was co-trial counsel in five felony jury trials.

5. In February 2026, I first-chaired a successful jury trial on behalf of Valve Corporation. *See Valve Corp. v. Leigh Rothschild et al.*, No. 2:23-cv-1016-JNW (W.D. Wash.). The lead defendant in the *Valve* action—Leigh Rothschild—is the same lead plaintiff in this defamation case.

6. The jury in the Valve trial found Mr. Rothschild, his management company, one of his shell companies, and his counsel liable for violating Washington State's Patent Troll Prevention Act by making assertions of patent infringement in bad faith. Despite more than 30 states having "anti-troll" laws in place for over a decade, the *Valve* lawsuit was the first time a case brought under such a law went to trial. The case and its impact on the intellectual property community has been widely covered in the media. *See* Exs. 3–8.[1]

---

[1] Unless stated otherwise, the Exhibits referenced herein are true and correct copies.

7. During the *Valve* lawsuit, I deposed Mr. Rothschild and, at trial, cross-examined him twice. I also took the deposition of the Patent Asset Management (the management company where Mr. Rothschild is the Chief Executive Officer) Chief Operating Officer, Daniel Falcucci, and, at trial, cross-examined him. I also delivered the opening statement and closing argument. Both Mr. Rothschild and Mr. Falcucci were deposed in this defamation action and were expected to testify at trial.

8. The *Valve* trial team included several members of Ms. Lamkin's trial team from Kilpatrick Townsend: Ms. Geyer, Ms. Gray, and me.

9. In June 2024, I first-chaired a successful jury trial on behalf of Kaotica Corporation. In that case, Stephen Lobbin represented the plaintiff, Iconic Mars Corporation. Mr. Lobbin is the same lawyer who represents Plaintiffs in this defamation action against Ms. Lamkin.

10. After post-trial briefing following Kaotica's victory at trial, the court granted Kaotica's motion for sanctions against Mr. Lobbin. *See Iconic Mars Corp. v. Kaotica Corp.*, No. 22-CV-0092-CAB-DEB, 2025 WL 405701, at *8 (S.D. Cal. Feb. 5, 2025), *amended*, No. 22-CV-00092-CAB-DEB, 2025 WL 1532886 (S.D. Cal. May 29, 2025), *motion for relief from judgment denied*, No. 22-CV-0092-CAB-DEB, 2025 WL 4750101 (S.D. Cal. Sept. 16, 2025) ("[Kilpatrick client] Kaotica's motion, [Doc. No. 119], presents a compelling summary of the history of this litigation and the unreasonable and vexatious conduct of Mr. Lobbin as lead counsel for Iconic to justify a sanctions award. At the hearing on these motions, the Court enumerated many of the positions and actions taken by counsel that support its finding of bad faith."); *id.* at *9 ("The Court finds it appropriate to sanction Mr. Lobbin pursuant to its inherent authority and under 28 U.S.C. § 1927 for his bad faith tactics and conduct in the litigation of this

case to (1) compensate Kaotica for the unnecessary expenses it incurred and (2) as a deterrent to his future conduct. Kaotica's motion for sanctions against Mr. Lobbin is GRANTED and he will be personally responsible, jointly and severally with Iconic, for the fees and costs awarded to Kaotica."); *Iconic Mars Corp. v. Kaotica Corp.*, No. 22-CV-0092-CAB-DEB, 2025 WL 2440887, at *8 (S.D. Cal. Aug. 25, 2025) ("Counsel's [Stephen Lobbin's] conduct throughout this litigation has exhibited reckless disregard of his duties of candor and professionalism to the Court . . . . This conscious disregard for facts and law demonstrated by Mr. Lobbin in this case is unfortunately not an aberrant occurrence. Mr. Lobbin has previously been sanctioned by courts in this and other judicial districts.").

11. The *Kaotica* trial team included several members of Ms. Lamkin's trial team from Kilpatrick Townsend: Ms. Geyer, Ms. Adams, Ms. Gray, and me.

12. Federal judges have complimented my courtroom presence. For instance, during a hearing, Judge Jon S. Tigar of the U.S. District Court for the Northern District of California told me (in the middle of the hearing and on the record) (Ex. 9 at 25:20–26:16):

a. "I hear a lot of arguments in my job, because it's part of the job. You're very good on your feet."

b. "I want to be able to enjoy good lawyering in whatever environment it occurs. And I rarely comment on someone's argument skills. But yours are very good."

13. I have received various accolades over the years:

a. *The Best Lawyers in America*® named me its 2027 "Lawyer of the Year – Patent Litigation" in Washington. Only one lawyer in each practice area and geographic community receives that distinction. I have been recognized in Best Lawyers for

my work in Intellectual Property and Patent Litigation since 2024 and was named to its "Ones to Watch" list for Intellectual Property Litigation in 2022.

b. *Managing Intellectual Property* named me its 2025 "Litigator of the Year" for Washington and recognized me as an "IP Star" in 2024, 2025, and 2026.

c. *Chambers USA: America's Leading Lawyers for Business* has recognized me in the Intellectual Property category in its 2022 through 2026 editions.

d. *IAM Patent 1000–The World's Leading Patent Practitioners* recognized me as a leading practitioner in 2024, 2025, and 2026.

e. *World IP Review* named me a "Patent Leader" in 2025.

f. *Super Lawyers* recognized me as a Washington "Super Lawyer" in 2024, 2025, and 2026, and as a "Rising Star" from 2012 through 2023.

14. I am active in the Washington legal community, having previously served as President of the Seattle Intellectual Property American Inn of Court and President of the Washington State Bar Association's IP Section, following numerous years of leadership in those organizations.

15. According to the American Intellectual Property Law Association's ("AIPLA") 2025 Report of the Economic Survey ("2025 American Intellectual Property Law Association"), the average hourly rate for an intellectual property partner in a firm with more than 150 intellectual property lawyers and agents (i.e., like Kilpatrick Townsend) was $1,180 with the Third Quartile 75% being $1,510. Ex. 10 at I-36.

16. According to the 2025 American Intellectual Property Law Association, the average hourly billing rate increased 25% from 2022. Ex. 10 at 16.

17. *The American Lawyer* published an article summarizing recent trends in lawyer billing rates, Ex. 11, with the data coming from LexisNexis CounselLink's 2025 Trends Report, Ex. 12. These sources explain that "2024 marked the first year where median partner rates in the largest tier of firms exceeded $1,000 per hour." Ex. 11 at 4; *see also* Ex. 12 at 3. Thomson Reuters Institute published a report, "Law firm rates in 2026" (Ex. 13), discussing trends in law firm hourly rates, including noting that law firm rates were growing:

a. 7.6% for equity partners and non-equity partners;

b. 7.5% for associates;

c. 7.4% for litigation practices; and

d. 7.7% for the southeast region. *Id.* at 5.

2. <u>Kathleen Geyer</u>

18. Kathleen Geyer is a senior associate and second-chaired this case. She is a partner-track attorney.

19. Ms. Geyer graduated from Massachusetts Institute of Technology with a Bachelor of Science in Physics in 2012. She graduated from George Washington University Law School in 2019 with a Juris Doctor with high honors and Order of the Coif. She has six years of experience litigating intellectual property cases.

20. Ms. Geyer served as a judicial intern for the Honorable Kara Stoll in the U.S. Court of Appeals for the Federal Circuit, a law clerk in the Office of Unfair Import Investigations at the International Trade Commission, and was Articles Editor for the George Washington Law Review. She has excelled in oral advocacy even before she graduated law school, winning the 2018-2019 AIPLA Giles S. Rich IP Moot Court Competition. She co-presented the winning argument to Federal Circuit Judge Bryson, Judge Dyk, and then-

Commissioner of the U.S. Patent and Trademark Office, Andrei Iancu. She was also awarded the Rothwell, Figg, Ernst & Manbeck Award by George Washington Law School for her success in that competition.

21. Ms. Geyer is a trial lawyer who has co-chaired multiple successful intellectual property jury trials to verdict. Her practice focuses on intellectual property matters in federal district courts and the International Trade Commission, and she represents a broad range of clients, from individual inventors and family businesses to some of the largest companies in the world. She has had extensive experience beyond an average associate with similar years of practice. She has been co-lead counsel in two successful intellectual property jury trials; taken a role in over seven trials in U.S. federal district court and the International Trade Commission, including examining and cross-examining fact and expert witnesses in both venues; and has extensive experience in pre-trial matters, including arguing motions, claim construction, and taking and defending depositions.

22. Ms. Geyer second-chaired the *Valve* case (*supra* ¶¶ 5–8) and litigated that suit with me since we filed it in 2023. She deposed Christina Arias, who was also deposed in this action and was expected to testify at trial in this defamation suit. At the *Valve* trial, Ms. Geyer directly examined two of Valve's witnesses, its financial expert, and twice cross-examined named defendant Samuel Meyler (one of Mr. Rothschild's outside counsel). Ms. Geyer also second-chaired the case and trial against Plaintiffs' counsel, Mr. Lobbin (*supra* ¶¶ 9–11). She handled numerous arguments against Mr. Lobbin both pre- and post-trial.

23. Ms. Geyer was recognized as a Washington "Rising Star" in 2023, 2024, and 2025 for Intellectual Property Litigation by *Super Lawyers* magazine.

24. According to American Intellectual Property Law Association 2025, in 2024, the average hourly rate for an intellectual property partner-track attorney in a firm with more than 150 intellectual property lawyers and agents (i.e., like Kilpatrick Townsend) was $600 with the Third Quartile 75% being $890. Ex. 10 at I-54.

3. Kristin Adams

25. Kristin Adams is a senior associate at Kilpatrick Townsend. She is a partner-track attorney.

26. Ms. Adams graduated from the William & Mary School of Law in 2017. She graduated *magna cum laude* and Order of the Coif. Ms. Adams was the Editor-in-Chief of The William & Mary Business Law Review. Before law school, Ms. Adams attended Washington & Lee University, earning both a Bachelor of Science in Business Administration and a Bachelor of Arts in Philosophy, *cum laude*, in 2011. She has eight years of experience litigating intellectual property cases.

27. Ms. Adams focuses her practice primarily on trademark and trade dress litigation across federal jurisdictions. Some of her past work includes representing clients ranging from international apparel retailers to leading pharmaceutical companies. Ms. Adams routinely argues substantive motions with representative issues including preliminary injunctions, motions to dismiss, and summary judgment. She has also managed Trademark Trial and Appeal Board opposition and cancellation proceedings.

28. Ms. Adams was also a key member of the *Kaotica* case (*supra* ¶¶ 9–11). During post-trial work, Ms. Adams argued against, and even deposed, Mr. Lobbin as part of Kaotica's motion for sanctions and fees.

29. Ms. Adams was recognized in 2027 and the five years immediately preceding as one of the "Best Lawyers: Ones to Watch" for Intellectual Property Law by *The Best Lawyers in America®*.

4. Karina Glushchak

30. Karina Glushchak is an associate at Kilpatrick Townsend. She is a partner-track attorney.

31. Ms. Glushchak focuses her practice on intellectual property matters in federal district court, the Patent Trial and Appeal Board, and the International Trade Commission. She litigates matters in various technology areas including telecommunications, computer systems, and medical devices.

32. Ms. Glushchak graduated from Emory University School of Law in 2024, where she graduated with honors and made the *Dean's List*. She was also the Executive Managing Editor of the *Emory Law Journal* and received the Outstanding Editor award for her work on the journal. She was also part of the Technological Innovation: Generating Economic Results (TI:GER) program, working with a federal laboratory and presenting findings on the legal landscape for its product. As a research assistant, she focused on the impact of international intellectual property law on the biologic pharmaceutical industry.

33. Ms. Glushchak earned her undergraduate degree from Belmont University in neuroscience. She graduated *magna cum laude*, made the Dean's List, was a Psi Chi Undergraduate Research Grant Recipient, and received the Neuroscience Research Award. Ms. Glushchak's undergraduate work included a thesis on the effects of high-fat diet and sleep deprivation during adolescence on adult memory and behavior. Part of her research was published in a peer-reviewed scientific journal article. She also conducted research on mass

spectrometry results on exosome fractionation. She presented her findings for both research experiences at national conferences. Between college and law school, Ms. Glushchak worked in family law, where she gained litigation experience.

5. Rhondda Ashby & Faye Miller

34. Rhondda Ashby is a litigation paralegal who also worked on this matter. Ms. Ashby has been employed by Kilpatrick Townsend as a legal analyst and paralegal for almost 35 years and has assisted various trial teams with preparing document productions, cite-checking motions and compilation of supporting exhibits, pre-trial preparation including preparing trial exhibit lists and marking trial exhibits, and assistance at trial in state and federal district courts around the country. Ms. Ashby is an experienced trial paralegal and has assisted with multiple trials, including the *Valve* trial (*supra* ¶¶ 5–8). Ms. Ashby assisted with preparing pretrial filings, including Ms. Lamkin's exhibit list and deposition designations. Ms. Ashby also worked closely with Faye Miller in preparing the case for trial.

35. Faye Miller is a litigation paralegal who assisted on this matter, particularly at trial. Ms. Miller has been a legal analyst and litigation paralegal for over 13 years and has been involved in dozens of litigations, trials, and evidentiary hearings. Ms. Miller possesses extensive experience in trial preparation, exhibit management, document organization, witness coordination, and courtroom support. The time billed by Ms. Miller was devoted to preparing and organizing trial exhibits, exhibit lists, and deposition designations; maintaining and managing trial databases; assembling trial notebooks and electronic exhibit collections; preparing filing materials related to pretrial submissions; and assisting the trial team with the logistical and organizational tasks necessary to ensure efficient trial presentation.

6. Arneita Gray

36. Arneita (Nita) Gray is a Trial Technology Consultant with over 30 years of experience. She has regularly assisted attorneys and clients with trial technology support, graphics, patent drawings, and the creation of demonstratives. She is also an experienced "hot seat" expert, running the courtroom technology for hearings, arbitrations, and trials. Ms. Gray is an expert in several presentation and design tools, including Sanction II, Trial Director, West Case Notebook, and Adobe Creative Suite. Ms. Gray assisted the trial team with preparing opening statement demonstratives, deposition clips to play at trial, and other witness demonstratives in support of Ms. Lamkin's trial preparation.

37. Ms. Gray's educational background is in Business Administration (Loyola University), Desktop Publishing (Art Institute of Atlanta), and Digital Photography (Emory University).

**B. The Timekeepers Who Supported the Lead Trial Team**

38. The accompanying invoices (Ex. 14) reflect work of many other lawyers besides the above-mentioned team that contributed to Ms. Lamkin's victory and particularly to preparing this case for trial. Each of these lawyers provided invaluable assistance to the primary team, as reflected in their billing entries.

a. *Thomas Clyde*: Mr. Clyde is Co-Team Leader of the firm's Complex Commercial Litigation practice. He focuses his practice on complex commercial and appellate matters, with an emphasis on representing individuals and organizations accused of wrongdoing because of the content of their speech. Mr. Clyde represents print, television, internet, and communications companies in such matters, but also regularly represents non-media organizations in connection with speech-based disputes. He has experience in federal and state courts and advises clients regarding First Amendment rights. Mr. Clyde was recognized in *The Best Lawyers in America®*

for First Amendment Law and First Amendment Litigation in 2019 and the six years immediately preceding and again in 2027 and the seven years immediately preceding for Commercial Litigation, Communications Law, First Amendment Law, First Amendment Litigation, and Media Law. He was also named a 2017, 2019, 2024, and 2026 "Atlanta Lawyer of the Year" in the area of First Amendment Law, a 2022 "Atlanta Lawyer of the Year" in the area of First Amendment Litigation, a 2026 "Atlanta Lawyer of the Year" in the area of Communications Law, and a 2027 "Atlanta Lawyer of the Year" in the area of Media Law by *The Best Lawyers in America*®. Mr. Clyde was recognized as a Georgia "Super Lawyer" for First Amendment, Media and Advertising Law in 2012 and 2013, for Constitutional Law in 2014, and again for Media and Advertising Law in 2026, as well as in 2021 and the six years immediately preceding, by *Super Lawyers* magazine. Mr. Clyde advised the Lead Trial Team on case strategy related to Plaintiffs' defamation claim.

b. *Bryan J. Wolin*: Mr. Wolin is a partner at Kilpatrick Townsend with over 13 years of experience. He is an advertising law specialist with extensive experience in disputes and strategic counseling. He regularly represents clients in challenges before the National Advertising Division (NAD) and in federal courts nationwide. Beyond litigation, Mr. Wolin advises on compliance with FTC and NAD standards, including claim substantiation and industry-specific requirements, and performs risk analyses to help clients navigate potential disputes. His practice also includes representing clients in trademark litigation. Mr. Wolin was recognized in 2025 and 2026 as one of the "Best Lawyers: Ones to Watch" for Intellectual Property Litigation by *The Best Lawyers in America*®. He was recognized in 2026 and the six years immediately

preceding as a New York "Rising Star" in the area of Media and Advertising by Super Lawyers magazine. Mr. Wolin assisted the Lead Trial Team on nuanced issues of defamation law.

c. *Rachel B. Saimons*: Ms. Saimons is a Partner at Kilpatrick Townsend with over 13 years of experience in civil litigation, including Native American Affairs and Labor & Employment-related matters. Ms. Saimons has represented clients in all stages of litigation before state, federal, and tribal courts in a variety of matters, including personal injury, employment and contractual disputes, Racketeer Influenced and Corrupt Organizations Act (RICO), and disputes with municipalities and the federal government. Ms. Saimons has been recognized as a "Super Lawyer" in 2026 and a "Rising Star" in 2023 and the four years immediately preceding for Native American Law by *Super Lawyers* magazine. She was recognized in 2021 as one of the "Best Lawyers: Ones to Watch" for Labor and Employment Litigation and again in 2026 and the four years immediately preceding for Management Labor and Employment Law, Labor and Employment Litigation, and Native American Law by *The Best Lawyers in America*®. I asked Ms. Saimons to assist in trial preparation for several reasons. First, I wanted an experienced litigator to research specific defamation issues and identify areas requiring special care during trial. Ms. Saimons was the perfect fit (with an added benefit—passed on to Plaintiffs here—that her rate is on the lower side). Second, I wanted a non-IP litigator to weigh in on themes, theories, and overall trial strategy. Again, Ms. Saimons was the right choice, especially because she played a similar role in the above-mentioned *Valve* trial (*supra* ¶¶ 5–8) earlier this year.

d. *Christopher P. Damitio*: Mr. Damitio is an associate at Kilpatrick Townsend with over five years of experience. He has been involved in two jury trials and has extensive pre-trial experience in cases involving a variety of technologies, including arguing motions, briefing and arguing claim construction, and taking and defending depositions. Mr. Damitio has experience litigating against Mr. Rothschild, including extensive experience with Mr. Rothschild's patent-assertion/monetization business model gained through prior litigations. Mr. Damitio also has experience as lead counsel representing clients in hearings before administrative law judges in U.S. Immigration Court proceedings. Mr. Damitio graduated from the University of Washington with a Bachelor of Science in Microbiology in 2018. He graduated from the University of California Los Angeles School of Law in 2021 with a Juris Doctor. Mr. Damitio assisted the Lead Trial Team with research on discrete issues, including procedures regarding filing unilateral pretrial stipulations, evidentiary admissibility issues, opposing Plaintiffs' requests to extend deadlines, and assisted with analyzing Plaintiffs' document productions.

e. *Troy V. Viger*: Mr. Viger is an associate at Kilpatrick Townsend with over five years of experience. He focuses on trademark law and brings to it a technical expertise, which originates from his background in biomedical engineering and research experience with mathematics. Mr. Viger's practice includes representing various brands throughout many industries in litigation proceedings before U.S. district courts, appellate courts, and the Trademark Trial and Appeal Board. Mr. Viger assisted the Lead Trial Team with research on discrete issues, including damages for Ms. Lamkin's abuse of process counterclaim and third-party subpoenas.

f. *Marianthi Karas*: Ms. Karas is an associate at Kilpatrick Townsend with over three years of experience. Ms. Karas focuses her practice on patent litigation. She has experience through all phases of litigation, including fact discovery, expert discovery, pre-trial, and trial. Ms. Karas was part of the Kilpatrick trial team in the successful *Valve* action (*supra* ¶¶ 5–8), where she assumed key roles in assisting with witness preparation, evidentiary arguments, JMOL, and assisting with the opening statement and closing argument. While attending Emory University School of Law, she served as a Staff Member for the *Emory International Law Review*. Ms. Karas participated in the TI:GER® Program, a collaboration between Emory University School of Law and Georgia Institute of Technology that focuses on technology commercialization in a multidisciplinary context. Ms. Karas assisted the Lead Trial Team with research on discrete issues, including issues related to defamation, punitive damages under Florida law, evidentiary issues, procedural issues regarding timing of receiving a report and recommendation close to trial, and assisted with mock trial preparation.

g. *Caroline Wippman*: Ms. Wippman is an associate at Kilpatrick Townsend with over three years of experience. She focuses her practice on patent litigation. Prior to attending law school, Ms. Wippman worked at the New York City office of an international law firm. While attending Tulane University School of Law, Ms. Wippman worked with the firm as a summer associate in 2022 in its Patent Litigation practice. She served as a judicial extern for the Honorable Eldon E. Fallon in the U.S. District Court for the Eastern District of Louisiana. During law school, Ms. Wippman served as the Senior Articles Editor for the *Tulane Journal of Technology and*

*Intellectual Property, Vol. 25*. Ms. Wippman assisted the Lead Trial Team with research on discrete issues, including evidentiary issues and preparing trial briefs.

h. *Cynthia Baldwin*: Cynthia Baldwin has been the Cite-Checking Team Lead at Kilpatrick Townsend since 2018. She received her Juris Doctor from the University of North Carolina School of Law in Chapel Hill, NC, in 2008, and practiced property law in Wilmington, NC, from 2008 until 2013. She then practiced law at a small firm in Buffalo, WY, from 2013 until 2015. After returning to North Carolina, she became a contract attorney in 2016 for larger firms in Charlotte, Winston-Salem, and Raleigh, NC. She is licensed to practice law in North Carolina (2008) and Wyoming (2013). Ms. Baldwin assisted with cite-checking motions filed on behalf of Ms. Lamkin.

## II. The Kilpatrick Townsend Law Firm

39. Kilpatrick Townsend is an international law firm and has more than 650 attorneys worldwide, more than 250 intellectual property attorneys, approximately 150 lawyers who litigate intellectual property cases, and nearly 100 attorneys who litigate complex commercial disputes across a wide range of industries. Kilpatrick Townsend has consistently won awards for both its intellectual property practice and its commercial litigation practice. Examples of recent awards and recognitions won by Kilpatrick include:

a. The *Patent Lawyer Magazine*'s Law Firm Rankings 2025 featured Kilpatrick Townsend as one of the Top 10 Patent Firms and IP Practices in North America – West.

b. 2024-2026 World Trademark Review (WTR) 1000 – The World's Leading Trademark Professionals awarded Kilpatrick Townsend with gold-level recognition for its U.S. national practice and for several U.S. states, including California, North Carolina, and Georgia.

c. 2025 Edition of *Best Law Firms*® named Kilpatrick Townsend as "Law Firm of the Year" for Trademark Law, an award given to only a single law firm each year. This is the third time the firm has earned this distinction in Trademark Law.

d. The 2026 Edition of *Best Law Firms*® gave Kilpatrick Townsend National Tier 1 rankings for its Litigation – Intellectual Property, Litigation – Patent, Patent Law, Mass Tort Litigation, Commercial Litigation Law, and Trademark Law teams.

e. In 2025, Managing IP named Kilpatrick Townsend as "IP Firm of the Year for the Americas" as well as "U.S. Trademark Prosecution Firm of the Year" for the third year in a row and sixth time overall. The firm was also named "U.S. Trademark Disputes Firm of the Year" in 2025.

f. In 2026, Kilpatrick Townsend's Intellectual Property Litigation Department was named a finalist for the Law.com Daily Report's Litigation Department of the Year Award.

40. The AIPLA averages include a survey of firms from solo practitioners and firms with 100 or fewer attorneys in the firm. Ex. 10 at 50. Likewise, the AIPLA averages include billing rates for non-litigation matters, including patent applications and prosecution (57%) and trademark registration and prosecution (20%). Ex. 10 at 57. The AIPLA billing rate averages are based on 17% litigation (not including post-grant actions at the USPTO). *Id.*

**III. Ms. Lamkin's Fees and Expenses from Kilpatrick Townsend**

41. Kilpatrick Townsend was retained by Ms. Lamkin and Baker Botts LLP to provide legal services for this case. Kilpatrick Townsend was compensated for its services based on the time spent by attorneys, paralegals, and other staff at their normal hourly rates and was compensated for all costs of ancillary services incurred.

42. Ms. Lamkin supports her request for fees and costs using the contemporaneous time records of her counsel for legal services and costs rendered by Kilpatrick Townsend in this lawsuit (Ex. 14).

43. The fees incurred by Ms. Lamkin from Kilpatrick Townsend were necessary and reasonable for this type of litigation. The figures of fees and costs submitted in this action are true and correct.

44. The fees and costs referenced within this Declaration and shown in Exhibit 14 do not include any fees for time worked by legal secretaries at Kilpatrick Townsend as the firm does not charge clients for this work. Certain other costs, including costs related to legal research on Westlaw and PACER, were not charged to the client.

45. The following **Table 1** provides the hourly rates and the total hours each member of the Lead Trial Team has thus far devoted to Ms. Lamkin's case. These hours are reflected in the Exhibit 14 invoices. The column titled "Reduced Total Hours Billed" reflects the exclusions/cuts/reductions described in Paragraphs 48–50 of this Declaration.

**<u>Table 1: Lead Trial Team</u>**

| **Name** | **Role** | **Hourly Rate (2026)** | **Total Hours Billed** | ***Reduced Total Hours Billed*** |
|---|---|---|---|---|
| Dario Machleidt | Lead Partner | $1,245 | 691.3 | 675.6 |
| Kathleen Geyer | Senior Associate | $895 | 390.9 | 336.4 |
| Kristin Adams | Senior Associate | $975 | 312.3 | 293.6 |
| Karina Glushchak | Associate | $645 | 290.1 | 261.5 |
| Rhondda Ashby | Paralegal | $525 | 68.7 | 46.0 |
| Faye Miller | Paralegal | $525 | 184.4 | 146.1 |
| Nita Gray | Trial Technology Specialist | $200 | 102 | 87.8 |

46. The following **<u>Table 2</u>** provides the hourly rate and the total hours for other timekeepers who assisted with trial preparation in Ms. Lamkin's case. These hours are reflected in the Exhibit 14 invoices. The column titled "Reduced Total Hours Billed" reflects the exclusions/cuts/reductions described in Paragraphs 48–50 of this Declaration.

**Table 2: Additional Support**

| Name | Role | Hourly Rate (2026) | Total Hours Billed | *Reduced Total Hours Billed* |
|---|---|---|---|---|
| Thomas Clyde | Partner | $1,400 | 1.3 | 1.3 |
| Bryan Wolin | Partner | $1,105 | 45.5 | 45.5 |
| Rachel Saimons | Partner | $800 | 130.8 | 116.4 |
| Christopher Damitio | Associate | $795 | 27.8 | 22.1 |
| Troy Viger | Associate | $795 | 30.7 | 7.1 |
| Marianthi Karas | Associate | $695 | 32 | 32 |
| Caroline Wippman | Associate | $645 | 12.5 | 12.5 |
| Cynthia Baldwin | Contract Attorney | $150 | 5.6 | 2.2 |

47. The redactions in the Exhibit 14 invoices are for privileged information. For fully redacted time entries that Ms. Lamkin includes in her request for fees, Ms. Lamkin provides a non-privileged description of those tasks.

48. Exhibit 14 has been annotated with blue highlighting on time entries or descriptions to indicate work that Ms. Lamkin voluntarily excludes from her request for attorneys' fees. These excluded entries include, but are not limited to:

a. Time entries related to work performed that related solely to Ms. Lamkin's abuse-of-process counterclaim and proposed FUFTA counterclaim;

b. Time entries for clerical or ministerial tasks; and

c. Time entries for Ms. Lamkin's withdrawn Motion for Sanctions [ECF No. 145]; *see also* [ECF No. 147 (Notice of Withdrawal)].

49. Exhibit 14 has also been annotated with yellow highlighting on time entries for which Ms. Lamkin seeks only 50% of that time in her request for fees. These partially excluded entries include, but are not limited to, work that only partially relates to abuse-of-process or FUFTA-related tasks, is only partially clerical or ministerial, or only partially relates to Ms. Lamkin's withdrawn Motion for Sanctions. Ms. Lamkin discounts yellow-highlighted time entries by 50%.

50. In addition, the bills also include some courtesy discounts given to Ms. Lamkin, such as those time entries marked as "No Charge," which were similarly discounted from Ms. Lamkin's fee request.

51. Ms. Lamkin has to-date incurred $2,096,402.50 in fees in this lawsuit from Kilpatrick Townsend, prior to taking into account the above exclusions. Accounting for the exclusions listed above, Ms. Lamkin seeks to recover $1,914,684.50 of those fees.

52. Exhibit 14 includes $41,596.32 in expenses incurred to-date in this lawsuit from Kilpatrick Townsend, prior to taking into account the above exclusions. In addition, Exhibit 15 is the cover page of an invoice from Legal Concierge, Inc., for expenses incurred in preparation for trial for $161,622.16. In total, Ms. Lamkin has to-date incurred $203,218.48 in expenses in this lawsuit from Kilpatrick Townsend. Accounting for the exclusions listed above, Ms. Lamkin seeks to recover $198,218.48 of those expenses.

53. In total, Ms. Lamkin seeks to recover $2,112,902.98 in fees and expenses from the work performed by Kilpatrick Townsend.

54. Exhibit 16 is a true and correct copy of excerpts from the trial transcript from February 13, 2026, in *Valve Corp. v. Rothschild et al.*, No. 2:23-cv-01016-JNW (W.D. Wash.).

55. Exhibit 17 is a true and correct copy of [ECF No. 230] Order on Valve's Motions for Sanctions from *Valve Corp. v. Rothschild et al.*, No. 2:23-cv-01016-JNW (W.D. Wash. Feb. 9, 2026).

56. Exhibit 18 is a true and correct copy of excerpts of the transcript from the July 22, 2026 status conference with this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 13, 2026

Dario A. Machleidt

Counsel for Defendant
Rachael Lamkin