**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:24-cv-24669-DPG**

**Leigh M. Rothschild**, an individual citizen of Florida, and **Analytical Technologies, LLC**, a Wyoming company,

Plaintiffs,

v.

**Starbucks Corporation**, a Washington corporation, and **Rachael Lamkin**, an individual citizen of California,

Defendants.
_______________________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Plaintiffs Leigh M. Rothschild and Analytical Technologies, LLC (collectively "Plaintiffs"), by and through undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Extension of Time to Respond to Defendant Rachael Lamkin's Motion for Attorneys' Fees and Costs (*see* ECF No. 211), to and including November 9, 2026. Following a conferral with counsel for Defendant, the parties are in agreement to the requested extension, which would allow Plaintiffs to meet the response deadline in a more reasonable manner, whereby extending the deadline to November 9, 2026. Additionally, the parties are appearing October 28, 2026, before Judge Shaw-Wilder for a hearing on Plaintiffs' pending motion to dismiss this action which, if granted, would resolve all other pending motions.

Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or

undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs have demonstrated good cause for extending this deadline. Moreover, no party will be prejudiced by the relief requested in this Motion, and the Motion is not filed for the purposes of delay.

A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Plaintiffs respectfully request the Court to enter an Order granting the extension of time for Plaintiffs to file their opposition to Defendant Rachael Lamkin's Motion for Attorneys' Fees and Cost filed October 13, 2026 (*see* ECF No. 211), and up to and including November 9, 2026.

**CERTIFICATION UNDER LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that Stephen Lobbin, counsel for Plaintiffs, conferred with Defendant Lamkin's attorneys regarding the relief requested herein. They do not oppose the requested extension of time until November 9, 2026, to respond to these deadlines.

Dated: October 27, 2026

Respectfully submitted,

**EDWARD F. O'CONNOR**
Florida Bar No. 132223
efo@avynolaw.com
**Law Offices Edward F. O'Connor**
104 Seabreeze Circle
Jupiter, Florida 33477
Tel: 949.291.2894

Stephen M. Lobbin (CA-SBN 181195)
sml@smlavvocati.com
**SML Avvocati P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 27, 2026, a true and correct copy of the above document was provided to all counsel of record through the Court's CM/ECF system.

/s/ Edward F. O'Connor
Edward F. O'Connor